UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-61771-CIV-DIMITROULEAS

GOYARD ST-HONORE,

        Plaintiff,

vs.

ABRAHAM BEN, *et al.*,

        Defendants.

_____/

**DECLARATION OF JEAN-LAURENT THIERRY IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND <u>ORDER RESTRAINING TRANSFER OF ASSETS</u>**

I, Jean-Laurent Thierry, state and declare as follows:

1. I am over 18 years of age and have personal knowledge of the truth of the matters set forth herein. I submit this declaration in support of Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets (the "Application for Temporary Restraining Order") against Defendants, the Individuals, Partnerships and Unincorporated Associations identified on Schedule "A" attached hereto ("Defendants"). If called as a witness, I could and would testify competently to the following facts set forth below.

2. I am employed by Plaintiff, Goyard St-Honore ("Goyard") as Chief Executive Officer. Goyard is a foreign business entity organized under the laws of the Republic of France with its principal place of business located at 16 place Vendôme in Paris, France 75001. In my capacity as Goyard's Chief Executive Officer, I am responsible, in part, for Goyard's trademark and anti-counterfeiting efforts worldwide.

3. As a result, I am fully familiar with most aspects of the manufacture, sale, and distribution of genuine Goyard products, and I have been trained to identify the distinctions between genuine merchandise and counterfeit copies of the same.

**Goyard's Trademark Rights**

4. Goyard is engaged in the manufacture, promotion, distribution, and sale in interstate commerce, including within this Judicial District, of high quality products under the registered trademarks identified in Paragraph 5 below.

5. Goyard is the owner of all rights in and to the following trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office (collectively the "Goyard Marks"):

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| [logo] | 1,709,953 | August 25, 1992 | IC 016 – Office requisites; namely, agendas and spare sheets therefor, repertories, desk pads, pen holders, stamp boxes for the storage of postage stamps, writing pads, address pads, pencil jars for desk use, ink wells, mail trays for desk use, note books, check cases and pen cases.<br><br>IC 018 – Articles of fancy leather, leather, cloth and skin articles; namely, valises, travel trunks, cosmetic cases, travelling bags, handbags, brief cases, attache cases, brief case type document cases, toilet cases sold empty, makeup cases sold empty, sewing cases, wallets, hat boxes for travel, business card cases, key cases, drawstring pouches, garment bags for travel, necktie cases, jewel cases, umbrellas, saddle covers, cloth carriers, articles for dogs; namely, dog collars, dog leashes, dog clothes and carrying bags. |

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| GOYARD | 1,821,224 | February 15, 1994 | IC 016 – Office requisites; namely, agendas, repertories, note books, check cases and pen cases.<br><br>IC 018 – Articles of fancy leather, leather, cloth and skin articles; namely, valises, travel trunks, cosmetic cases sold empty, traveling bags, handbags, briefcases, attache cases, briefcase type document cases, toilet cases sold empty, make-up cases sold empty, wallets, hat boxes for travel, business card cases, key cases, draw string pouches, garment bags for travel, necktie cases, umbrellas, saddlebags, saddle covers, and articles for dogs; namely, dog collars, dog leashes, dog clothes and carrying bags. |
| (E. Goyard Honore Paris) | 3,418,288 | April 29, 2008 | IC 018 – Bags and traveling sets, namely, traveling bags; garment bags for travel; luggage trunks; valises, vanity cases sold empty, rucksacks, handbags, beach bags, school bags; suitcases, briefcases, pocket wallets, purses, not of precious metal, leather key cases; business card cases; umbrellas, parasols, walking sticks. |
|  | 4,036,898 | October 11, 2011 | IC 003 – Toilet soap; perfumes; eau de toilette and eau de cologne; cosmetic preparations; essential oils for personal use; cosmetic milks; lotions for face and body care; cosmetic creams; emulsions for cosmetic use; shampoos; gels to be used on the face and body for aesthetic purposes; deodorants for personal use.<br><br>IC 009 – Spectacles; spectacle frames; sunglasses; spectacle cases; photographic apparatus, namely, cameras.<br><br>IC 014 – Precious metals and their alloys, other than for dental use; goods |

3

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| | | | made of precious metals and their alloys, other than for dental use, in the nature of jewelry, namely, rings, earrings, bracelets, charms, chains, watch chains, necklaces, pins, ornaments, fashion pins, ring bands; goods made of precious metals and their alloys, other than for dental use, namely, buckles of precious metal, hat ornaments of precious metal, jewellery cases of precious metal, jewellery caskets of precious metal; jewellery, precious stones, semi-precious stones, jewelry in the nature of pearls, horological and chronometric instruments; watches, watch straps, wristwatches; boxes for watches, jewelry boxes; cuff links.<br><br>IC 018 – Goods of leather and imitations of leather, namely, travelling bags, travelling sets comprised of luggage, and garment bags for travel; trunks; suitcases; unfitted vanity cases; rucksacks; handbags; sports bags; beach bags; school bags; attaché cases; document cases; briefcases; school satchels; under-arm bags, namely, handbags; leather goods, namely, wallets, purses not of precious metal, leather key cases, card holders for wallets; umbrellas; parasols; sunshade parasols; walking sticks.<br><br>IC 024 – Fabrics for textile use; textile goods, namely, bath linen not for clothing, household linen, bed linen, textile table linen, bathroom linen of textile, handkerchiefs of textile.<br><br>IC 025 – Clothing for men, women and children, namely, dresses, skirts, petticoats, culottes, ladies' suits, |

4

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| | | | trousers, shorts, Bermuda shorts, swimming drawers, shirts, ladies' shirts, blouses, tee-shirts, sweatshirts, waistcoats, jackets, cardigans, pullovers, sweaters, parkas, anoraks, coats, gaberdines, raincoats, furs, sashes for wear, shawls, scarf, gloves, neckties, belts, socks, stockings, tights, underwear, pajamas, dressing gowns, swimsuits, bath robes; footwear, except orthopedic footwear, namely, shoes, sandals, boots, half-boots, boot liners, slippers; hats, berets, caps.<br><br>IC 028 – Games, namely, chess games; gymnastic and sporting articles not included in other classes, namely, baseball gloves, bats for games, boxing gloves, golf gloves, golf clubs, golf bags; decorations for Christmas trees. |

The Goyard Marks are used in connection with the manufacture and distribution of high quality goods in the categories identified above. True and correct copies of the Federal Registrations for the Goyard Marks listed above are attached as Composite Exhibit 1 to the Complaint [DE 1-2].

6. Genuine Goyard products are sold exclusively in the United States at Goyard operated in-store boutiques and in multiple other countries throughout the world in stand-alone boutiques. Additionally, genuine Goyard products are marketed and promoted on the Internet exclusively via www.goyard.com. Goyard products are never sold to wholesalers, via the Internet, or through factory outlets. Goyard has extensively used the Goyard Marks in the United States in association with the sale of high quality products, and has used the Goyard Marks in interstate commerce to identify and distinguish Goyard products for an extended period of time.

In the last five years alone, Goyard has experienced substantial sales of its high quality luxury goods.

7. As a result of the foregoing, the Goyard Marks have acquired fame in the consumer market for a wide variety of goods. The Goyard Marks serve as symbols of Goyard's quality and reputation, and have come to symbolize the enormous goodwill of Goyard's business throughout the United States and the world. No other manufacturer lawfully uses the Goyard Marks or any substantially similar marks for similar types of goods. The Goyard Marks have never been abandoned. Goyard actively polices and enforces its trademark rights.

8. The Goyard Marks are vital to Goyard's business, as the marks represent a significant value to Goyard's overall business and associated image.  Goyard suffers irreparable harm to its goodwill, as well as a direct monetary loss, any time any third parties, including Defendants, sell counterfeit and infringing goods bearing identical or substantially similar trademarks.

**Investigation of Defendants' Counterfeiting Activities**

9. Goyard learned Defendants are promoting, advertising, offering for sale and/or selling, at least card holders, handbags, under-arm bags, and wallets bearing counterfeit and infringing trademarks that are exact copies of the Goyard Marks, without authorization, via the Internet based e-commerce stores operating under their seller identification names identified on Schedule "A" hereto (the "Seller IDs"). The Goyard Marks have never been assigned or licensed to Defendants, and Defendants do not have, nor have they ever had, the right or authority to use the Goyard Marks for any purpose. Further, the Goyard Marks have never been assigned or licensed to be used in connection with any of the Seller IDs.

10. Goyard retained Invisible Inc to investigate the suspected sales of counterfeit Goyard branded products by Defendants and to obtain the available payment account data for receipt of funds paid to Defendants for the sale of counterfeit Goyard Branded Products.

11. Prior to filing this action, Invisible Inc accessed the Internet based e-commerce stores operating under Defendants' Seller IDs, and placed orders for the purchase of a product bearing counterfeits of, at least, one of the Goyard Marks at issue in this action from each Seller ID.  At the conclusion of the process, I received detailed web page captures and photographs[1] of the Goyard branded goods promoted and offered for sale via each Defendant's Seller ID. (See Declaration of Kathleen Burns in Support of Plaintiff's Application for Temporary Restraining Order ¶ 4 and Composite Exhibits "1" through "3" attached thereto.)

12. Goyard conducted a review of the Goyard branded goods identified and captured by Invisible Inc reviewing the e-commerce stores operating under the Seller IDs or the detailed web page captures thereof, together with photographs of certain received goods, and concluded the products to be non-genuine, unauthorized Goyard branded products.  Goyard reached this conclusion through visual inspection of the product images, the pricing of the Goyard branded products listed, which are far below the prices of similar genuine Goyard products, and the observation of certain product and marking characteristics which are not consistent with those found on genuine Goyard products.  Moreover, I personally know Goyard does not conduct business with Defendants or their Seller IDs, nor have the Goyard Marks ever been assigned or licensed to be used by Defendants or the Internet e-commerce stores operating using the Seller IDs.

---

[1] Goyard was provided photographs of some of the products purchased from Defendants via their Seller IDs.

7

13. In view of the foregoing, I can confirm that the products Defendants are promoting and offering for sale under the Goyard Marks via the Internet based e-commerce stores operating under the Seller IDs are non-genuine, unauthorized Goyard products. Additionally, I can confirm Defendants do not have authorization to use the Goyard Marks or name in connection with any of the Seller IDs.

**Harm Caused To Goyard By Defendants' Activities**

14. Genuine Goyard branded goods are widely legitimately promoted and discussed by Goyard, its authorized distributors and unrelated third parties via the Internet.

15. Over the course of the past ten years, visibility on the Internet, particularly via Internet search engines such as Google, Yahoo!, and Bing has become increasingly important to Goyard's overall marketing and consumer education efforts. Thus, Goyard expends significant monetary resources on Internet marketing and consumer education regarding its products, including search engine optimization ("SEO") strategies, which allow Goyard and others to fairly and legitimately educate consumers about the value associated with the Goyard brand and the goods sold thereunder and the problems associated with the counterfeiting of Goyard's trademarks.

16. By engaging in SEO strategies based upon an illegal use of the Goyard Marks online, Defendants are obliterating the otherwise open and available marketplace space in which Goyard has the right to fairly market its goods and associated message. Specifically, Defendants use Goyard's name and trademarks within the content of their e-commerce stores in order to attract the automated eye of various search engines crawling the Internet looking for websites relevant to consumer searches for Goyard related goods and information. Such illegal use results

in unfair competition with Goyard when competing for visibility on the World Wide Web, including within search engine results space.

17. As a result of the availability of the non-genuine Goyard branded goods being offered for sale by Defendants, Goyard is highly likely to experience irreparable damage to its reputation among consumers unless the infringing and counterfeiting activity alleged in the Complaint is stopped.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct. Executed the 31st day of July, 2018, at Paris, France.

P.O.

Jean-Laurent Thierry
Chief Executive Officer, Goyard St-Honore

## SCHEDULE "A"
## DEFENDANTS BY NUMBER AND SELLER IDs

| Def. No. | Defendant / Seller ID |
|---|---|
| 1 | Abraham Ben |
| 1 | Sofia king |
| 2 | aRDDMZ |
| 3 | bagcollector |
| 4 | Ckahoered |
| 5 | Fast/Quality |
| 6 | Flanco |
| 7 | Fonialy |
| 8 | Free and happy` |
| 9 | God is A Girl X |
| 10 | Hoared |
| 11 | Limitless Charm |
| 12 | LOYEOY GM |
| 13 | qekgo13 |
| 14 | ST2 |
| 15 | Styy |
| 16 | SUperhallo me |
| 17 | xuweicheng |
| 18 | Y.T.X.S. |
| 18 | Only 7-15 Day |
| 19 | 77carats |
| 20 | csc5886 |
| 21 | glchg97381 |
| 22 | gzzq91683 |
| 23 | liying3692011 |
| 24 | shaoxiumeish |
| 25 | yema38h-4 |
| 26 | zhangxuelong321 |
| 27 | 11Sugar&Spice |
| 28 | amazing-women |
| 29 | AshleighJuenKidsFashion |
| 30 | babylovebeauty |
| 31 | Better Bay |
| 32 | Chinal |
| 33 | Crazybag |
| 34 | fashionklkl |
| 35 | fashionyuyuo |
| 36 | fly and wing |
| 37 | Gagar |
| 38 | Global Colorful |
| 39 | Hotop |

10

| Def. No. | Defendant / Seller ID |
|---|---|
| 40 | huailaoshudewo |
| 41 | icream |
| 42 | Igiftbox |
| 43 | Joyful Fish |
| 44 | Lasted |
| 45 | lgqlgq |
| 46 | Life spring |
| 47 | liucm |
| 48 | MAN SA |
| 49 | My Everything |
| 50 | new cl |
| 51 | orangebuy |
| 52 | pink sakura |
| 53 | qinglongameng |
| 54 | Seven business |
| 55 | shenzhenshichuangyiyouxiangongsi |
| 56 | Shenzhentianqi |
| 57 | shixin888999666 |
| 58 | shuijingzhihen |
| 59 | shuijingzhihen2 |
| 60 | Smarter baby |
| 61 | Speedy2u |
| 62 | STYFastFashion |
| 63 | SugarScarf |
| 64 | sunhuiisDADY |
| 65 | usaexpresss |
| 66 | wangjunbo |
| 67 | was |
| 68 | wodexiuhuaxie |
| 69 | wwang |
| 70 | zhh1128 |
| 71 | zhumengqi |