# Exhibit 1



# FLORIDA OFFICE of FINANCIAL REGULATION

## Smart, Efficient and Effective Regulation

Logon

**License Details**

Press "Previous Record" to display the previous license.

Press "Next Record" to display the next license.

Press "Search Results" to return to the Search Results list.

Press "New Search Criteria" to do another search of this type.

Press "New Search" to start a new search.

| License Number: FT20800050 | *Current Date: 07/27/2018 05:38 PM* |
|---|---|
| Name: | AMAZON PAYMENTS, INC |
| License Type: | Money Transmitters Part II |
| License Status: | Current Active Registration |
| License Status Effective Date: | 03/20/2018 |
| Expiration Date: | 04/30/2020 |
| Original Date of Licensure: | 10/11/2006 |

**Addresses**

| **Business Main Address** | Address | 410 TERRY AVE N<br>SEATTLE , WA<br>KING<br>98109<br>US<br>View on a map |
|---|---|---|
| | Phone Number: | 8662161075 |
| **Mailing Address** | Address | P.O. BOX 81226<br>SEATTLE , WA<br>KING<br>98108<br>US<br>View on a map |

Previous Record   Next Record   Search Results   New Search Criteria   New Search   Print

© 2018. MicroPact Version:2.11.6.37

# Support

Search support for a specific question, answer or topic          **Search**

**Common searches:** registration, documentation, and what should I do?

# Help

(/us/help)

| Customer help |

| Merchant help |

| Ecommerce plugins |

| Contact us |

Customer Agreement and Policies

# Money Transmitter Licenses

**Amazon Payments, Inc. is licensed as a money service business in the U.S. jurisdictions listed below.**

If you have a question or complaint, please contact us at the address or phone number listed below.

Amazon Payments, Inc.

PO Box 81226

Seattle WA 98108

866-216-1075                    Was this helpful?                    ✕

Amazon Payments, Inc. is licensed and regulated as a money transmitter in a number of jurisdictions as listed below.

Residents of certain states may have specific rights related to concerns or complaints about our payment services. Please click the highlighted states for more information.

For more information about the licensing agencies or to file a complaint in your state, see File Complaints (https://pay.amazon.com/us/help/201310940).

| Jurisdiction | License | State Agency |
|---|---|---|
| Alabama | Sale of Checks Act #SC379 | Securities Commission |
| Alaska (https://www.commerce.alaska.gov /web/dbs/ConsumerFinance /MoneyServiceBusinesses.aspx?ld=APUSLPADirect) | Uniform Money Services Act 10033 | Division of Banking & Securities |
| Alaska | Business License #1074352 | Alaska Dept. of Commerce, Community, & Economic Development |
| Arizona | Transmitters of Money Act #MT-0907951 | State Banking Department |
| Arkansas | Uniform Money Services Act #42155 | Securities Commission. |

| Jurisdiction | License | State Agency |
|---|---|---|
| California (/us/sdui/sdui/help?nodeId=82907) | Money Transmission Act #2498 | Department of Business Oversight |
| Colorado (/us/sdui/sdui/help?nodeId=6027) | Money Order Act #500156 | Division of Banking |
| Connecticut | Money Transmission Act #17794 | Department of Banking |
| Delaware | Sale of Checks Act & Transmission of Money #8878 | Office of State Banking Commissioner |
| District of Columbia | Money Transmitters Law #MTR 5872 | Department of Insurance, Securities and Banking |
| Florida (/us/sdui/sdui/help?nodeId=6028) | Money Transmitters Code File #057510 | Office of Financial Regulation |
| Georgia | Sale of Checks or Money Orders Law #21188 | Department of Banking and Finance |

| Jurisdiction | License | State Agency |
|---|---|---|
| Hawaii | Money Transmitter Law #11a-08 | Division of Financial Institutions |
| Idaho | Money Transmitters Act #094 | Department of Finance |
| Illinois (/us/sdui/sdui/help?nodeId=6029) | Transmitters of Money Act #MT150 | Department of Financial Institutions, Division of Financial Institutions |
| Indiana | Money Transmitter Act #22029 | Department of Financial Institutions |
| Iowa | Uniform Money Services Act #MS-2005-0279 | Division of Banking |
| Kansas | Transmission of Money Act #2006-015 | Office of State Bank Commissioner, Division of Banks |
| Kentucky | Money Transmission Act #SC17991 | Office of Financial Institutions |

| Jurisdiction | License | State Agency |
|---|---|---|
| Louisiana | Sale of Checks & Money Transmitters Act #SOC 294 | Office of Financial Institutions |
| Maine | Money Transmitters Act #MD 1445 | Department of Professional and Financial Regulation |
| Maryland (/us/sdui/sdui/help?nodeId=6030) | Money Transmission Act #9132 | Commissioner of Financial Regulation |
| Massachusetts | Massachusetts General Laws #FT945504 | Division of Banks |
| Michigan | Money Transmission Services Act MT-0015037 | Office of Financial and Insurance Services |
| Minnesota | Money Transmitters Act #52042 | Department of Commerce Division of Financial Examinations |
| Mississippi | Mississippi Sale of Checks Act 87/2007 | Department of Banking and Consumer Finance |

| Jurisdiction | License | State Agency |
|---|---|---|
| Missouri | Sale of Checks Law #MO-08-4257 | Division of Finance |
| Nebraska | Sale of Checks and Funds Transmission Law #708 | Department of Banking and Finance |
| Nevada | Nevada Revised Statutes #MT11022 | Department of Business and Industry |
| New Hampshire | Money Transmitter Law #12327-MT | Banking Department |
| New Jersey | Money Transmitters Law #LO6846 | Department of Banking and Insurance |
| New York | Transmitters of Money Act MT 102887 | Department of Financial Services |
| North Carolina | Money Transmitters Act #134092 | Commissioner of Banks |
| North Dakota | Money Transmitters Law #MT101406 | Department of Financial Institutions |

| Jurisdiction | License | State Agency |
|---|---|---|
| Ohio | Transmitters of Money Law #OHMT27 | Division of Financial Institutions |
| Oklahoma | Oklahoma Financial Transaction Reporting Act License on File | Oklahoma State Banking Department |
| Oregon | Money Transmitter Act MTX-30070 | Division of Finance & Corporate Securities |
| Pennsylvania | Transmitting Money Act #17489 | Pennsylvania Department of Banking |
| Puerto Rico | Money Transfer Businesses Law #TM-08-028 | Bureau of Financial Institutions |
| South Dakota | Money Transmitter Act MT.2045 | Division of Banking |
| Tennessee | Money Transmission Law #0000000100 | Department of Financial Institutions |
| Texas (/us/sdui/sdui/help?nodeId=6032) | Money Services Business Law #3018 | Department of Banking |

| Jurisdiction | License | State Agency |
| --- | --- | --- |
| Utah | Financial Institutions Law #054 | Department of Financial Institutions |
| Vermont | Money Services Act #100-021 | Banking Division |
| Virginia | Money Order Sales and Money Transmission Law #MO-187 | Bureau of Financial Institutions |
| Washington | Uniform Money Services Act #550-MT-29160 | Department of Financial Institutions |
| West Virginia | Issuance and Sale of Checks, Drafts and Money Orders Act License on File | Division of Banking |
| Wyoming | Money Transmitter Act #MT-7126 | Division of Banking |

PRESS (/US/PRESS)        SUPPORT (/US/HELP)        CONTACT US (/US/HELP/202161890)

JOBS (HTTPS://WWW.AMAZON.JOBS/PAYMENTS?LD=APUSLPADIRECT)

(https://twitter.com/amazonpay)          (https://www.facebook.com/amazonpay)

(https://www.youtube.com/amazonpay)

©2018 Amazon Payments, Inc. or its affiliates

Amazon Payments, Inc. | 410 Terry Ave N | Seattle, Washington 98109-5210

Customer agreement and policies (/us/help/201212430)   Transaction and account security (/us/help/5969)

Privacy notice (/us/help/201751600)   File a complaint (/us/help/201310940)   Internet scams and phishing (/us/help/83619)

Money Transmitter License (/us/help/82972)