# Exhibit 2



Logon

## License Details

Press "Previous Record" to display the previous license.

Press "Next Record" to display the next license.

Press "Search Results" to return to the Search Results list.

Press "New Search Criteria" to do another search of this type.

Press "New Search" to start a new search.

| **License Number: FT20800093** | | *Current Date: 07/27/2018 05:43 PM* |
|---|---|---|
| Name: | PAYPAL, INC. | |
| License Type: | Money Transmitters Part II | |
| License Status: | Current Active Registration | |
| License Status Effective Date: | 03/16/2018 | |
| Expiration Date: | 04/30/2020 | |
| Original Date of Licensure: | 09/10/2002 | |

### Addresses

**Business Main Address**

Address:
2211 N FIRST ST
SAN JOSE , CA
SANTA CLARA
95131
US
**View on a map**

Phone Number: 4089677400

**Mailing Address**

Address:
2211 N FIRST ST
SAN JOSE , CA
SANTA CLARA
95131
US
**View on a map**

[Previous Record] [Search Results] [New Search Criteria] [New Search] [Print]

© 2018. MicroPact Version:2.11.6.37



Log In

# PayPal State Licenses

PayPal, Inc. is licensed in the following US jurisdictions:

| Jurisdiction | Regulatory Agency | Statute |
|---|---|---|
| Alabama | Alabama Securities Commission | Sale of Checks Act |
| Alaska | Alaska Department of Commerce, Community, and Economic Development | Alaska Money Services Act |
| Alaska | Alaska Department of Commerce | Business License Act |
| Arizona | Arizona State Banking Department | Transmitters of Money Act |
| Arkansas | Arkansas Securities Department | Uniform Money Services Act |
| California | California Department of Business Oversight | Transmission of Money Abroad Law |
| Colorado | Colorado State Banking Commissioner | Money Order Act |
| Connecticut | Connecticut Department of Banking | Money Order and Travelers Check Licensees Act |
| Delaware | Delaware Office of the State Bank Commissioner | The Sale of Checks Act |
| District of Columbia | District of Columbia Department of Consumer and Regulatory Affairs | Money Transmitter Law |
| Florida | Florida Office of the Controller | Money Transmitters Code |
| Georgia | Department of Banking and Finance | Sale of Checks Act |
| Hawaii | Hawaii Division of Financial Institutions | Money Transmitters Act |
| Idaho | Idaho Department of Finance | Money Transmitters Act |
| Illinois | Illinois Department of Financial Institutions | Transmitters of Money Act |
| Indiana | Indiana Department of Financial Institutions | Money Transmitter Act |
| Iowa | Iowa Division of Banking | Money Services Act |
| Kansas | Office of the State Bank Commissioner | Money Transmitters Act |
| Kentucky | Office of Financial Institutions | Kentucky Money Transmitters Act of 2006 |
| Louisiana | Louisiana Office of Financial Institutions | Sale of Checks and Money Transmission Act |

| | | |
|---|---|---|
| Maine | Maine Office of Consumer and Credit Regulation | Money Transmitters Act |
| Maryland | Maryland State Bank Commissioner | Maryland Money Transmitters Act |
| Maryland | Maryland Commissioner of Financial Regulation | Consumer Loan Law |
| Massachusetts | Commonwealth of Massachusetts – Division of Banks and Loan Agencies | Foreign Transmittal Agency |
| Michigan | Michigan Office of Financial and Insurance Regulation | Money Transmission Services Act |
| Minnesota | Minnesota Department of Commerce | Money Transmitters Act |
| Mississippi | Department of Banking and Consumer Finance | Sale of Checks Act |
| Missouri | Missouri Division of Finance | Sale of Checks Law |
| Montana | Department of Administration | Escrow Business License |
| Nebraska | Nebraska Department of Banking and Finance | Sale of Checks Act |
| Nevada | Department of Business And Industry | Money Transmitter License |
| New Hampshire | New Hampshire Banking Department | Money Transmission Act |
| New Jersey | New Jersey Department of Banking and Insurance | Money Transmitters Act |
| New Mexico | New Mexico Department of Financial Institutions | Uniform Money Services Act |
| New York | New York Department of Financial Services | Money Transmitters Act |
| North Carolina | North Carolina Banking Commission | Money Transmitters Act |
| North Dakota | North Dakota Department of Financial Institutions | Money Transmitters Act |
| Ohio | Ohio Department of Commerce | Transmitters of Money Law |
| Oklahoma | Oklahoma Banking Department | Oklahoma Financial Transactions Reporting Act |
| Oregon | Oregon Department of Insurance and Finance | Money Transmitters Act |
| Pennsylvania | Pennsylvania Department of Banking | Licensing Business of Transmitting Money or Credit Act |
| Puerto Rico | Puerto Rico Bureau of Financial Institutions | Laws to Regulate the Business of Money Transfers |
| Rhode Island | Rhode Island Division of Banking | Sale of Checks and Electronic Money Transfers Law |
| South Dakota | South Dakota Division of Banking | Money Order Business |
| Tennessee | Department of Financial Institutions | Tennessee Money Transmitter Act of 1994 |

| | | |
|---|---|---|
| Texas | Texas Department of Banking | Money Services Business Statute |
| U.S. Virgin Islands | U.S. Virgin Islands Division of Banking and Insurance | Money Transmitter Act |
| Utah | Utah Department of Financial Institutions | Check Cashing Registration Act |
| Vermont | Vermont Department of Banking, Insurance, Securities and Health Care Administration | Money Services Act |
| Virginia | Virginia Bureau of Financial Institutions | Money Order Sales and Money Transmission Services |
| Washington | Washington Department of Financial Institutions | Uniform Money Services Act |
| West Virginia | West Virginia Division of Banking | Issuance and Sale of Checks, Drafts and Money Orders Act |
| Wisconsin | Wisconsin Department of Financial Institutions | Seller of Checks |
| Wyoming | Wyoming Department of Audit – Division of Banking | Wyoming Money Transmitter Act |

Help & Contact    Fees    Security    Apps    Shop

About    Blog    Jobs    Investor Relations    Social Innovation    Public Policy    Sitemap    Enterprise    Partners    © 1999–2018    Privacy    Legal    Feedback