UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-61771-CIV- DIMITROULEAS

GOYARD ST-HONORE,

        Plaintiff,

vs.

ABRAHAM BEN, *et al.*,

        Defendants.
_____/

**DECLARATION OF KATHLEEN BURNS IN SUPPORT OF
PLAINTIFF'S *EX PARTE* APPLICATION FOR ENTRY OF TEMPORARY
RESTRAINING ORDER, PRELIMINARY INJUNCTION,
AND ORDER RESTRAINING TRANSFER OF ASSETS**

I, Kathleen Burns, declare and state as follows:

1. I am over 18 years of age, and I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets (the "Application for Temporary Restraining Order").  If called upon to do so, I could and would competently testify to the following facts set forth below.

2. I am an officer of Invisible Inc, a licensed private investigative firm.

3. Counsel for Plaintiff, Goyard St-Honore ("Plaintiff" or "Goyard"), retained my firm to investigate and document the suspected sale of counterfeit versions of Plaintiff's products by Defendants, the Individuals, Partnerships or Unincorporated Associations identified on Schedule "A" to Plaintiff's Application for Temporary Restraining Order (collectively "Defendants"), and to obtain the available payment account data for receipt of funds paid to Defendants for the sale of counterfeit Goyard branded products.

4. Through Amazon.com, eBay.com, and Wish.com, I accessed Defendants' Internet based e-commerce stores operating under their respective seller identification names as identified on Schedule "A" hereto (the "Seller IDs"). Upon accessing each e-commerce store, I was able to view products bearing Goyard's trademarks, add products to the online shopping cart, proceed to a point of checkout, and otherwise actively exchange data with each e-commerce store. I then placed an order via each of the e-commerce stores operating under the Seller IDs for the purchase of various products – all bearing counterfeits and infringements of at least one of Goyard's trademarks[1] at issue in this action, and requested each product to be shipped to my firm's address in the Southern District of Florida. Each of my orders was processed entirely online and following the submission of my orders, I finalized payment for each of the various products ordered from Defendant Numbers 1-18 via Amazon Payments, Inc.[2], finalized payment from Defendant Numbers 19-26 via PayPal, Inc. ("PayPal") to Defendants' respective PayPal accounts, and finalized payment from Defendant Numbers 27-71 via Defendants' respective payee[3] as identified on Schedule "A" hereto. At the conclusion of the process, the detailed web pages I captured and downloaded reflecting each product I

---

[1] Some of the Defendants blurred-out and/or physically altered the images of Goyard's trademarks on the product being offered for sale via their respective e-commerce store. The product I received from these Defendants bear at least one of the Goyard Marks in their entirety. True and correct photographs of the products I received from certain Defendants who blurred-out and/or physically altered the images of the Goyard Marks on their product listing are included in Composite Exhibits "1" through "3" hereto.

[2] Amazon.com is an e-commerce marketplace that allows Defendants to conduct their commercial transactions privately via Amazon's payment processing and retention service, Amazon Payments, Inc. As such, Defendants' payment information is not publicly disclosed.

[3] "PayPal * Wish" was identified as the payee for each of my orders from Defendant Numbers 27-71's Wish.com Seller IDs. I have personal knowledge from past investigations that "WISH (ContextLogic Inc.)" is the named PayPal recipient for individual transactions conducted with the respective Seller IDs.

ordered, together with photographs of some of the products purchased from Defendants via their Seller IDs,[4] were sent to Goyard's counsel. True and correct copies of the web pages I captured and downloaded showing the various Goyard-branded items I purchased via Defendants' Seller IDs, together with redacted copies of the order summary web pages and order confirmation, and the payment account data and e-mail addresses provided by Defendants are attached hereto as Composite Exhibits "1" through "3."[5]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed the 31st day of July, 2018, at Scottsdale, Arizona.

Kathleen Burns

---

[4] The buys made via the Seller IDs of Defendant Fast/Quality (Defendant Number 5), Defendant LOYEOY GM (Defendant Number 12), and Defendant Y.T.X.S. (Defendant Number 18) identify the shipping origin to be 172 Trade Street, Lexington KY 40511, USA – which corresponds to an Amazon.com fulfillment center.

[5] Specifically, true and correct copies of the web page captures showing the various Goyard-branded items I purchased from Defendants via Amazon.com are attached hereto as Composite Exhibit "1;" true and correct copies of the web page captures showing the various Goyard-branded items I purchased from Defendants via eBay.com are attached hereto as Composite Exhibit "2;" and true and correct copies of the web page captures showing the various Goyard-branded items I purchased from Defendants via Wish.com are attached hereto as Composite Exhibit "3."

## SCHEDULE A:
## DEFENDANTS' RESPECTIVE FINANCIAL ACCOUNT

| Def. No. | Defendant / Seller ID | Amazon Seller ID Number / PayPal Account | Goyard Branded Item's ASIN[6] |
|---|---|---|---|
| 1 | Abraham Ben | A1FU4MW7N92Z4T | B073F5GQGY |
| 1 | Sofia king | | |
| 2 | aRDDMZ | A3JXV78FRZN22C | B0744CC993 |
| 3 | bagcollector | AMQ5DDJ3MVT71 | B0734DVC6Z |
| 4 | Ckahoered | A2HRJ1NWUQVOH | B074DSYF7P |
| 5 | Fast/Quality | A3F8CPMO6K4UCJ | B0755D2FJL* |
| 6 | Flanco | A1BWV8N39SLG9L | B078Q6Y15R |
| 7 | Fonialy | AH06R1Q4CLEXG | B077SFB821 |
| 8 | Free and happy` | A27QEPJJCO363R | B074DSYF7P |
| 9 | God is A Girl X | AMWO429XEZKN1 | B074YJLSH3 |
| 10 | Hoared | A1KUVXTKIOPCDX | B075B9JTKS |
| 11 | Limitless Charm | ALYJCKDTTWX94 | B074DSYF7P |
| 12 | LOYEOY GM | A334Q7MPUKHA3S | B07556Q91S* |
| 13 | qekgo13 | AQIC9BZ1X3MTZ | B077KPCDG9 |
| 14 | ST2 | A241I6177Z1JM9 | B077KPCDG9 |
| 15 | Styy | A3IYC7QAU605UB | B077KPCDG9 |
| 16 | SUperhallo me | A2DUH8LJHV8M72 | B07BC6R8DJ |
| 17 | xuweicheng | A29X2E8JLSS2ZR | B074YJLSH3 |
| 18 | Y.T.X.S. | A1S9R9L5HJIHS1 | B079CBFWG8* |
| 18 | Only 7-15 Day | | |
| 19 | 77carats | zhangyu1892@yahoo.com | |
| 20 | csc5886 | m13133911696@163.com | |
| 21 | glchg97381 | 2732144668@qq.com | |
| 22 | gzzq91683 | 1516837742@qq.com | |
| 23 | liying3692011 | xuelian578@sina.com | |
| 24 | shaoxiumeish | tongkuai369@126.com | |
| 25 | yema38h-4 | yema38h@163.com | |
| 26 | zhangxuelong321 | fasx6yg54@hotmail.com | |

---

[6] The Amazon Standard Identification Number ("ASIN") for the various Goyard branded products were obtained either from the Product Information / Description segments or the URLs of the infringing Goyard branded items, all of which are included in Composite Exhibit "1" hereto.  The ASIN is a unique 10-digit alphanumeric identifier Amazon assigns to each product. Sellers can create a variational relationship between products in regards to name, size/count, color, style, scent, etc.  When doing so, the ASIN identified in the Product Information / Description segments represents the core product and a different ASIN may be assigned based on variations thereof, as identified in the URLs.

* Denotes ASINs that were shipped from Amazon's warehouse on behalf of the respective Defendant / Seller ID.

| Def. No. | Defendant / Seller ID | Amazon Seller ID Number / PayPal Account | Goyard Branded Item's ASIN[6] |
|---|---|---|---|
| 27 | 11Sugar&Spice | PayPal * Wish | |
| 28 | amazing-women | PayPal * Wish | |
| 29 | AshleighJuenKidsFashion | PayPal * Wish | |
| 30 | babylovebeauty | PayPal * Wish | |
| 31 | Better Bay | PayPal * Wish | |
| 32 | Chinal | PayPal * Wish | |
| 33 | Crazybag | PayPal * Wish | |
| 34 | fashionklkl | PayPal * Wish | |
| 35 | fashionyuyuo | PayPal * Wish | |
| 36 | fly and wing | PayPal * Wish | |
| 37 | Gagar | PayPal * Wish | |
| 38 | Global Colorful | PayPal * Wish | |
| 39 | Hotop | PayPal * Wish | |
| 40 | huailaoshudewo | PayPal * Wish | |
| 41 | icream | PayPal * Wish | |
| 42 | Igiftbox | PayPal * Wish | |
| 43 | Joyful Fish | PayPal * Wish | |
| 44 | Lasted | PayPal * Wish | |
| 45 | lgqlgq | PayPal * Wish | |
| 46 | Life spring | PayPal * Wish | |
| 47 | liucm | PayPal * Wish | |
| 48 | MAN SA | PayPal * Wish | |
| 49 | My Everything | PayPal * Wish | |
| 50 | new cl | PayPal * Wish | |
| 51 | orangebuy | PayPal * Wish | |
| 52 | pink sakura | PayPal * Wish | |
| 53 | qinglongameng | PayPal * Wish | |
| 54 | Seven business | PayPal * Wish | |
| 55 | shenzhenshichuangyiyouxiangongsi | PayPal * Wish | |
| 56 | Shenzhentianqi | PayPal * Wish | |
| 57 | shixin888999666 | PayPal * Wish | |
| 58 | shuijingzhihen | PayPal * Wish | |
| 59 | shuijingzhihen2 | PayPal * Wish | |
| 60 | Smarter baby | PayPal * Wish | |
| 61 | Speedy2u | PayPal * Wish | |
| 62 | STYFastFashion | PayPal * Wish | |
| 63 | SugarScarf | PayPal * Wish | |
| 64 | sunhuiisDADY | PayPal * Wish | |
| 65 | usaexpresss | PayPal * Wish | |
| 66 | wangjunbo | PayPal * Wish | |
| 67 | was | PayPal * Wish | |
| 68 | wodexiuhuaxie | PayPal * Wish | |
| 69 | wwang | PayPal * Wish | |

| Def. No. | Defendant / Seller ID | Amazon Seller ID Number / PayPal Account | Goyard Branded Item's ASIN[6] |
|---|---|---|---|
| 70 | zhh1128 | PayPal * Wish | |
| 71 | zhumengqi | PayPal * Wish | |