Composite Exhibit 1

# Amazon E-Store

# Abraham Ben

NEW & INTERESTING FINDS ON AMAZON    EXPLORE

amazon    New Year **New You**

Departments ▾    Your Amazon.com    Today's Deals    Gift Cards    Registry    Sell    Help    EN ▾    Hello. Sign in Account & Lists ▾    Orders    Try Prime ▾    🛒 Cart

Amazon Fashion    WOMEN    MEN    GIRLS    BOYS    BABY    LUGGAGE    SALES & DEALS    YOUR FASHION & ❤ S

$10 & Under with FREE Shipping    Shop now ▸

Clothing, Shoes & Jewelry › Women › Handbags & Wallets › Top-Handle Bags



Agote
Agote Women Fashion Shipping Shoulder Tote Bag Set
★★★★☆ 39 customer reviews | 11 answered questions

Price: $57.09 + $5.49 shipping

Color: Black

In Stock.
Get it as soon as Feb. 7 - 26 when you choose Standard Shipping at checkout.
Ships from and sold by Abraham Ben.

- good
- nice
- gm size
- free return
- as gift

Qty: 1

$57.09 + $5.49 shipping
In Stock. Sold by Abraham Ben

Add to Cart

Turn on 1-Click ordering for this browser

Ship to:

Add to List

Share ✉ f 𝕏 📌

YOLANDO
*Genuine Cow-Hide leather tote bag*
▸ Shop now

YOLANDO Women Genuine Leather Zipper Tote Bag
$79.99 ✓prime

Ad feedback ☐

Roll over image to zoom in

## Sponsored products related to this item (What's this?)

Page 1 of 2


Gerosse Fashion Shopping Tote Bag, PU Leather Shoulder Handbag Set with Coin Pouch ...
★★★☆☆ 10
$25.99 ✓prime


Ainifeel Women's Genuine Leather Top Handle Handbag Shopping Bag Tote Bag (Khaki)
★★★★☆ 100
$135.00 ✓prime


QZUnique Women's Elegant Tassels and Rivets Leather Fashion Vintage Style Cross Body Sho...
$32.99


QZUnique Women's Cowhide Genuine Split Leather Fashion Vintage Style Cross Body Bag Grey
★★★★☆ 7
$55.99 ✓prime


Suvelle Lightweight Slouch Travel Everyday Crossbody Bag Multi Pocket Shoulder Hand...
★★★☆☆ 108
$24.89 ✓prime


Iswee Leather Shoulder Bag Bucket Bag Hobo Lady Handbag and Purse Fashion Tote for...
★★★★☆ 13
$59.99 ✓prime

Ainifeel Women's Padlock Handbags with Golden Hardware (30cm, Yellow)
★★★★☆ 322
$119.00 ✓prime

Ainifeel Women's Quilted Leather Shoulder Handbag Hobo Bag Purse (Medium, Hot pink)
★★★★☆ 51
$115.00 ✓prime

Ad feedback

## Customers who bought this item also bought

Stylesty Designer Clutch Purses for Women, Pu Envelope Fashion Clutch Bag, Women Handbag
★★★★☆ 11
1 offer from $27.99

Stylesty High Grade Fashion Shopping PU Tote Bag Set, Designer Shoulder Handbags top Handle...
★★★★☆ 21
1 offer from $63.56

Olyly Fashion Pu Clutch Bag, Envelope Clutch Purse for Women, Leather Handbag Clutch
★★★★☆ 11

Tolera Women PU Shopping Tote Bag with Coin Pouch
★★★★☆ 8

MoYoTo Womens Genuine Leather Thin Belts For Jeans 0.9" Wide With Letter Buckle
★★★★☆ 308
$14.99 ✓prime

Stylesty Genuine Leather Long Wallet for Women, Bifold Large Capacity Long Purse
★★★★★ 1
$30.99

## Have a question?

Find answers in product info, Q&As, reviews

🔍

## Product description

good for you

**Package Dimensions:** 21.3 x 19.3 x 0.8 inches
**Shipping Weight:** 1.2 pounds (View shipping rates and policies)
**ASIN:** B073F5GQGY
**Date first available at Amazon.com:** June 28, 2017
**Amazon Best Sellers Rank:** #53,103 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#138 in Clothing, Shoes & Jewelry > Women > Handbags & Wallets > **Top-Handle Bags**
#225 in Clothing, Shoes & Jewelry > Women > Handbags & Wallets > **Totes**
#310 in Clothing, Shoes & Jewelry > Women > Handbags & Wallets > **Shoulder Bags**
**Average Customer Review:** ★★★★☆    39 customer reviews
If you are a seller for this product, would you like to suggest updates through seller support?

## Related Video Shorts


How to Store Your Handbag
eHow


How to Choose the Best Handbag for Your Outfit
Howcast

## Sponsored products related to this item (What's this?)

      

| Call It Spring Campti, White | Covelin Women's Handbag Genuine Leather Tote Shoulder Bags Large Capacity Wine red | Handbags for women totes Hobo Shoulder Bags Tassels Stripes Top Handle Bags | Dasin Women Fashion Tote Large Zipper Handbag with Removable Shoulder Strap | Tote bag Top Handle Handbags Shoulder Bag Satchel Coffee Purse Women Fineuna 405 | BLACK FRIDAY DEALS Women's Genuine Leather Handbag, Shoulder Handbag, Top Handle | InterestPrint Skulls Beautiful Women's Leather Tote Shoulder Bags Handbags |
| ★★★★★ 1 | ★★★★☆ 37 | ★★★★☆ 56 | ★★★★☆ 22 | ★★★★★ 2 | ★★★★★ 1 | ★★★☆☆ 11 |
| $39.99 ✓prime | $52.99 ✓prime | $28.99 ✓prime | $36.99 ✓prime | $32.99 ✓prime | $29.99 ✓prime | $29.99 |

Ad feedback


amazon essentials
The ultimate cool-weather staples
See more

Ad feedback

## Customer Questions & Answers

See questions and answers

## Customer reviews

★★★★☆ 39
4.1 out of 5 stars ▾

| | | |
|---|---|---|
| 5 star | | 72% |
| 4 star | | 8% |
| 3 star | | 5% |
| 2 star | | 5% |
| 1 star | | 10% |

See all 39 customer reviews ›

**Top customer reviews**

Share your thoughts with other customers

Write a customer review


GET FAST, RELIABLE 25 MBPS INTERNET FOR ONLY
$34.95 per month
when you add 2 Voice Mobility lines.
COMCAST BUSINESS
GET IT NOW
(855) 407-1891

Ad feedback

Customer images

Kidzmom4

⭐⭐⭐⭐⭐ **Large, stylish, designer... what's not to like??**
November 28, 2017
Color: Coffee | Verified Purchase

This bag arrived in perfect condition very quickly! It is beautiful and convenient for daily use, travel and looking stylish. If you've never owned a large designer bag, then this is your chance to purchase and enjoy one.

Comment | Was this review helpful to you? Yes No Report abuse

BuckeyeInCincy

⭐⭐⭐⭐⭐ **Great Bag, looks so REAL!**
December 28, 2017
Color: Green | Verified Purchase

This bag is amazing! Looks just like the real thing. The only thing I can find that is slightly different is the inside fabric. I ordered this on and my husband ordered the real thing for me. I am keeping this- looks so real!

Comment | Was this review helpful to you? Yes No Report abuse

Amazon Customer

⭐⭐⭐⭐⭐ **LOVE IT!**
December 2, 2017
Color: Black | Verified Purchase

I get compliments all of the time..I'm ordering the white and light grey..:)

Comment | Was this review helpful to you? Yes No Report abuse

mary kate tusinski

⭐⭐⭐⭐⭐ **For the Price,**
December 18, 2017
Color: Black | Verified Purchase

Great commuter bag; love the size and just how sturdy it is. Just placed other colors of this bag on my wish list. Only gripe is the initial smell but it's nothing a few dryer sheets overnight can't fix. Very happy with this purchase.

Comment | Was this review helpful to you? Yes No Report abuse

thomas w palica

⭐⭐⭐⭐⭐ **nice product**
December 6, 2017
Color: Black | Verified Purchase

Dear friend, Thanks for your bag

Comment | Was this review helpful to you? Yes No Report abuse

Joel

⭐⭐⭐⭐⭐ **good**
December 6, 2017
Color: Black | Verified Purchase

good gift

Comment | Was this review helpful to you? Yes No Report abuse

Michael R.

⭐⭐⭐⭐⭐ **Five Stars**
December 17, 2017
Color: Blue | Verified Purchase

Sizing a little off but nobody will know.

Comment | Was this review helpful to you? Yes No Report abuse

MindeePlaysCello

⭐⭐⭐⭐☆ **It's an ok bag for what it is.**
November 27, 2017
Color: Black | Verified Purchase

This bag is pretty stiff and smelled plasticky when it came out of the box. The sizing is way off and I think that people who actually own a Goyard St. Louis in either pm or gm can tell almost immediately this bag is a knock-off (I know I can, I had a real one before I sold it.) The bag is stiff and does not slouch nor is it floppy like the real ones-which means that it holds it shape pretty well. The little pouch is sewn really poorly and puckers all around and I wouldn't even really use it. Even though this is NOT a Goyard, this bag is probably going to hold up way longer than an actual one and you are paying very little compared to $1700 for the real thing. I used it for grocery shopping and to carry library books and it still looks good. The strap doesn't feel like it's going to snap off at all and I kinda feel comfortable just throwing it around, like you would throw a real Goyard. If you like the look of the actual pattern but are hesitant to buy this, I recommend getting a "dupe" version. Lancaster and Gerosee make similar looking Goyard-style bags. (Gerosee is the one that IS the bag but without the Goyard name on it.) But if you like novelty and want a conversation piece about buying a funny Goyard knock-off on Amazon, or simply just don't really care because Yolo and You Do You, then by all means have at it.

Comment | 8 people found this helpful. Was this review helpful to you? Yes No Report abuse

**See all 39 reviews ›**

Write a customer review

## Customers who viewed this item also viewed



See all customer images

## Most recent customer reviews

Danae guillory

⭐⭐⭐⭐⭐ **Five Stars**
I love my bag
Published 1 month ago

Mark Christensen

⭐⭐⭐⭐⭐ **Highly satisfied**
I order 4 times. Love
Published 1 month ago

Diana King

⭐⭐⭐⭐☆ **Nice material nice look love it**
Five Stars
Published 1 month ago

newlee

⭐⭐⭐⭐☆ **Four Stars**
Excellent
Published 1 month ago

Amazon Customer

⭐⭐⭐⭐⭐ **Really nice Goyard dupe**
Really nice Goyard dupe. Was actually really impressed when I received it. Very sturdy material, almost spot on to the real thing, perfect size. Read more ›
Published 1 month ago

Search customer reviews

Search



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order



**Shipping address** Change

███████████

MIAMI, FL 33144-6000
United States
Phone: ███████████

**Payment method** Change

VISA ending in ███████

**Billing address** Change
Same as shipping address

**Gift cards & promotional codes**

Enter Code    Apply

**Place your order**

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

**Order Summary**
Items:                          $57.09
Shipping & handling:            $5.49

Total before tax:               $62.58
Estimated tax to be collected:*  $0.00

**Order total:**                $62.58

How are shipping costs calculated?
Why didn't I qualify for free shipping?

Prime FREE Trial  ███████, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music, and more.
» **Sign up for a free trial**

**Estimated delivery:** Feb. 7, 2018 - Feb. 26, 2018

**Agote Women Fashion Shipping Shoulder Tote Bag Set(Black)**
**$57.09**
Quantity: 1 Change
Sold by: Abraham Ben
🎁 Gift options not available.

**Choose a delivery option:**
⦿ **Wednesday, Feb. 7 - Monday, Feb. 26**
$5.49 - Standard Shipping

*Why has sales tax been applied? **See tax and seller information**

Do you need help? Explore our **Help pages** or **contact us**

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Oklahoma, South Dakota and Vermont Purchasers: **Important information regarding sales tax you may owe in your State**

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's **Returns Policy**

Go to the **Amazon.com homepage** without completing your order.

**Conditions of Use** | **Privacy Notice** © 1996-2017, Amazon.com, Inc.



✓ **Thank you, your order has been placed.**

An email confirmation has been sent to you.

**New!** Get shipment notifications on your mobile device with the free Amazon app.

**Order Number:** ▮▮▮▮▮▮
- Agote Women Fashion Shippin… will be shipped to ▮▮▮▮ ▾ by Abraham Ben.

**Estimated delivery:** Feb. 7, 2018 – Feb. 26, 2018

Review or edit your order ▸

Want updates on this order?
Get Amazon Assistant. Learn More

[Install now for Internet Explorer]

By installing Amazon Assistant you agree to the Conditions of Use.

---



Sponsored by **Hongxing**

Hongxing lightweight chest sling shoulder ba...
★★★★☆ 7
[Shop now]

Ad feedback 💬

---

**HCTro**    Hctro solar garden lights

Hctro solar garden lights  color changing 3 ...
★★★★½ 16
$14.49 ✓prime
[Add to Cart]



Ad feedback 💬

[Continue shopping]

**Your recently viewed items and featured recommendations**

Inspired by your browsing history



# Amazon E-Store

# aRDDMZ

Amazon.com: Stylesty High Grade Fashion Design Pu Shopping Shoulder Tote Bag Set Handbags with Coin Pouch, Large, B...      Page 1 of 4

Case 0:18-cv-61771-WPD     Document 4-6     Entered on FLSD Docket 08/01/2018     Page 9 of 183



**Sponsored products related to this item** (What's this?)







## Product description

**Usually ships within 7 to 15 days**
**Specifications:**
Type of Bag:Tote Bag
Material:Leather
**Size:**
large:the top of the bag:20.47 in; the bottom of the bag: 14.96 in; with: 5.9 in; hight: 11.02 in
medium: the top of the bag:18.9 in; the bottom of the bag: 13.0 in; with: 5.9 in; hight: 10.24 in
coin pouch: 7.87*4.33 inch(L*H)
**Package Include:**
1 X tote bag
**Note:**
Little leather smell is normal.Open it and put it in a ventilated environment for few days,the smell will disappear.

**Package Dimensions:** 20.1 x 14 x 1.6 inches
**Shipping Weight:** 1.2 pounds (View shipping rates and policies)
**ASIN:** B0744CC993
**Date first available at Amazon.com:** July 21, 2017
**Amazon Best Sellers Rank:** #150,123 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
   #668 in Clothing, Shoes & Jewelry > Women > Handbags & Wallets > Totes
   #1026 in Clothing, Shoes & Jewelry > Women > Handbags & Wallets > Shoulder Bags
   #75439 in Clothing, Shoes & Jewelry > Women > Shops
**Average Customer Review:** ★★★★☆ ▽   21 customer reviews
If you are a seller for this product, would you like to suggest updates through seller support?

## Related Video Shorts



How to Store Your Handbag
eHow

How to Choose the Best Handbag for Your Out
Howcast

## Sponsored products related to this item (What's this?)

      

| | | | | | | |
|---|---|---|---|---|---|---|
| Lustear Ladies Soft Leather Shoulder Bags Hobo Style Bag (Navy Blue) | Fashion Women's High-end Genuine Leather Tote Handbag (Brown) | InterestPrint U.S.A Ripped Flag Fashion Women Large Leather Tote Top Handle Shoulde... | Hiigoo Women's Casual Handbags Fashion Eco-friendly Shopper Bag Canvas Bag Totes (Red) | Neely & Chloe Women's The Market Tote Cinnamon | The Cotton & Canvas Co. Muscles & Mascara Gym, Shopping and Travel Reusable Should... | Womens Handbags Designer Purses Large Capacity Fashion Shoulder Bag Ladies Tote Bag... |
| ★★★★☆ 4 | $49.99 ✓prime | ★★★★★ 2 | ★★★★★ 7 | ★★★★☆ 7 | ★★★★☆ 7 | $24.90 ✓prime |
| $32.90 ✓prime | | $29.99 | $17.98 ✓prime | $298.00 ✓prime | $18.99 ✓prime | |

Ad feedback ▢



Ad feedback ▢

## Customer Questions & Answers

See questions and answers

## Customer reviews

★★★★☆ 21

4.1 out of 5 stars ▼

| | | |
|---|---|---|
| 5 star | | 71% |
| 4 star | | 10% |
| 3 star | | 9% |
| 2 star | | 5% |

Share your thoughts with other customers


Write a customer review

Amazon.com: Stylesty High Grade Fashion Design Pu Shopping Shoulder Tote Bag Set Handbags with Coin Pouch, Large, B...    Page 3 of 4

Case 0:18-cv-61771-WPD    Document 4-6    Entered on FLSD Docket 08/01/2018    Page 11 of 183



1 star ▬▬▬▬ 5%

See all 21 customer reviews »

**Top customer reviews**

○ Littlepup

★★★★☆ **Dark blue medium size smaller than other colors**
December 1, 2017
Size: Medium | Color: Dark Blue | ✔ Verified Purchase

Smaller than another color of the same bag I ordered from the company, but still seems sturdy and looks good.

Comment | Was this review helpful to you? [Yes] [No] Report abuse

○ Roxy

★★★★★ **THIS bag is very well made looks like the real thing I had another fake before this ...**
January 10, 2018
Size: Medium | Color: White | ✔ Verified Purchase

THIS bag is very well made looks like the real thing I had another fake before this one the straps were too fat I on it but this one has thumb straps which make it look more authentic. woupd reccomend

Comment | Was this review helpful to you? [Yes] [No] Report abuse

○ atef fayrouz

★★★★★ **Five Stars**
November 13, 2017
Size: Medium | Color: Black | ✔ Verified Purchase

Thanks

Comment | Was this review helpful to you? [Yes] [No] Report abuse

○ The Doctor

★★★★★ **Orange Goyard**
September 16, 2017
Size: Medium | Color: Orange | ✔ Verified Purchase

Took a few weeks, but looks nice. Seller responded immediately to my email. I plan on getting another in a different color.

Comment | Was this review helpful to you? [Yes] [No] Report abuse

○ Kaitlin Foran

★★★★★ **Great!**
December 14, 2017
Size: Medium | Color: Black | ✔ Verified Purchase

Great bag! Could not be more pleased! Excellent quality and the medium is a great size to use as your everyday purse. I am considering buying another.

Comment | Was this review helpful to you? [Yes] [No] Report abuse

○ Amazon Customer

★★★★★ **Five Stars**
December 21, 2017
Size: Medium | Color: Dark Gray | ✔ Verified Purchase

Great customer service and beautiful product.

Comment | Was this review helpful to you? [Yes] [No] Report abuse

○ elyanora

★★★★★ **Five Stars**
October 19, 2017
Size: Large | Color: Dark Blue | ✔ Verified Purchase

looks pretty good for the price.

Comment | Was this review helpful to you? [Yes] [No] Report abuse

○ LAN

★★★★☆ **Four Stars**
December 17, 2017
Size: Medium | Color: Dark Gray | ✔ Verified Purchase

I like it

Comment | Was this review helpful to you? [Yes] [No] Report abuse

See all 21 reviews »

[Write a customer review]

---

**Most recent customer reviews**

○ giuseppa conigliaro

★☆☆☆☆ **Poor quality Matte color Returning it**
Poor quality
Matte color
Returning it.
Published 1 month ago

○ Mary Lily Salerno

★★★☆☆ **Three Stars**
Good bag but not the same dimensions as real Goyard bag
Published 1 month ago

○ Le'Niya S.

★★★★★ **Five Stars**
So like the design, so fashionable, want to buy all the color.
Published 1 month ago

○ Kiara

★★★★★ **Five Stars**
Great large bag for travel and shopping. So close to the real dea.
Published 1 month ago

○ katie helms

★★★★★ **Awesome bag. Actually exceeds my expectations**
Awesome bag. Actually exceeds my expectations ,nice price and nice quality. I use it as my work ~~~~. Read more »
Published 1 month ago

○ triesha

★★★★★ **my friends all like it, they said i get a good aesthetic**
my friends all like it,they said i get a good aesthetic ,so pretty bag!
Published 1 month ago

○ Margaret Levine

★★★☆☆ **My sister bought a fake one like this in Viet Nam for $20**
My sister bought a fake one like this in Viet Nam for $20. The quality was 7 times better. The colors are too bright, the material is not thick enough and is too flimsy, the... Read more »
Published 2 months ago

**Search customer reviews**

[🔍                    ] [Search]

---

**Customers who viewed this item also viewed**



LOYEOY Large Tote Purse Classic Travel & Shopping Top Handle Handbags Shoulder Bags for Women
★★★★☆ 14

My.Monkey Gift for Women Handbag with Large Size Super Star Delicate Elegant Light
★★★☆☆ 34
$55.99 ✓prime

Gerosse Fashion Shopping Tote Bag, PU Leather Shoulder Handbag Set with Coin Pouch
★★★☆☆ 10
$25.99 - $32.99

Agote Women Fashion Shipping Shoulder Tote Bag Set
★★★★☆ 39
30 offers from $57.09

Tolera Women PU Shopping Tote Bag with Coin Pouch
★★★★☆ 8
$53.99 ✓prime

Olyly Women Fashion tote bags, Shopping Shoulder bag, PU Leather Handbags with pouch 10 Color Christmas birthday gift







SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    **PLACE ORDER**

## Review your order



**Shipping address** Change

█████████████
█████████████████████
PEMBROKE PINES, FL 33024-6609
United States
Phone: ████████

**Payment method** Change
VISA ending in ████

**Billing address** Change
Same as shipping address

**Gift cards & promotional codes**

[Enter Code]   [Apply]

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:                        $63.56
Shipping & handling:          $5.49

Total before tax:             $69.05
Estimated tax to be collected:*   $0.00

**Order total:**              **$69.05**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

Prime FREE Trial ████ , we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music, and more.
» Sign up for a free trial

**Estimated delivery: Feb. 7, 2018 - Feb. 26, 2018**

**Stylesty High Grade Fashion Design Pu Shopping Shoulder Tote Bag Set Handbags with Coin Pouch, Large, Balck**
**$63.56**
**Quantity:** 1 Change
Sold by: aRDDMZ
🎁 Gift options not available.

**Choose a delivery option:**
◉ **Wednesday, Feb. 7 - Monday, Feb. 26**
$5.49 - Standard Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Oklahoma, South Dakota and Vermont Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2017, Amazon.com, Inc.





Amazon E-Store

bagcollector















SIGN IN      SHIPPING & PAYMENT      GIFT OPTIONS      PLACE ORDER

## Review your order



**Shipping address** Change

███████████████
███████████████
MIAMI, FL 33144-6000
United States
Phone: ████████

**Payment method** Change
VISA ending in ████

**Billing address** Change
███████████████
███████████████
United States

**Gift cards & promotional codes**

Enter Code    [ Apply ]

**Place your order**

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

**Order Summary**
Items:                          $45.99
Shipping & handling:             $8.98

Total before tax:               $54.97
Estimated tax to be collected:*  $0.00

**Order total:**                **$54.97**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

Prime FREE Trial ████ **we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music, and more.**
  › **Sign up for a free trial**

**Estimated delivery:  Mar. 26, 2018 - April 3, 2018**

**Tolera Women PU Shopping Tote Bag with Coin Pouch (Black)**
**$45.99**
Usually ships within 6 to 10 days.
**Quantity:** 1 Change
Sold by: bagcollector
🎁 Gift options not available.

**Choose a delivery option:**
○ **Tuesday, April 10 - Friday, May 4**
  $8.98 - Standard Shipping
● **Monday, Mar. 26 - Tuesday, April 3**
  $8.98 - Expedited Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Oklahoma, South Dakota and Vermont Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc.



✓ **Thank you, your order has been placed.**

An email confirmation has been sent to you.

Order Number: ▓▓▓▓▓▓▓▓▓▓

- Tolera Women PU Shopping To… will be shipped to ▓▓▓▓▓ ▾ by bag collector.

**Estimated delivery: Mar. 26, 2018 - April 3, 2018**

Review or edit your order ▸

Want updates on this order?
Get Amazon Assistant. Learn More



**Install now for Internet Explorer**

By installing Amazon Assistant
you agree to the Conditions of Use.

---

## Sponsored Products Related to Your Purchases  What's this? ▾

Page 1 of 2





State Cashmere 100% Pure Cashmere Fringe Throw Blanket - 60" x 50",Ultimate Soft and…
★★★★★ 2
$149.00 ✓prime

SPENCER&WHITNEY Soft Blanket Wool Throw 100 Australian Wool Throw Blanket Fleece…
★★★★½ 5
$82.99 ✓prime


TENA  SAVE $5 on overnight underwear
Shop now
Ad feedback


★★★★★
Add to Cart
Ad feedback

### Recommendations Based on Your Order







Stylesty High Grade Fashion Shopping PU Tote Bag Set, Designer Shoulder Handbags top…
★★★★☆ 20
$45.99 - $65.99

Stylesty Designer Clutch Purses for Women, Pu Envelope Fashion Clutch Bag, Women Handbag
★★★★☆ 15

Agote Women Fashion Shipping Shoulder Tote Bag Set
★★★★☆ 49
1 offer from $55.99

Gerosse Fashion Shopping Tote Bag, PU Leather Shoulder Handbag Set with Coin Pouch
★★★★½ 11
$27.99 - $32.99

CharlestonDe Lady Tote PU Leather Shoulder Bag Set
★★★½ 10
$49.55 - $53.99

Amazon E-Store

Ckahoered

Amazon.com: Stylesty High Grade Fashion Shopping PU Tote Bag Set, Designer Shoulder Handbags top Handle Bag with Coin Pouch: Shoes    Page 1 of 4

Case 0:18-cv-61771-WPD    Document 4-6    Entered on FLSD Docket 08/01/2018    Page 25 of 183





Stylesty Designer Clutch Purses for Women, Pu Envelope Fashion Clutch Bag, Women Handbag
★★★★☆ 15
14 offers from $59.99

Agote Women Fashion Shipping Shoulder Tote Bag Set
★★★★☆ 44
1 offer from $54.38

Tolera Women PU Shopping Tote bag with Coin Pouch
★★★★☆ 9

Stylesty Genuine Leather Long Wallet for Women, Bifold Large Capacity Long Purse
★★★★★ 3

Gerosse Fashion Shopping Tote Bag, PU Leather Shoulder Handbag Set with Coin Pouch
★★★☆☆ 14
$25.99 – $35.95

CharlestonDe Lady Tote PU Leather Shoulder Bag Set
★★★☆☆ 7
$53.99

## Have a question?

Find answers in product info, Q&As, reviews

🔍 [                                                                    ]

## Product description

**Usually ships within 7 to 15 days**
**Specifications:**
Type of Bag:Tote Bag
Material:Leather
**Size:**
large:the top of the bag:20.47 in; the bottom of the bag: 14.96 in; with: 5.9 in; hight: 11.02 in
medium: the top of the bag:18.9 in; the bottom of the bag: 13.0 in; with: 5.9 in; hight: 10.24 in
coin pouch: 7.87*4.33 inch(L*H)
**Package Include:**
1 X tote bag
**Note:**
Little leather smell is normal.Open it and put it in a ventilated environment for few days,the smell will disappear.

**Package Dimensions:** 11.2 x 2.1 x 1 inches
**Shipping Weight:** 1 pounds (View shipping rates and policies)
**ASIN:** B074DSYF7P
**Item model number:** 10478665
**Date first available at Amazon.com:** July 30, 2017
**Amazon Best Sellers Rank:** #148,711 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
    #666 in Clothing, Shoes & Jewelry > Women > Handbags & Wallets > Totes
    #1032 in Clothing, Shoes & Jewelry > Women > Handbags & Wallets > Shoulder Bags
    #74063 in Clothing, Shoes & Jewelry > Women > Shops
**Average Customer Review:** ★★★★☆ ˘    19 customer reviews
If you are a seller for this product, would you like to suggest updates through seller support?

## Related Video Shorts





How to Store Your Handbag
eHow

How to Choose the Best Handbag for Your Out…
Howcast

marketplace

"We've been able to hire dozens of people from the local community."

**Blake Shook**
Desert Creek Honey

Start selling ▶

Ad feedback 💬

## Customer Questions & Answers

See questions and answers

Amazon.com: Stylesty High Grade Fashion Shopping PU Tote Bag Set, Designer Shoulder Handbags top Handle Bag with Coin Pouch: Shoes    Page 3 of 4

Case 0:18-cv-61771-WPD    Document 4-6    Entered on FLSD Docket 08/01/2018    Page 27 of 183



## Customer Reviews

★★★★☆ 19
4.1 out of 5 stars ▾

| | | |
|---|---|---|
| 5 star | | 68% |
| 4 star | | 11% |
| 3 star | | 11% |
| 2 star | | 5% |
| 1 star | | 5% |

See all 19 customer reviews ▸

Share your thoughts with other customers

Write a customer review

### Top customer reviews

**Margaret Levine**
★★☆☆☆ **My sister bought a fake one like this in Viet Nam for $20**
November 5, 2017
Size: Medium | Color: Orange | Verified Purchase

My sister bought a fake one like this in Viet Nam for $20. The quality was 7 times better. The colors are too bright, the material is not thick enough and is too flimsy, the material is too shiny and lacks. Otherwise, it holds up, it is just not very sophisticated and kind of cheap looking as a copy.

Comment | 3 people found this helpful. Was this review helpful to you? Yes No Report abuse

**Roxy**
★★★★★ **THIS bag is very well made looks like the real thing I had another fake before this ...**
January 10, 2018
Size: Medium | Color: White | Verified Purchase

THIS bag is very well made looks like the real thing I had another fake before this one the straps were too fat I on it but this one has thumb straps which make it look more authentic. woupd reccomend

Comment | 3 people found this helpful. Was this review helpful to you? Yes No Report abuse

**Mary Lily Salerno**
★★★☆☆ **Three Stars**
December 5, 2017
Size: Medium | Color: Green | Verified Purchase

Good bag but not the same dimensions as real Goyard bag

Comment | 4 people found this helpful. Was this review helpful to you? Yes No Report abuse

**Littlepup**
★★★★☆ **Dark blue medium size smaller than other colors**
December 1, 2017
Size: Medium | Color: Dark Blue | Verified Purchase

Smaller than another color of the same bag I've ordered from the company, but still seems sturdy and looks good.

Comment | One person found this helpful. Was this review helpful to you? Yes No Report abuse

**almondeyes74**
★★★★★ **This bag looks like the real thing**
February 21, 2018
Size: Large | Color: Black Brown | Verified Purchase

To start, my bag didn't smell at lol. Maybe the seller used a different manufacturer. This bag looks like the real thing, the lining details and the placing of the brand, the material etc. My only con is the trim around the top of the bag looks a little suspect but I still recommend this bag. The shipping time was as expected for the distance, about one month. I plan on ordering another bag from this seller in a different colorway.

Comment | Was this review helpful to you? Yes No Report abuse

**10joules**
★★★★★ **Nice!**
September 11, 2017
Size: Large | Color: Green | Verified Purchase

They took care to pack it well in a box, but some wrinkling occurred perhaps as it was packed tight. Airing it out due to the smell it came with, but can't wait to use it soon.

Comment | Was this review helpful to you? Yes No Report abuse

**Kaitlin Foran**
★★★★★ **Great!**
December 14, 2017
Size: Medium | Color: Black | Verified Purchase

Great bag! Could not be more pleased! Excellent quality and the medium is a great size to use as your everyday purse. I am considering buying another.

Comment | One person found this helpful. Was this review helpful to you? Yes No Report abuse

**Lilo**

Because you don't need
thumbs to start a fire.

Covered 7/29/15

FARMERS
INSURANCE

Get a Quote Now

Ad feedback

### Most recent customer reviews

**Amazon Customer**
★★★★★ **Five Stars**
Great customer service and beautiful product.
Published 2 months ago

**LAN**
★★★★☆ **Four Stars**
I like it
Published 2 months ago

**giuseppa conigliaro**
★★★★★ **Poor quality Matte color Returning it**
Poor quality
Matte color
Returning it.
Published 2 months ago

**Le'Niya S.**
★★★★★ **Five Stars**
So like the design, so fashionable, want to buy all the color.
Published 3 months ago

**Kiara**
★★★★★ **Five Stars**
Great large bag for travel and shopping. So close to the real dea.
Published 3 months ago

**atef fayrouz**
★★★★★ **Five Stars**
Thanks
Published 3 months ago

**elyanora**
★★★★★ **Five Stars**
looks greatly good for the price.
Published 4 months ago

### Search customer reviews

[ 🔍                    ] [ Search ]



★★★★★ **Orange Goyard**

Size: Medium  |  Color: Orange  |  **Verified Purchase**

Took a few weeks, but looks nice. Seller responded immediately to my email. I plan on getting another in a different color.

Comment  |  One person found this helpful. Was this review helpful to you?  Yes   No   Report abuse

See all 19 reviews »

Write a customer review

#### Customers who viewed this item also viewed

Agote Women Fashion Shipping Shoulder Tote Bag Set
★★★★☆ 44
$56.99 ✓prime

Gerosse Fashion Shopping Tote Bag, PU Leather Shoulder Handbag Set with Coin Pouch
★★★★☆ 14
$25.99 - $35.99

CharlestonDe Lady Tote PU Leather Shoulder Bag Set
★★★☆☆ 7
$53.99

Tolera Women PU Shopping Tote Bag with Coin Pouch
★★★★☆ 9

Stylesty Designer Clutch Purses for Women, Pu Envelope Fashion Clutch Bag, Women Handbag
★★★★☆ 15
14 offers from $59.99

Stylesty Genuine Leather Long Wallet for Women, Bifold Large Capacity Long Purse
★★★★★ 3













SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order

**Shipping address** Change

███████████████
███████████████
MIAMI, FL 33144-6000
United States
Phone: ███████

**Payment method** Change
VISA ending i ███████

**Billing address** Change
Same as shipping address

**Gift cards & promotional codes**

[ Enter Code ]  [ Apply ]

**Place your order**

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

**Order Summary**
Items:                          $55.00
Shipping & handling:            $4.99

Total before tax:               $59.99
Estimated tax to be collected:*  $0.00

**Order total:**                **$59.99**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

Prime FREE Trial  ██████, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music, and more.
» Sign up for a free trial

**Estimated delivery: Mar. 21, 2018 - April 6, 2018**



**Stylesty High Grade Fashion Design Shopping PU Tote Bag Shoulder Handbags with Coin Pouch, Medium (balck)**
**$55.00**
Quantity: 1  Change
Sold by: Ckahoered
Gift options not available.

**Choose a delivery option:**
◉ **Wednesday, Mar. 21 - Friday, April 6**
   $4.99 - Standard Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Oklahoma, South Dakota and Vermont Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc.



✓ **Thank you, your order has been placed.**

An email confirmation has been sent to you.

**Order Number:** ▮▮▮▮▮▮▮▮▮

- Stylesty High Grade Fashion De…  will be shipped to ▮▮▮▮▮▮▮ ▾ by Ckahoered.

**Estimated delivery:** Mar. 21, 2018 - April 6, 2018

Review or edit your order »

Want updates on this order?
Get Amazon Assistant. Learn More

**Install now for Internet Explorer**

By installing Amazon Assistant
you agree to the Conditions of Use.





Amazon E-Store

Fast/Quality



**Note :**
1. All sizes are manually measured. The margin of error is 1 inch.
2. Little smell is normal. Open it and put it in a ventilated environment for few days, the smell will disappear.
3. Due to different camera, light environment and display, the physical color will be a little different from pictures.

**Product Dimensions:** 18.1 x 5.9 x 11 inches
**Shipping Weight:** 2 pounds (View shipping rates and policies)
**ASIN:** B07SSD2FJL
**Date first listed on Amazon:** August 26, 2017
**Amazon Best Sellers Rank:** #36,456 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
  #173 in Clothing, Shoes & Jewelry > Women > Handbags & Wallets > Totes
  #245 in Clothing, Shoes & Jewelry > Women > Handbags & Wallets > Shoulder Bags
  #22029 in Clothing, Shoes & Jewelry > Women > Shops
**Average Customer Review:** ★★★★☆  *   18 customer reviews
If you are a seller for this product, would you like to suggest updates through seller support?

## Related Video Shorts    Upload your video



**Customer Review:**
**Seriously amazing**
Amazon Customer Videos



**Customer Questions & Answers**

See questions and answers

Ad feedback ▢

---

## Customer Reviews

★★★★☆ 18
**4.1 out of 5 stars ▾**

| | |
|---|---|
| 5 star | 66% |
| 4 star | 17% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 17% |

See all 18 customer reviews ▸

Share your thoughts with other customers

[ Write a customer review ]

### Top customer reviews

○ NYC mum

★★★★☆ **OMG the smell!!! :(**
December 16, 2017   Size: GM Size(Large)   Color: Dark Grey   **Verified Purchase**

The bag is spot on to the original. LOOKS amazing...however, holy cow does it stink! The smell was actually giving me a headache 5 minutes after opening the package. Smells like a moldy storage smell. I'm not a person that is usually sensitive to smells but even I had to do something immediately about the smell. I almost sant it back just because of the smell, but it does really look lovely and the markings are an exact duplicate. I will try and air it out and wipe it down with fabric softener. The canvas is very stiff, unlike the original and makes the bag hold its shape better which I actually don't mind, but some people might. You won't get the same sag in this bag so you may not need a base shaper as you would with the original. If it wasn't for the smell this would be perfect. Hopefully I get the smell out in time to enjoy it.

3 people found this helpful

[ Helpful ] [ Not Helpful ]   Comment | Report abuse

○ S&S

★★★★☆ **A keeper!**
December 16, 2017   Color: Black   **Verified Purchase**

I'll be perfectly honest; I really can't speak to a comparison between an authentic St. Louis bag; I'm unfamiliar with the brand personally . I've only admired them on others. None the less, I really liked this vendors product. I had previously ordered and return from other vendors. I wasn't satisfied. This one is a keeper, it's the right size, and looks far more similar to authentic st. Louis bags I've seen. The only down side is it does have a unpleasant odor. I'm hoping it will wear off soon, that or I'll become nose blind to it. All in all a nice bag, I recommend for those like myself who do not want to spend thousands.

2 people found this helpful

[ Helpful ] [ Not Helpful ]   Comment | Report abuse

○ suzanne wynne

★★★★★ **For me this tote is awesome. Also purchased the zippered matching pouche which sits ...**
December 13, 2017   Size: MM Size(Medium)   Color: Yellow   **Verified Purchase**

---

Pillows you'll love
Shop now ▸

Ad feedback ▢

### Customer images



See all customer images ▸

### Most recent customer reviews

○ ZACK HD

★★★★★ **Five Stars**
A wonderful product which is quite practical and fashion.
Published 26 days ago

○ MsLaaalaaa

★★★★★ **Five Stars**
I love this bag!
Published 2 months ago

○ Mouna

★★★★☆ **But is not large like goyard no smell I like it thank you 🤗**
But is not large like goyard no smell I like it thank you 🤗
Published 3 months ago

○ stephanie t.

★★★★★ **Five Stars**
Love the bag for everyday use. Hopefully it will last for a while and got many compliments.















**Item #:** 232228

**Date Received:** 5/15/2018

**Seller Platform:** Amazon

**Seller:** Fast/Quality

**Collected By:**  K. Burns

**Shipped From:** KY, USA

**Tracking #:**

**Description:** Black Goyard Tote

















Amazon E-Store

Flanco

My.Monkey Gift for Women Handbag with Purse Large Size Super Star Delicate Elegant Light Package (black): Handbags: A...    Page 1 of 4

Case 0:18-cv-61771-WPD    Document 4-6    Entered on FLSD Docket 08/01/2018    Page 53 of 183



My.Monkey Gift for Women Handbag with Purse Large Size Super Star Delicate Elegant Light Package (black): Handbags: A...      Page 2 of 4

Case 0:18-cv-61771-WPD    Document 4-6    Entered on FLSD Docket 08/01/2018    Page 54 of 183

## Product description

It is Medium size(Pm)Size:19" x 13" x 10". high-end design,Suitable for any occasion

**Package Dimensions:** 19.5 x 13.5 x 1.1 inches
**Shipping Weight:** 12.8 ounces (View shipping rates and policies)
**ASIN:** B01N4WVFK0
**Date first available at Amazon.com:** February 8, 2017
**Amazon Best Sellers Rank:** #65,916 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#187 in Clothing, Shoes & Jewelry > Women > Handbags & Wallets > Top-Handle Bags
#33783 in Clothing, Shoes & Jewelry > Women > Shops
**Average Customer Review:** ★★★½☆   34 customer reviews
If you are a seller for this product, would you like to suggest updates through seller support?

## Related Video Shorts



2:13  How to Store Your Handbag
eHow

1:29  How to Choose the Best Handbag for Your Ou
Howcast

## Sponsored products related to this item  (What's this?)

      

| Sorrean Striped Cotton Heavy Canvas Shoulder Hand Bag for Women, Zipper Top,with Ou... | NNEE Medium Hand Woven Leather Tote Bag Satchel with Multiple Pocket Design - Teal ... | Anuschka Anna by Handpainted Leather Large Multi Compartment Satchel, Butterfly Glas... | BOSTANTEN Women's Leather Handbags Tote Top-handle Purse Shoulder Bags On Sale... | Hiigoo Printing Canvas Shoulder Bag Retro Casual Handbags Messenger Bags (Black) | ANA LUBLIN Women Ladies Tote Bag Black Genuine Leather Handbag Top Handle Purse | Miuco Womens Bamboo Handbag Handmade Large Tote Bag Size Large |
|---|---|---|---|---|---|---|
| ★★★★★ 22 | ★★★★☆ 11 | ★★★★☆ 7 | ★★★★½ 66 | ★★★★½ 376 | ★★★★★ 74 | ★★★★★ 93 |
| $19.99 ✓prime | $29.95 ✓prime | $130.81 ✓prime | $70.98 ✓prime | $19.98 ✓prime | $59.98 ✓prime | $43.99 ✓prime |

Ad feedback ▢



marketplace

**"We've been able to hire dozens of people from the local community."**

BLAKE SHOOK
Desert Creek Honey

Start selling ›

Ad feedback ▢

## Customer Questions & Answers

See questions and answers

## Customer reviews

★★★½☆ 34
3.6 out of 5 stars ▾

| | |
|---|---|
| 5 star | 62% |
| 4 star | 12% |
| 3 star | 3% |
| 2 star | 9% |
| 1 star | 14% |

See all 34 customer reviews ›

Share your thoughts with other customers

Write a customer review

### Top customer reviews

 Amazon Customer

 ★★☆☆☆ **Two Stars**



AmazonBasics Hardside Spinner Luggage - 20-in
★★★★½ 399
$49.99 ✓prime    Shop Now

Ad feedback ▢

**Customer images**

My.Monkey Gift for Women Handbag with Purse Large Size Super Star Delicate Elegant Light Package (black): Handbags: A...    Page 3 of 4

Case 0:18-cv-61771-WPD    Document 4-6    Entered on FLSD Docket 08/01/2018    Page 55 of 183



January 10, 2018
Color: Coffee | Verified Purchase
Love the bag, but it was not a large bag as described! It is small!!!!!

Comment | Was this review helpful to you? | Yes | No | Report abuse

sonia longsworth
★★★★☆ Four Stars
January 3, 2018
Color: Coffee | Verified Purchase
Smaller than looks but well made love it will buy another

Comment | Was this review helpful to you? | Yes | No | Report abuse

Norbert Mamet
★★★★★ Absolutely 5 star . perfect details,quality of a material is smooth
April 24, 2017
Color: Blue | Verified Purchase
i like grey, I like this color all the time . it is a nice bag, becasse , 1 . Grain is clear 2. NO FRAYS ,NO LINE,NO BREAKAGE. 3.EVERYTHING IS PERFECT . 4.Colour and lustre is bright , 5.Large capacity ,6. light material , ~~~~ And so on . the bag is AMERICA STYLE , excellent deatils , everywhere is just right ,quality of material is smooth . you can not image it is a beautiful bag than expection. i will order more later . i attach some pictures fot your reference , you can judge for yourself ~~~~~ i highly recommend it for every reader , good luck !! AAAAAAAAAAAA

Comment | 25 people found this helpful. Was this review helpful to you? | Yes | No | Report abuse

Amazon Customer
★★★★★ i think it is better than 5 star
April 18, 2017
Color: Blue
black is my favrote color . i think it is better than 5 star , i win 5 star , the beauty can't describe by star , you know ? i am so satisfied with this purchase . great details , no problem , no defects ,fast shiping , intact package, remarkable quality , completely excellent . A + grade stuff . Words can't express what my happiness,it was so perfect , great stuff . i show you my item to share my grand time .

Comment | 17 people found this helpful. Was this review helpful to you? | Yes | No | Report abuse

Amazon Customer
★★★★★ great package,coffee one ,great, read the attachment,a terrific job
April 27, 2017
Color: Coffee | Verified Purchase
I am very hesitant,and finaly i order coffee one ,it did not let me down,i am satisfied with this stuff. My mother asked me to buy one send her , so i order again . thanks the seller .My mother also like it when it arrive . flawless !! attachment is my coffee bag

Comment | 16 people found this helpful. Was this review helpful to you? | Yes | No | Report abuse

sherrie
★★☆☆☆ Not as described.
November 29, 2017
Color: Coffee | Verified Purchase
I will start by saying i knew there was no way i was buying an authentic Goyard bag but the overwhelming positive reviews led me to give it a try anyways. Well, there is no way the trim is leather - it stinks like plastic. The pattern was decent. A couple loose stitches but not too bad. The pictures shown look much better than reality. Also, the size is not as described. It's certainly a bit smaller. I'll still use it to haul my work laptop too and from but I was expecting it to be the dimensions provided. I'll use it but don't know that I'll even get the $55 bucks I paid on it out of it, but it will do. I'll keep saving for the real thing.

Comment | 6 people found this helpful. Was this review helpful to you? | Yes | No | Report abuse

Mama Mehrer | Top Contributor: Kids & Parenting
★★★★☆ Great bag. A little off lengthwise in sizing but ...
October 26, 2017
Color: Green | Verified Purchase
Great bag. A little off lengthwise in sizing but once personal belongings are in it's hard to tell.
Color is a little dark but when I'm the sunlight it's great.
Stitching and fabric line up wonderful no problems.
I recommend this bag.

Comment | 5 people found this helpful. Was this review helpful to you? | Yes | No | Report abuse

Wendy R. S. Oconnor
★★★★★ This is a gorgeous bag. No frays, no ...
November 11, 2017

**Most recent customer reviews**

Amazon Customer
★★★★★ Five Stars
Good!
Published 3 days ago

Amazon Customer
★★☆☆☆ It is very small and not large like the description states
The purse was not described correctly. It is very small and not large like the description states.
Published 24 days ago

Shincheol Kim
★★★★☆ Good package and good quality I think not bad for ...
Good package and good quality I think not bad for price but the ratio has a problem. The width has long length has too short.
Published 1 month ago

Teresa Swetalla
★★★★★ 5 STARS ! welcome to collect it.
good quality and perfect size, easy to find things
Published 1 month ago

Douglas Sirls
★★★★★ LOVE IT
I can spend low price and get a great bag,it is so surprise.the blue I ordered , was impressed.Excellent service and bag.
Published 1 month ago

Jason Swain
★★★★★ look good and perfect size
I haven't had any problems with this purse,thanks this seller.
Published 1 month ago

Jael Molina
★★★★★ nice products for my daily life.
the black I ordered , color is nice .good
Published 1 month ago

Tia
★★★★★ but it's literally just like the real thing
I purchased the green one and I was a little skeptical about it, but it's literally just like the real thing!! I will be buying one for my friend. Great quality!
Read more ›
Published 2 months ago

Leonard Solie
★★★★☆ High quality replica
Excellent quality for a replica.
Published 2 months ago

**Search customer reviews**

🔍 [                    ] | Search









SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order

**Shipping address** Change

███████████████
███████████████
MIAMI, FL 33144-6000
United States
Phone: ████████

**Payment method** Change
VISA ending in █████

**Billing address** Change
Same as shipping address

**Gift cards & promotional codes**

Enter Code    Apply

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $53.99 |
| Shipping & handling: | $4.99 |
| | |
| Total before tax: | $58.98 |
| Estimated tax to be collected:* | $0.00 |
| | |
| **Order total:** | **$58.98** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

Prime FREE Trial    ██████████, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music, and more.
» **Sign up for a free trial**

**Estimated delivery:  Feb. 12, 2018 - Mar. 1, 2018**



My.Monkey Gift for Women Handbag with Purse Large Size Super Star Delicate Elegant Light Package(Green)
**$53.99**
**Quantity:** 1 Change
Sold by: Flanco
🎁 Gift options not available.

**Choose a delivery option:**
◉ **Monday, Feb. 12 - Thursday, Mar. 1**
$4.99 - Standard Shipping

*Why has sales tax been applied? **See tax and seller information**

Do you need help? Explore our **Help pages** or **contact us**

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Oklahoma, South Dakota and Vermont Purchasers: **Important information regarding sales tax you may owe in your State**

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's **Returns Policy**

Go to the **Amazon.com homepage** without completing your order.

**Conditions of Use** | **Privacy Notice** © 1996-2017, Amazon.com, Inc.



NEW & INTERESTING FINDS ON AMAZON   EXPLORE

amazon
Try Prime

All

New Year **New You**

Departments ▾     Browsing History ▾     Amazon.com

EN
Hello
Account & Lists ▾     Orders     Try Prime ▾     Cart

✓ **Thank you, your order has been placed.**

An email confirmation has been sent to you.

**New!** Get shipment notifications on your mobile device with the free Amazon app.

Order Number:
• My.Monkey Gift for Women Ha...  will be shipped to                    by Flanco.
    **Estimated delivery: Feb. 12, 2018 - Mar. 1, 2018**

Review or edit your order ▸

Want updates on this order?
Get Amazon Assistant. Learn More

**Install now for Internet Explorer**

By installing Amazon Assistant
you agree to the Conditions of Use.

**Recommendations Based on Your Order**                    Page 1 of 3



Stylesty Designer Clutch
Purses for Women, Pu
Envelope Fashion Clutch
Bag, Women Handbag
⭐⭐⭐⭐ 11
1 offer from $29.99



Stylesty High Grade
Fashion Shopping PU Tote
Bag Set, Designer Shoulder
Handbags top Handle Bag
with Coin...
⭐⭐⭐⭐ 21



Stylesty Genuine Leath
Long Wallet for Wome
Bifold Large Capacity L
Purse
⭐⭐⭐⭐⭐ 1
$30.99

**Sponsored Products Related to Your Purchases** What's this? ▾                    Page 1 of 2



RaThun Led Strip Lights
Kit 10M 32.8 Ft 5050 RGB
300 Leds Flexible Color
Changing Full...
⭐⭐⭐⭐ 192
$26.99 ✓prime



Waterproof LED Strip
Lights 32.8ft (10m) RGB
300LEDs Color Changing
5050 Dimmable...
⭐⭐⭐⭐ 31
$33.59 ✓prime



Rocking Home
and Auto insurance
together.

**PROGRESSIVE**

SHOP NOW

Ad feedback



Pedialyte

Couple of drinks?
Rehydrate with Pedialyte
*to feel better fast*

**$3.00 off coupon**

Pedialyte Electrolyte Powder, Electrolyte Drink, G...
Offer ends on or before Feb 1, 2018

Ad feedback

Amazon E-Store

Fonialy





Usually ships within 7 to 15 days
Specifications:
Type of Bag:Tote Bag
Material:Leather
Size:
large:the top of the bag:20.47 in; the bottom of the bag: 14.96 in; with: 5.9 in; hight: 11.02 in
medium: the top of the bag:18.9 in; the bottom of the bag: 13.0 in; with: 5.9 in; hight: 10.24 in
coin pouch: 7.87*4.33 inch(L*H)
Package Include:
1 X tote bag, 1X key chain
Note:
Little leather smell is normal.Open it and put it in a ventilated environment for few days,the smell will disappear.

Shipping Information: View shipping rates and policies
ASIN: B077SFB821
Date first available at Amazon.com: August 7, 2017
Amazon Best Sellers Rank: #99,707 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#433 in Clothing, Shoes & Jewelry > Women > Handbags & Wallets > Totes
#608 in Clothing, Shoes & Jewelry > Women > Handbags & Wallets > Shoulder Bags
#51077 in Clothing, Shoes & Jewelry > Women > Shops
Average Customer Review: ★★★★☆  ▾  25 customer reviews
If you are a seller for this product, would you like to suggest updates through seller support?

**Sponsored products related to this item** (What's this?)

| Charleston De Lady Tote PU Leather Shoulder Bag Set (GM Size, Black) | Ainifeel Women's Leather Handbags With Bracelet Handle On Clearance (Pink) | Myra Bags Life Always Upcycled Canvas Shoulder Bag M-0948 | Kattee Urban Style 3-Way Women's Genuine Leather Shoulder Tote Bag, Orange | Small Messenger Bag,Cross Body Bag, Genuine Leather, Cotton Canvas, Personal Size,... | Genuine Leather Tote Bag, Large Everyday Shoulder Bag for Work, Shopping, Gym or Tr... | Women Top Handle Satchel Handbags Shoulder Bag Tote Purse Greased Leather Iukko |
| ★★★★☆ 18 | ★★★★☆ 66 | | ★★★★☆ 744 | | ★★★★★ 11 | ★★★★☆ 48 |
| $56.99 ✓prime | $69.00 ✓prime | $46.99 ✓prime | $54.99 ✓prime | $49.00 ✓prime | $79.99 ✓prime | $26.98 ✓prime |

Ad feedback ☐

**amazon**basics
Shredders for
the home office
Shop now ▸
12 sheet micro-cut $99⁹⁹
8 sheet cross-cut $74⁹⁹
6 sheet cross-cut $29⁹⁹
Ad feedback ☐

**Customer Questions & Answers**
See questions and answers

**Customer Reviews**
★★★★☆ 25
4.1 out of 5 stars ▾

| | |
|---|---|
| 5 star | 64% |
| 4 star | 12% |
| 3 star | 12% |
| 2 star | 4% |
| 1 star | 8% |

Share your thoughts with other customers
Write a customer review

See all 25 customer reviews ›

**Top customer reviews**



Margaret Levine
★★☆☆☆ **My sister bought a fake one like this in Viet Nam for $20**
November 5, 2017
Size: Medium   Color: Orange   Verified Purchase
My sister bought a fake one like this in Viet Nam for $20. The quality was 7 times better. The colors are too bright, the material is not thick enough and is too flimsy, the material is too shiny and lacks. Otherwise, it holds up, It is just not very sophisticated and kind of cheap looking as a copy.

Comment | 5 people found this helpful. Was this review helpful to you? Yes No Report abuse

almondeyes74
★★★★★ **This bag looks like the real thing**
February 21, 2018
Size: Large   Color: Black Brown   Verified Purchase
To start, my bag didn't smell at lol. Maybe the seller used a different manufacturer. This bag looks like the real thing, the lining details and the placing of the brand, the material etc. My only con is the trim around the top of the bag looks a little suspect but I still recommend this bag. The shipping time was as expected for the distance, about one month. I plan on ordering another bag from this seller in a different colorway.

Comment | 3 people found this helpful. Was this review helpful to you? Yes No Report abuse

Roxy

**Most recent customer reviews**

Erica
★★★★★ **Nice quality**
EXACTLY what I wanted
Published 1 day ago

Jacqueline Cardillo
★☆☆☆☆ **Nothing close to picture**
The bag was nothing like the picture. I want a full refund
Published 1 day ago

Floyd & Mel
★★★★☆ **the bag just smells new it doesn't smell like fish per the other reviews**
First off, the bag just smells new it doesn't smell like fish per the other reviews. The pattern is spot on, and the quality is good enough. Read more ›
Published 14 days ago

Amazon Customer

ORGANIC
SHEETS AND TOWELS
Shop now ▸
pinzon
Ad feedback ☐



⭐⭐⭐⭐⭐ THIS bag is very well made looks like the real thing I had another fake before this ...
January 10, 2018
Size: Medium | Color: White | Verified Purchase

THIS bag is very well made looks like the real thing I had another fake before this one the straps were too fat I on it but this one has thumb straps which make it look more authentic. woupd reccomend

Comment | 4 people found this helpful. Was this review helpful to you? | Yes | No | Report abuse

Mary Lily Salerno
⭐⭐⭐ Three Stars
December 5, 2017
Size: Large | Color: Green | Verified Purchase

Good bag but not the same dimensions as real Goyard bag

Comment | 5 people found this helpful. Was this review helpful to you? | Yes | No | Report abuse

Muehs
⭐⭐⭐⭐⭐ PERFECT!
February 24, 2018
Size: Medium | Color: Borland | Verified Purchase

Love this bag. It is everything I was hoping for without spending 2k. I got the bright blue and it is perfect quality. Real leather straps. Dustbag. My sister ordered on right away after seeing mine. Only downside is thatvit too 4weeks to get.

Comment | One person found this helpful. Was this review helpful to you? | Yes | No | Report abuse

Littlepup
⭐⭐⭐⭐ Dark blue medium size smaller than other colors
December 1, 2017
Size: Medium | Color: Dark Blue | Verified Purchase

Smaller than other color of the same bag I've ordered from the company, but still seems sturdy and looks good.

Comment | One person found this helpful. Was this review helpful to you? | Yes | No | Report abuse

Sgb1010
⭐⭐⭐⭐ Good imitation. You'd have to look closely to see ...
March 31, 2018
Size: Medium | Color: Yellow | Verified Purchase

Good imitation. You'd have to look closely but the logos on one side aren't where they should be, but there are 7 logos on each side. It's stiff, but with a bit of time that'll relax. Overall, for the price it seems a really good knock off. Sizing it a tiny bit off, but again, only someone who really knows the originals would know that. Came fast, like in 3 days.

Comment | One person found this helpful. Was this review helpful to you? | Yes | No | Report abuse

10joules
⭐⭐⭐⭐⭐ Nice!
September 11, 2017
Size: Large | Color: Green | Verified Purchase

They took care to pack it well in a box, but some wrinkling occurred perhaps as it was packed tight. Airing it out due to the smell it came with, but can't wait to use it soon.

Comment | Was this review helpful to you? | Yes | No | Report abuse

See all 25 reviews ▸

Write a customer review

⭐⭐⭐⭐⭐ AMAZING BAG!!
I love this bag. Don't overthink it, just order.
Published 15 days ago

Amazon Customer
⭐⭐⭐⭐⭐ Five Stars
Great customer service and beautiful product.
Published 3 months ago

LAN
⭐⭐⭐⭐ Four Stars
I like it
Published 3 months ago

Kaitlin Foran
⭐⭐⭐⭐⭐ Great!
Great bag! Could not be more pleased! Excellent quality and the medium is a great size to use as your everyday purse. I am considering buying another.
Published 3 months ago

giuseppa conigliaro
⭐ Poor quality Matte color Returning it
Poor quality
Matte color
Returning it.
Published 3 months ago

Search customer reviews

[                    ] | Search

Customers who viewed this item also viewed



Agote Women Fashion Shipping Shoulder Tote Bag Set
⭐⭐⭐⭐ 61
$56.99 ✓prime

CharlestonDe Lady Tote PU Leather Shoulder Bag Set
⭐⭐⭐⭐ 18
$56.99 ✓prime

Stylesty Designer Clutch Purses for Women, PU Envelope Fashion Clutch Bag, Women Handbag
⭐⭐⭐⭐ 14
$29.99 - $30.99

Tolera Women PU Shopping Tote Bag with Coin Pouch
⭐⭐⭐⭐ 9
$54.99 ✓prime

My Monkey Women Handbag with Purse Large Size Super Star Delicate Elegant Light Package
13 offers from $54.99

Stylesty PU leather Reversible Shopping Tote Bag for Women, Fashion Designer Shoulder
⭐⭐⭐ 2
$35.99 - $59.99

amazonbasics    Quality outdoor gear    Shop now▸
Ad feedback

Back to top

Get to Know Us
Careers
About Amazon
Investor Relations
Amazon Devices

Make Money with Us
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
▸ See all

Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon
English | United States

Amazon Music
Stream millions of songs

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Amazon Business
Everything For Your Business











Amazon E-Store

Free and happy`

Amazon.com: Stylesty High Grade Fashion Design Shopping PU Tote Bag Shoulder Handbags with Coin Pouch, Medium (balck): Shoes          Page 1 of 4

Case 0:18-cv-61771-WPD    Document 4-6    Entered on FLSD Docket 08/01/2018    Page 70 of 183



Amazon.com: Stylesty High Grade Fashion Design Shopping PU Tote Bag Shoulder Handbags with Coin Pouch, Medium (balck): Shoes                Page 2 of 4

Case 0:18-cv-61771-WPD    Document 4-6    Entered on FLSD Docket 08/01/2018    Page 71 of 183



**Stylesty Designer Clutch Purses for Women, Pu Envelope Fashion Clutch Bag, Women Handbag**
⭐⭐⭐⭐ 15
1 offer from $33.99

**Agote Women Fashion Shipping Shoulder Tote Bag Set**
⭐⭐⭐⭐ 49
1 offer from $55.99

**CharlestonDe Lady Tote PU Leather Shoulder Bag Set**
⭐⭐⭐½ 10
$49.55 - $53.99

**Tolera Women PU Shopping Tote Bag with Coin Pouch**
⭐⭐⭐⭐ 9
1 offer from $45.99

**Stylesty Genuine Leather Long Wallet for Women, Bifold Large Capacity Long Purse**
⭐⭐⭐⭐⭐ 4
$29.99

**Stylesty Genuine Leather Slim Credit Card Holder, Minimalist Front Pocket Wallet**
⭐⭐⭐⭐⭐ 6
$19.99

## Have a question?

Find answers in product info, Q&As, reviews

🔍

## Product description

**Usually ships within 7 to 15 days**
**Specifications:**
Type of Bag:Tote Bag
Material:Leather
**Size:**
large:the top of the bag:20.47 in; the bottom of the bag: 14.96 in; with: 5.9 in; hight: 11.02 in
medium: the top of the bag:18.9 in; the bottom of the bag: 13.0 in; with: 5.9 in; hight: 10.24 in
coin pouch: 7.87*4.33 inch(L*H)
**Package Include:**
1 X tote bag
**Note:**
Little leather smell is normal.Open it and put it in a ventilated environment for few days,the smell will disappear.

**Package Dimensions:** 11.2 x 2.1 x 1 inches
**Shipping Weight:** 1 pounds (View shipping rates and policies)
**Item model number:** 10478665
**ASIN:** B074DSYF7P
**Date first available at Amazon.com:** July 30, 2017
**Amazon Best Sellers Rank:** #67,633 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
  #273 in Clothing, Shoes & Jewelry > Women > Handbags & Wallets > Totes
  #373 in Clothing, Shoes & Jewelry > Women > Handbags & Wallets > Shoulder Bags
  #33844 in Clothing, Shoes & Jewelry > Women > Shops
**Average Customer Review:** ⭐⭐⭐⭐☆ ˅  20 customer reviews
If you are a seller for this product, would you like to suggest updates through seller support?

## Related Video Shorts



How to Store Your Handbag
eHow

How to Choose the Best Handbag for Your Out...
Howcast



Wear-to-work styles you'll love

Shop now

Lark & Ro

Ad feedback

## Customer Questions & Answers

See questions and answers

Amazon.com: Stylesty High Grade Fashion Design Shopping PU Tote Bag Shoulder Handbags with Coin Pouch, Medium (balck): Shoes          Page 3 of 4

Case 0:18-cv-61771-WPD    Document 4-6    Entered on FLSD Docket 08/01/2018    Page 72 of 183



## Customer Reviews

★★★★☆ 20

4.1 out of 5 stars ▾

| | | |
|---|---|---|
| 5 star | | 70% |
| 4 star | | 10% |
| 3 star | | 10% |
| 2 star | | 5% |
| 1 star | | 5% |

See all 20 customer reviews ▸

Share your thoughts with other customers

Write a customer review

### Top customer reviews

Margaret Levine

★★☆☆☆ **My sister bought a fake one like this in Viet Nam for $20**
November 5, 2017
Size: Medium | Color: Orange | Verified Purchase

My sister bought a fake one like this in Viet Nam for $20. The quality was 7 times better. The colors are too bright, the material is not thick enough and is too flimsy, the material is too shiny and lacks. Otherwise, it holds up, it is just not very sophisticated and kind of cheap looking as a copy.

Comment | 3 people found this helpful. Was this review helpful to you? | Yes | No | Report abuse

Mary Lily Salerno

★★★☆☆ **Three Stars**
December 5, 2017
Size: Large | Color: Green | Verified Purchase

Good bag but not the same dimensions as real Goyard bag

Comment | 5 people found this helpful. Was this review helpful to you? | Yes | No | Report abuse

Roxy

★★★★★ **THIS bag is very well made looks like the real thing I had another fake before this ...**
January 10, 2018
Size: Medium | Color: White | Verified Purchase

THIS bag is very well made looks like the real thing I had another fake before this one the straps were too fat I on it but this one has thumb straps which make it look more authentic. woupd reccomend

Comment | 3 people found this helpful. Was this review helpful to you? | Yes | No | Report abuse

almondeyes74

★★★★★ **This bag looks like the real thing**
February 21, 2018
Size: Large | Color: Black Brown | Verified Purchase

To start, my bag didn't smell at lol. Maybe the seller used a different manufacturer. This bag looks like the real thing, the lining details and the placing of the brand, the material etc. My only con is the trim around the top of the bag looks a little suspect but I still recommend this bag. The shipping time was as expected for the distance, about one month. I plan on ordering another bag from this seller in a different colorway.

Comment | One person found this helpful. Was this review helpful to you? | Yes | No | Report abuse

Littlepup

★★★★☆ **Dark blue medium size smaller than other colors**
December 1, 2017
Size: Medium | Color: Dark Blue | Verified Purchase

Smaller than another color of the same bag I've ordered from the company, but still seems sturdy and looks good.

Comment | One person found this helpful. Was this review helpful to you? | Yes | No | Report abuse

Muehs

★★★★★ **PERFECT!**
February 24, 2018
Size: Medium | Color: Borland | Verified Purchase

Love this bag. It is everything I was hoping for without spending 2k. I got the bright blue and it is perfect quality. Real leather straps. Dustbag. My sister ordered an right away after seeing mine. Only downside is thatvit too 4weeks to get.

Comment | Was this review helpful to you? | Yes | No | Report abuse

10joules

★★★★★ **Nice!**
September 11, 2017
Size: Large | Color: Green | Verified Purchase

They took care to pack it well in a box, but some wrinkling occurred perhaps as it was packed tight. Airing it out due to the smell it came with, but can't wait to use it soon.

Comment | Was this review helpful to you? | Yes | No | Report abuse

---

Myra Bags Button & Stitches Genuine Leather Sh
$69.99 ✓prime

Shop Now

Ad feedback

### Most recent customer reviews

Amazon Customer

★★★★★ Five Stars
Great customer service and beautiful product.
Published 2 months ago

LAN

★★★★☆ Four Stars
I like it
Published 2 months ago

Kaitlin Foran

★★★★★ Great!
Great bag! Could not be more pleased! Excellent quality and the medium is a great size to use as your everyday purse. I am considering buying another.
Published 2 months ago

giuseppa conigliaro

★★☆☆☆ Poor quality Matte color Returning it
Poor quality
Matte color
Returning it.
Published 3 months ago

Le'Niya S.

★★★★★ Five Stars
So like the design, so fashionable, want to buy all the color.
Published 3 months ago

Kiara

★★★★★ Five Stars
Great large bag for travel and shopping. So close to the real dea.
Published 3 months ago

atef fayrouz

★★★★★ Five Stars
Thanks
Published 3 months ago

Search customer reviews

| | |
|---|---|
| 🔍 | Search |



Lilo

⭐⭐⭐⭐⭐ **Orange Goyard**

September 16, 2017

Size: Medium  |  Color: Orange  |  **Verified Purchase**

Took a few weeks, but looks nice. Seller responded immediately to my email. I plan on getting another in a different color.

Comment   One person found this helpful. Was this review helpful to you?   Yes   No   Report abuse

See all 20 reviews ›

Write a customer review

**Customers who viewed this item also viewed**



| Agote Women Fashion Shipping Shoulder Tote Bag Set | CharlestonDe Lady Tote PU Leather Shoulder Bag Set | Gerosse Fashion Shopping Tote Bag, PU Leather Shoulder Handbag Set with Coin Pouch | Stylesty Designer Clutch Purses for Women, Pu Envelope Fashion Clutch Bag, Women Handbag | Tolera Women PU Shopping Tote Bag with Coin Pouch | My.Monkey Women Handbag with Purse Large Size Super Star Delicate Elegant Light Package |
|---|---|---|---|---|---|
| ⭐⭐⭐⭐ 49 | ⭐⭐⭐ 10 | ⭐⭐⭐⭐ 11 | ⭐⭐⭐⭐ 15 | ⭐⭐⭐⭐ 9 | 15 offers from $54.99 |
| $59.99 ✓prime | $49.55 - $53.99 | $32.99 ✓prime | $33.99 - $35.99 | 9 offers from $45.99 | |

Ainifeel Women's Genuine Leather Top Handle Handba

$135.00 ✓prime   ⭐⭐⭐⭐ 116   Shop Now

Ad feedback

Back to top

**Get to Know Us**
Careers
About Amazon
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See all

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

English        United States

| Amazon Music Stream millions of songs | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web | Amazon Business Everything For Your Business |
| AmazonFresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Handpicked Pros Happiness Guarantee | Amazon Inspire Digital Educational Resources | Amazon Rapids Fun stories for kids on the go | Amazon Restaurants Food delivery from local restaurants | Amazon Video Direct Video Distribution Made Easy |
| Amazon Web Services Scalable Cloud Computing Services | Audible Download Audio Books | AudiobookStand Discount Audiobooks on Disc | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | CreateSpace Indie Print Publishing Made Easy |
| DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Junglee.com Shop Online in India |
| Kindle Direct Publishing Indie Digital Publishing Made Easy | Prime Now FREE 2-Hour Delivery on Everyday Items | Prime Photos Unlimited Photo Storage Free With Prime | Shopbop Designer Fashion Brands | TenMarks.com Math Activities for Kids & Schools | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store |
| Withoutabox Submit to Film Festivals | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Souq.com Shop Online in the Middle East | Subscribe with Amazon Discover & try subscription services | | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2018, Amazon.com, Inc. or its affiliates











SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order

**Shipping address** Change

▮▮▮▮▮▮

▮▮

WEST PALM BEACH, FL 33411-2104
United States
Phone: ▮▮▮▮

**Payment method** Change

VISA ending in ▮▮▮

**Billing address** Change

Sally Martin
14223 N 56TH PL
Scottsdale, AZ 85254
United States

**Gift cards & promotional codes**

[Enter Code] [Apply]

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $50.30 |
| Shipping & handling: | $4.99 |
| Total before tax: | $55.29 |
| Estimated tax to be collected:* | $0.00 |

**Order total:** **$55.29**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

---



**Prime** FREE Trial ▮▮▮ we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music, and more.

› **Sign up for a free trial**

**Estimated delivery:  April 5, 2018 - April 23, 2018**

Stylesty High Grade Fashion Design Shopping PU Tote Bag Shoulder Handbags with Coin Pouch, Medium (balck)
**$50.30**
Only 4 left in stock.
**Quantity:** 1 Change
Sold by: Free and happy'
🎁 Gift options not available.

**Choose a delivery option:**

◉ **Thursday, April 5 - Monday, April 23**
$4.99 - Standard Shipping

---

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Oklahoma, South Dakota and Vermont Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc.



✓ **Thank you, your order has been placed.**

An email confirmation has been sent to you.

**Order Number:** ▓▓▓▓▓▓▓▓▓▓

- Stylesty High Grade Fashion De... will be shipped to ▓▓▓▓▓ * by Free and happy `.

**Estimated delivery: April 5, 2018 - April 23, 2018**

Review or edit your order »

Want updates on this order?
Get Amazon Assistant. Learn More

Already installed

By installing Amazon Assistant
you agree to the Conditions of Use.

Ad feedback 💬



Expert Says This Will Be A

"National Nightmare"

Ad feedback 💬

Continue shopping

Your recently viewed items and featured recommendations

Inspired by your browsing history



Olyly Women Fashion tote bags, Shopping Shoulder bag, PU Leather Handbags

Tolera Women PU Shopping Tote Bag with Coin Pouch

Gold-Tech Women Leather Black Studed Mini

Tengyu Womens Rivets Bowtie Flip Flops Jelly

Amazon E-Store

God is A Girl X



     

Agote Women Fashion Shipping Shoulder Tote Bag Set
⭐⭐⭐⭐ 77
$55.88 ✓prime

LOYEOY Large Tote Purse Classic Travel & Shopping Top Handle Handbags Shoulder Bags for Women
⭐⭐⭐⭐ 28
$45.99 – $50.00

Stylesty Designer Clutch Purses for Women, Pu Envelope Fashion Clutch Bag, Women Handbag
⭐⭐⭐⭐ 19
$29.99 – $39.99

Stylesty Genuine Leather Slim Credit Card Holder, Minimalist Front Pocket Wallet
⭐⭐⭐⭐⭐ 16
$19.99 – $29.99

Buckle Bangle bracelet
⭐⭐⭐ 449
#1 Best Seller in Boys' Bracelets
$10.98 ✓prime

Stylesty Genuine Leather Long Wallet for Women, Bifold Large Capacity Long Purse
⭐⭐⭐⭐⭐ 13
$29.99 – $39.99

## Have a question?

Find answers in product info, Q&As, reviews



## Product description

**Package Dimensions:** 19.3 x 1.8 x 1.8 inches
**Shipping Weight:** 1 pounds (View shipping rates and policies)
**ASIN:** B075WYK6JZ
**Date first listed on Amazon:** January 13, 2018
**Amazon Best Sellers Rank:** #27,822 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
   #109 in Clothing, Shoes & Jewelry > Women > Handbags & Wallets > Totes
   #166 in Clothing, Shoes & Jewelry > Women > Handbags & Wallets > Shoulder Bags
   #16110 in Clothing, Shoes & Jewelry > Women > Shops
**Average Customer Review:** ⭐⭐⭐⭐½ ▾   18 customer reviews
If you are a seller for this product, would you like to suggest updates through seller support?

## Related Video Shorts | Upload your video



How to Store Your Handbag
eHow

## Sponsored products related to this item   (What's this?)

      

LOYEOY Large Tote Purse Classic Travel & Shopping Top Handle Handbags Shoulder Bags...
⭐⭐⭐⭐ 27
$49.99 ✓prime

Balence Fashion Shopping PU Tote Bag,Graffiti Top-Handle Bags, Desinger Shoulder Ba...
$39.99 ✓prime

Kattee Urban Style 3-Way Women's Genuine Leather Shoulder Tote Bag, Orange
⭐⭐⭐⭐ 219
$54.99 ✓prime

Lam Gallery Womens Clear Purse Small Size See Through Bag for Work Transparent Hand...
⭐⭐⭐⭐ 1
$35.99 ✓prime

Women PVC Clear Quilted Shoulder Strap Waterproof Chain Purse
$29.99

Fawziya Kiss Lock Pu Leather Women's Tote Handbag - Black
$37.27

Handbags for women hobo shoulder tote top handle bag motorcycle Rivet Studded large...
⭐⭐⭐⭐⭐ 6
$29.99 ✓prime

Ad feedback



WHY START FOLLOWING THE CROWD NOW?
THE GENESIS G80

EXPLORE

GENESIS

Ad feedback

## Customer Questions & Answers

See questions and answers





February 7, 2018
Size: GM Size | Color: Blue | Verified Purchase

Great quality! This is just the pop of color my wardrobe needed! This blue is so vibrant! Yes there is a smell but it's not too bad. I presume it will go away with use and being out in the ambient air.

2 people found this helpful

Helpful | Comment | Report abuse

kolten

★★★★★ Five Stars

Love it!
Published 2 months ago

Search customer reviews

[                    ] Search

JewishBacon

★★★★☆ Cute But Wrong Size
March 20, 2018
Size: M Size | Color: Khaki | Verified Purchase

Just like everyone else has said: up close it won't fool someone who owns a real Goyard. I was really hoping it would be the huge size as I had ordered the huge size but it's an average size for a tote bag. :/ I noticed a little bit of a smell, but I put some dryer sheets in it and the smell went away overnight. It also isn't as floppy as a real Goyard, so I stuffed some towels in it and hung it up for a few days to loosen the shape.

I got this tote for the purpose of travelling; I wanted a huge tote bag for a perfect carry on bag. Like I mentioned, the size isn't anything special, but it seems sturdy enough and still cute to do the job. I got the khaki shade, and I love it. I'm not someone for dark colors, the majority of my wardrobe is blush and white, so I thought I'd give the khaki a try. Super cute! Overall I'm happy with my purchase. I'm only giving it 4 stars because of the incorrect sizing.

2 people found this helpful

Helpful | Comment | Report abuse

jackie Rubinstein

★★★★★ I wasn't expecting too much-but I was very pleasantly surprised ...
June 5, 2018
Size: GM Size | Color: Green | Verified Purchase

I wasn't expecting too much-but I was very pleasantly surprised!! It is really cute and roomy! And arrived much faster than predicted

Helpful | Comment | Report abuse

Shoe Addict

★★★★★ Fast shipping, great color and size!
April 30, 2018
Size: GM Size | Color: Darkred | Verified Purchase

This bag came SUPER fast! I wasn't expecting it to arrive so quickly. It's actually a very beautiful bag. I was a little skeptical about designer inspired handbags but this one is pretty close. There is an odd scent though but if you can get over that then it's a great $50+ spent!

Helpful | Comment | Report abuse

See all 18 reviews ▸

Write a customer review

### Customers who viewed this item also viewed

LOYEOY Large Tote Purse Classic Travel & Shopping Top Handle Handbags Shoulder Bags for Women
★★★★☆ 28
$45.99 - $50.00

Agote Women Fashion Shipping Shoulder Tote Bag Set
★★★★☆ 77
$55.88 ✓prime

Stylesty Fashion Shopping PU Tote Bag, Designer Shoulder Handbags with Key Ring
★★★★★ 6
$39.99 - $56.99

Tolera Women PU Shopping Tote Bag with Coin Pouch
★★★★☆ 11
$54.99 ✓prime

Stylesty PU leather Reversible Shopping Tote Bag for Women, Fashion Designer Shoulder...
★★★★☆ 1
13 offers from $55.99

Stylesty Designer Clutch Purses for Women, Pu Envelope Fashion Clutch Bag, Women Handbag
★★★★☆ 19
$29.99 - $39.99



Stone & Beam
Exclusively on Amazon        Shop now ▸

Ad feedback

Back to top

Get to Know Us

Careers

Blog

Make Money with Us

Sell on Amazon

Sell Your Services on Amazon

Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Let Us Help You

Your Account

Your Orders











SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order

**Shipping address** Change

██████████████
████████████
████████ FL 33411-
█████
United States
Phone: ████████

**Payment method** Change
VISA ████████

**Billing address** Change
Same as shipping address

**Gift cards & promotional codes**
[ Enter Code ]  [ Apply ]

| **Place your order** |
| --- |

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:                          $40.99
Shipping & handling:            $4.99

Total before tax:               $45.98
Estimated tax to be collected:* $0.00

**Order total:**                **$45.98**

How are shipping costs calculated?
Why didn't I qualify for free shipping?



Prime FREE Trial — **Sally, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music, and more.**
  › **Sign up for a free trial**

**Estimated delivery:  June 19, 2018 - June 29, 2018**

**CharlestonDe Lady Tote PU Leather Shoulder Bag Set (M Size, Blackbrown)**
**$40.99**
**Quantity:** 1  Change
Sold by: God is A Girl X
🎁 Gift options not available.

**Choose a delivery option:**
◉ **Tuesday, June 19 - Friday, June 29**
  $4.99 - Standard Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Oklahoma, South Dakota and Vermont Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc.



✓ **Thank you, your order has been placed.**

An email confirmation has been sent to you.

**Order Number:** ▇▇▇▇▇▇▇▇

- CharlestonDe Lady Tote PU Lea... will be shipped to ▇▇▇▇ * by God is A Girl X.

**Estimated delivery:** June 19, 2018 - June 29, 2018

Review or edit your order ▸

Facebook   Twitter   E-mail

**I just bought: 'CharlestonDe Lady Tote PU Leather Shoulder Bag Set' CharlestonDe**

Your sharing settings            Share this item

**Sponsored Products Related to Your Purchases** What's this? ▾

Page 1 of 2



H-Blanket wool Cashmere Knitted Throw Blanket for Couch/Chair/Love Seat/Car Camping…
★★★★☆ 12
$64.98  ✓prime



SPJ: Japanese Smartphone Game Neko Atsume Blanket Cute Kitty Cats Pattern Coral Fleece Warm Soft…
★★★★★ 15
$37.99  ✓prime



Ad feedback



Everyone at Vanguard is working for one person: YOU

Vanguard

Ad feedback

**Recommendations Based on Your Order**



Agote Women Fashion Shipping Shoulder Tote Bag Set
★★★★☆ 77
$55.88  ✓prime



LOYEOY Large Tote Purse Classic Travel & Shopping Top Handle Handbags Shoulder Bags…
★★★★☆ 28
$45.99 - $50.00



Stylesty Designer Clutch Purses for Women, Pu Envelope Fashion Clutch Bag, Women Handbag
★★★★☆ 19
$29.99 - $39.99



Stylesty Genuine Leather Slim Credit Card Holder, Minimalist Front Pocket Wallet
★★★★★ 16
$19.99 - $29.99



Buckle Bangle bracelet
★★★★☆ 450
$10.98  ✓prime



Stylesty Genuine Leather Long Wallet for Women, Bifold Large Capacity Long Purse
★★★★★ 13
$29.99 - $39.99

# Amazon E-Store

# Hoared

Wallet Purse Oversize PU Leather Top-Handbag Bag Stylish Women Gift Large Size 21", 12", 6"(black): Handbags: Amazon.c...    Page 1 of 3

Case 0:18-cv-61771-WPD    Document 4-6    Entered on FLSD Docket 08/01/2018    Page 92 of 183



Wallet Purse Oversize PU Leather Top-Handbag Bag Stylish Women Gift Large Size 21", 12", 6"(black): Handbags: Amazon.c...    Page 2 of 3

Case 0:18-cv-61771-WPD    Document 4-6    Entered on FLSD Docket 08/01/2018    Page 93 of 183

**Amazon Best Sellers Rank:** #379,836 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#1310 in Clothing, Shoes & Jewelry > Women > Handbags & Wallets > **Top-Handle Bags**
#1744 in Clothing, Shoes & Jewelry > Women > Handbags & Wallets > **Totes**
#2693 in Clothing, Shoes & Jewelry > Women > Handbags & Wallets > **Shoulder Bags**
**Average Customer Review:** ★★★☆ ▼   8 customer reviews
If you are a seller for this product, would you like to suggest updates through seller support?

## Related Video Shorts



How to Store Your Handbag
eHow

How to Choose the Best Handbag for Your Ou
Howcast

## Customer Questions & Answers

See questions and answers

## Customer reviews

★★★☆ 8
3.5 out of 5 stars ▼

| | | |
|---|---|---|
| 5 star | | 50% |
| 4 star | | 0% |
| 3 star | | 25% |
| 2 star | | 25% |
| 1 star | | 0% |

See all 8 customer reviews ▸

Share your thoughts with other customers

Write a customer review

### Top customer reviews

★★☆☆☆ **unless u gonna jus throw crap in it**
By Ramonda Jones on December 4, 2017
Color: Gold L Size | **Verified Purchase**

Nope..unless u gonna jus throw crap in it..and use it as a tote..nope .by pass it

Comment | Was this review helpful to you?   Yes   No   Report abuse

★★★★★ **Great looking bag**
By PATUTI on September 2, 2016
Color: C4 | **Verified Purchase**

Absolutely fabolous, great looking bag, very strong have gotton many many compliments....

Comment | 5 people found this helpful. Was this review helpful to you?   Yes   No   Report abuse

★★★★★ **love it love it**
By Queen on October 13, 2017
Color: Blackyellow M Size

The material is soft an , and it can be folded in half , Lightweight convenience

Comment | Was this review helpful to you?   Yes   No   Report abuse

★★☆☆☆ **I liked the bag but.....**
By carolina ortiz on January 11, 2017
Color: C4 | **Verified Purchase**

I liked the bag, when I getted..... I only have 3 month with the bag and the handle its broken with ,I just already received another one in silver for a present and I am worried about its going to broke the same ,

Comment | 2 people found this helpful. Was this review helpful to you?   Yes   No   Report abuse

★★★★★ **Love it**
By sunbright on September 18, 2016
Color: C4 | **Verified Purchase**

Love the bag. Very stylish and received lot of compliments. After few months the triangle started to fall off. I still enjoyed the bag and was well worth it

Comment | 3 people found this helpful. Was this review helpful to you?   Yes   No   Report abuse

★★★☆☆ **Terrible Quality. Cheap materials.**
By JsMum on August 13, 2017
Color: C2 | **Verified Purchase**

Shame because I really liked this bag. But came with a rip on the side. Quality is terrible. Design is great.

Comment | Was this review helpful to you?   Yes   No   Report abuse

★★★★★ **Five Stars**
By Lina on September 28, 2017



Ricardo Beverly Hills Roxbury 2.0 19-Inch 4 Whe
★★★★☆ 9
$109.71 ✓prime
Shop Now

Advertisement

Search customer reviews
🔍                     Search

Wallet Purse Oversize PU Leather Top-Handbag Bag Stylish Women Gift Large Size 21", 12", 6"(black): Handbags: Amazon.c...    Page 3 of 3

Case 0:18-cv-61771-WPD    Document 4-6    Entered on FLSD Docket 08/01/2018    Page 94 of 183

Color: Blackyellow M Size

The bag is of good quality and beautiful color, and can put a lot of things.

Comment    Was this review helpful to you?    Yes    No    Report abuse

★★★★☆ **Three Stars**
By **Rachell mandi** on November 27, 2016
Color: C3    Verified Purchase

Material I don't like it.

Comment    2 people found this helpful. Was this review helpful to you?    Yes    No    Report abuse

See all 8 reviews »

Write a customer review

---

**Customers who viewed this item also viewed**



My.Monkey Gift for Women Handbag with Purse Large Size Super Star Delicate Elegant...
★★★★☆ 64
$49.99 - $55.99

Mogor Women Hologram geometric split joint Plaid Shoulder Handbag
★★★★☆ 32
$20.99 - $22.99

Gerosse Fashion Shopping Tote Bag, PU Leather Shoulder Handbag Set with Coin Pouch
★★★★☆ 7
$33.99 - $35.99

Agote Women Fashion Shipping Shoulder Tote Bag Set
★★★★☆ 40
$47.89 - $59.99

Stylesty High Grade Fashion Shopping PU Tote Bag Set, Designer Shoulder Handbags top Handle...
★★★★☆ 18
$19.99 - $39.99

CharlestonDe Lady Tote PU Leather Shoulder Bag Set ( M Size )
★★★★★ 1



**Pages with related products.** See and discover other items: day purses, large fashion handbags

Back to top

**Get to Know Us**
Careers
About Amazon
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon    English    United States

Amazon Music    Amazon Drive    6pm    AbeBooks    ACX    Alexa    Amazon Business
Stream millions    Cloud storage    Score deals    Books, art    Audiobook Publishing    Actionable Analytics    Everything For
of songs    from Amazon    on fashion brands    & collectibles    Made Easy    for the Web    Your Business

AmazonFresh    AmazonGlobal    Home Services    Amazon Inspire    Amazon Rapids    Amazon Restaurants    Amazon Video Direct
Groceries & More    Ship Orders    Handpicked Pros    Digital Educational    Fun stories for    Food delivery from    Video Distribution
Right To Your Door    Internationally    Happiness Guarantee    Resources    kids on the go    local restaurants    Made Easy

Amazon Web Services    Audible    AudiobookStand    Book Depository    IMDb    ComiXology    CreateSpace
Scalable Cloud    Download    Discount Audiobooks    Books With Free    Movies, TV    Thousands of    Indie Print Publishing
Computing Services    Audio Books    on Disc    Delivery Worldwide    & Celebrities    Digital Comics    Made Easy

DPReview    East Dane    Fabric    Goodreads    IMDb    IMDbPro    Amazon
Digital    Designer Men's    Sewing, Quilting    Book reviews    Movies, TV    Get Info Entertainment    Shop Online
Photography    Fashion    & Knitting    & recommendations    & Celebrities    Professionals Need    in India

Kindle Direct Publishing    Prime Now    Prime Photos    Shopbop    TenMarks.com    Warehouse Deals    Whispercast
Indie Digital Publishing    FREE 2-Hour Delivery    Unlimited Photo Storage    Designer    Math Activities    Open-Box    Discover & Distribute
Made Easy    on Everyday Items    Free With Prime    Fashion Brands    for Kids & Schools    Discounts    Digital Content

Whole Foods Market    Withoutabox    Woot!    Zappos    Souq.com    Subscribe with Amazon
America's Healthiest    Submit to    Deals &    Shoes &    Shop Online in    Discover & try
Grocery Store    Film Festivals    Shenanigans    Clothing    the Middle East    subscription services

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2017, Amazon.com, Inc. or its affiliates







SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order

**Shipping address** Change

██████████████
██████████████
MIAMI, FL 33179-3899
United States
Phone: ██████████

**Payment method** Change

VISA ending in ████

**Billing address** Change
Same as shipping address

**Gift cards & promotional codes**

[ Enter Code ]  [ Apply ]

| Place your order |

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $59.02 |
| Shipping & handling: | $4.88 |
| Total before tax: | $63.90 |
| Estimated tax to be collected:* | $0.00 |
| **Order total:** | **$63.90** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

Prime **FREE Trial** ████, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music, and more.
» **Sign up for a free trial**

**Estimated delivery:  Jan. 18, 2018 - Feb. 13, 2018**



Wallet Purse Oversize PU Leather Top-Handbag Bag Stylish Women Gift Large Size 21",12",6"(black)
**$59.02**
Usually ships within 6 to 10 days.
**Quantity:** 1  Change
Sold by: Hoared
🎁 Gift options not available.

**Choose a delivery option:**
⦿ **Thursday, Jan. 18 - Tuesday, Feb. 13**
   $4.88 - Standard

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Oklahoma, South Dakota and Vermont Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2017, Amazon.com, Inc.



Amazon E-Store

Limitless Charm















SIGN IN   SHIPPING & PAYMENT   GIFT OPTIONS   PLACE ORDER

## Review your order

**Shipping address** Change

▉▉▉▉▉▉▉▉

MIAMI, FL 33144-6000
United States
Phone: ▉▉▉▉▉

**Payment method** Change
VISA ending in

**Billing address** Change

▉▉▉▉▉▉▉
▉▉▉▉▉▉
▉▉▉▉▉▉
United States

**Gift cards & promotional codes**

Enter Code   Apply

| Place your order |
| --- |

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

**Order Summary**

Items:                          $46.00
Shipping & handling:            $4.99

Total before tax:               $50.99
Estimated tax to be collected:* $0.00

**Order total:**               **$50.99**

How are shipping costs calculated?
Why didn't I qualify for free shipping?



Prime FREE Trial ▉▉▉ , we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music, and more.
   ▸ **Sign up for a free trial**

**Estimated delivery: April 24, 2018 - May 21, 2018**

Stylesty High Grade Fashion
Design Shopping PU Tote Bag
Shoulder Handbags with Coin
Pouch, Medium (balck)
**$46.00**
Quantity: 1 Change
Sold by: Limitless Charm
🎁 Gift options not available.

**Choose a delivery option:**
◉ **Tuesday, April 24 - Monday, May 21**
   $4.99 - Standard Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Oklahoma, South Dakota and Vermont Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc.



Amazon E-Store

LOYEOY GM

Amazon.com: LOYEOY Large Tote Purse Classic Travel & Shopping Top Handle Handbags Shoulder Bags for Women(BlackMM): Shoes

Page 1 of 3

Case 0:18-cv-61771-WPD    Document 4-6    Entered on FLSD Docket 08/01/2018    Page 109 of 183





### Customers who viewed this item also viewed









### Sponsored products related to this item (What's this?)

### Have a question?

Find answers in product info, Q&As, reviews

### Product description

GY Tote : Brand Classic Purse

Note :
1. All sizes are manually measured. The margin of error is 1 inch.
2. Little smell is normal. Open it and put it in a ventilated environment for few days, the smell will disappear.
3. Due to different camera, light environment and display, the physical color will be a little different from pictures.

Product Dimensions: 18.1 x 5.9 x 11 inches
Shipping Weight: 2 pounds (View shipping rates and policies)

Amazon.com: LOYEOY Large Tote Purse Classic Travel & Shopping Top Handle Handbags Shoulder Bags for Women(BlackMM): Shoes    Page 2 of 3

Case 0:18-cv-61771-WPD    Document 4-6    Entered on FLSD Docket 08/01/2018    Page 110 of 183

ASIN: B07556Q91S
Date first available at Amazon.com: August 26, 2017
Amazon Best Sellers Rank: #142,410 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#635 in Clothing, Shoes & Jewelry > Women > Handbags & Wallets > Totes
#969 in Clothing, Shoes & Jewelry > Women > Handbags & Wallets > Shoulder Bags
#65082 in Clothing, Shoes & Jewelry > Women > Shops
Average Customer Review: ★★★☆☆  ˅  3 customer reviews
If you are a seller for this product, would you like to suggest updates through seller support?

## Sponsored products related to this item (What's this?)

      

| Vera Bradley Tote-Signature, Lilac Paisley | Womans Handbag by 2MU Leather designer bag for every occasion it can be styled as a... | ILISHOP Hot Sale Women's Classic Straw Summer Beach Sea Shoulder Bag Handbag | Collie Tote Bags - Over 200 Different Breed and Animal Designs to Choose From - Ext... | Vera Bradley Glenna 2 Shoulder Bag, Classic Black, One Size | Women's PU Leather Shoulder Bags Fashion Top-Handle Handbag Tote Bag For Work | Tiffany & Fred Womens Leather Floral Print Tote Handbag |
|---|---|---|---|---|---|---|
| ★★★★☆ 177 | | ★★★★☆ 28 | ★★★★☆ 82 | ★★★★★ 64 | | |
| $49.00 ✓prime | $35.00 ✓prime | $24.95 ✓prime | $34.95 | $108.00 ✓prime | $33.86 ✓prime | $84.00 ✓prime |

Ad feedback

Kalba
Greek for beauty.
One step cleansing.
Solutions for all skin types.
shop now.
Advertisement

## Customer Questions & Answers

See questions and answers

## Customer reviews

★★★☆☆ 3
3.6 out of 5 stars ˅

| 5 star | 67% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 33% |

See all 3 customer reviews ›

Share your thoughts with other customers
[ Write a customer review ]

Say what words can't with the S Pen.
Advertisement

Search customer reviews
[ ] [ Search ]

### Top customer reviews

★★★★★ Five Stars
By Ramonda Jones on December 4, 2017
Size: MM Size(Medium)  |  Color: Green  |  Verified Purchase
Really close to real Goyard bag..Its made very well and take a beating..Buy Buy

Was this review helpful to you?
[ Yes ]
Comment | [ No ]                Report abuse

★★★★★ Five Stars
By Amazon Customer on November 28, 2017
Size: MM Size(Medium)  |  Color: Black2  |  Verified Purchase
Love it!!

Was this review helpful to you?
[ Yes ]
Comment | [ No ]                Report abuse

★☆☆☆☆ While this bag looks very much like my real Goyard
By AngelMama on September 30, 2017
Size: GM Size(Large)  |  Color: Blue  |  Verified Purchase
While this bag looks very much like my real Goyard, the shape of the bag is sad. The sides look like wings. They stick out and do not lay as the original bag. The smell wasn't as bad as people have suggested. Overall, it just wasn't for me.

Was this review helpful to you?
[ Yes ]
Comment | [ No ]                Report abuse

See all 3 reviews ›

[ Write a customer review ]



Amazon.com: Buying Choices: LOYEOY Large Tote Purse Classic Travel & Shopping Top Handle Handbags Shoulder Bags for Women(BlackMM)    Page 1 of 2

Case 0:18-cv-61771-WPD    Document 4-6    Entered on FLSD Docket 08/01/2018    Page 112 of 183





SIGN IN        SHIPPING & PAYMENT        GIFT OPTIONS        PLACE ORDER

## Review your order

**Shipping address** Change

▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇

MIAMI, FL 33144-6000
United States
Phone: ▇▇▇▇▇▇

**Payment method** Change

VISA ending in ▇▇▇

**Billing address** Change
Same as shipping address

**Gift cards & promotional codes**

[Enter Code]  [Apply]

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:                          $39.99
Shipping & handling:            $1.00

Total before tax:               $40.99
Estimated tax to be collected:* $0.00

**Order total:**                **$40.99**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

**Prime** FREE Trial ▇▇▇, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music, and more.
» **Sign up for a free trial**

**Estimated delivery:  Dec. 29, 2017 - Jan. 23, 2018**



LOYEOY Large Tote Purse Classic Travel & Shopping Top Handle Handbags Shoulder Bags for Women(BlackMM)
**$39.99**
Quantity: 1 Change
Sold by: LOYEOY GM
Gift options not available.

**Choose a delivery option:**

○ Friday, Dec. 29 - Tuesday, Jan. 23
  $1.00 - Standard Shipping

○ Monday, Dec. 11 - Wednesday, Dec. 13
  $10.97 - Expedited Shipping

○ Thursday, Dec. 7
  $12.97 - Two-Day Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Oklahoma, South Dakota and Vermont Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2017, Amazon.com, Inc.





## Thank you, your order has been placed.

An email confirmation has been sent to you.

Order Number:
- LOYEOY Large Tote Purse Class... will be shipped to ▮ by LOYEOY GM.

**Estimated delivery: Dec. 29, 2017 - Jan. 23, 2018**

Review or edit your order ▸

Want updates on this order?
Get Amazon Assistant. Learn More

Install now for Internet Explorer

By installing Amazon Assistant you agree to the Conditions of Use.

### Recommendations Based on Your Order





Stylesty Designer Clutch Purses for Women, Pu Envelope Fashion Clutch Bag, Women Handbag
★★★★½ 11
$17.99 - $21.99

MoYoTo Womens Genuine Leather Thin Belts For Jeans 0.9" Wide With Letter Buckle
★★★★½ 239
$14.99 ✓prime

Shop now for Crest toothpaste.

Crest Pro-Health Clean Mint Toothpaste, 4.6 oz...
★★★★☆ 97
$8.09
Add to Cart

Ad feedback

### More recommendations for you
Page 1 of 2





Authentic Men's Salvatore Ferragamo Reversible Belt White Black
★★½ 26
$29.99 ✓prime

Initial Letter H Cashmere Knitted Throw Blanket for Couch/Chair/Love...
★★★★☆ 27
$62.99 ✓prime

Amazon Gift Cards in a free holiday gift box ▸ Shop now

Shop now for Crest toothpaste.

Crest 3D White Toothpaste Whitening T...
★★★☆ 9
$16.99 ✓prime
Add to Cart

Ad feedback



Get 2 Free Audiobooks
when you sign up for Audible today.

Continue shopping



**Item #:** 232246

**Date Received:** 12/13/2017

**Seller Platform:** Amazon

**Seller:** LOYEOY GM

**Collected By:** K. Burns

**Shipped From:** KY, USA

**Tracking #:**

**Description:** Black Goyard Tote

















Amazon E-Store

qekgo13

Amazon.com: Stylesty High Grade Fashion Shopping PU Tote Bag Set, Designer Shoulder Handbags top Handle Bag with Coin Pouch: Shoes     Page 1 of 4

Case 0:18-cv-61771-WPD     Document 4-6     Entered on FLSD Docket 08/01/2018     Page 125 of 183





Amazon.com: Stylesty High Grade Fashion Shopping PU Tote Bag Set, Designer Shoulder Handbags top Handle Bag with Coin Pouch: Shoes     Page 2 of 4

Case 0:18-cv-61771-WPD    Document 4-6    Entered on FLSD Docket 08/01/2018    Page 126 of 183








Stylesty Designer Clutch Purses for Women, Pu Envelope Fashion Clutch Bag, Women Handbag
★★★★☆ 12
20 offers from $27.99

Agote Women Fashion Shipping Shoulder Tote Bag Set
★★★★☆ 40
30 offers from $49.99

Tolera Women PU Shopping Tote Bag with Coin Pouch
★★★★☆ 8

Stylesty Genuine Leather Slim Credit Card Holder, Minimalist Front Pocket Wallet
★★★★★ 1
$15.99

Stylesty Genuine Leather Long Wallet for Women, Bifold Large Capacity Long Purse
★★★★★ 1
$30.99

Olyly Women Fashion tote bags, Shopping Shoulder bag, PU Leather Handbags with pouch 10 Color Christmas birthday gift

## Have a question?

Find answers in product info, Q&As, reviews

🔍

## Product description

**Usually ships within 7 to 15 days**
**Specifications:**
Type of Bag:Tote Bag
Material:Leather
**Size:**
large:the top of the bag:20.47 in; the bottom of the bag: 14.96 in; with: 5.9 in; hight: 11.02 in
medium: the top of the bag:18.9 in; the bottom of the bag: 13.0 in; with: 5.9 in; hight: 10.24 in
coin pouch: 7.87*4.33 inch(L*H)
**Package Include:**
1 X tote bag
**Note:**
Little leather smell is normal.Open it and put it in a ventilated environment for few days,the smell will disappear.

**Shipping Information:** View shipping rates and policies
**ASIN:** B077KPCDG9
**Date first available at Amazon.com:** August 7, 2017
**Amazon Best Sellers Rank:** #80,419 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#359 in Clothing, Shoes & Jewelry > Women > Handbags & Wallets > Totes
#508 in Clothing, Shoes & Jewelry > Women > Handbags & Wallets > Shoulder Bags
#40961 in Clothing, Shoes & Jewelry > Women > Shops
**Average Customer Review:** ★★★★☆ ▾    21 customer reviews
If you are a seller for this product, would you like to suggest updates through seller support?

## Sponsored products related to this item    (What's this?)









CharlestonDe Lady Tote PU Leather Shoulder Bag Set (M Size, Black)
★★★☆☆ 6
$53.99 ✓prime

Molodo Women PU Leather Big Shoulder Bag Purse Handbag Tote Bags Wine-red
★★★★☆ 4
$26.99 ✓prime

Soperwillton Handbag for Women PU Leather Shoulder Bags Tote Satchel 4pcs Purse Set
★★★★★ 3
$32.99 ✓prime

Jack&Chris New Vintage Cowhide Leather Handbag Tote Shoulder Bag Purse, MC506 (Dark...
★★★★☆ 189
$84.99 ✓prime

Women's PU Leather Shoulder Bag Tote Purse and Handbag (Black and White)
$44.99 ✓prime

BIHUO Women Leather Handbags Totes Purse Satchels Shoulder Handbag Fashion Top
★★★★☆ 5
$28.99 ✓prime

Leather Tote Bag for Women, Large Commute Handbag Shoulder Bag Lady Zipper Women's ...
★★★★★ 5
$38.10 ✓prime

Ad feedback ☐



marketplace

"We've been able to hire dozens of people from the local community."

BLAKE SHOOK
Desert Creek Honey

Start selling ▶

Ad feedback ☐

## Customer Questions & Answers

See questions and answers

Amazon.com: Stylesty High Grade Fashion Shopping PU Tote Bag Set, Designer Shoulder Handbags top Handle Bag with Coin Pouch: Shoes      Page 3 of 4

Case 0:18-cv-61771-WPD   Document 4-6   Entered on FLSD Docket 08/01/2018   Page 127 of 183



Amazon.com: Stylesty High Grade Fashion Shopping PU Tote Bag Set, Designer Shoulder Handbags top Handle Bag with Coin Pouch: Shoes     Page 4 of 4

Case 0:18-cv-61771-WPD    Document 4-6    Entered on FLSD Docket 08/01/2018    Page 128 of 183



★★★☆☆ **Canvas chipping and poor color**
September 8, 2017
Size: Medium | Color: Dark Gray | Verified Purchase

I had high hopes, based on the few reviews, but unfortunately, the tote doesn't work for me. The canvas coating has peeled in various places (not due to packaging, it was nicely shipped with minimal folds), had it been one spot, I could have lived with it, but it was all over both sides of the tote. Another issue was the color: the third color in the chevron pattern was so dark, it matched the base layer color, so it looks like the design is incomplete. Perhaps if I had ordered another color other than gray, it would have turned out better and I could have been okay with the peeling coating.

EDIT: I was in contact with the seller and their customer service is excellent. They were able to resolve my concerns quickly and I am very pleased with their service. I do want to emphasize that the tote is not bad, just not what I expected in terms of color. For the price, it is a great tote.

Comment    6 people found this helpful. Was this review helpful to you?    Yes    No    Report abuse

See all 21 reviews »

Write a customer review

## Customers who viewed this item also viewed

My.Monkey Gift for Women Handbag with Purse Large Size Super Star Delicate Elegant Light
★★★☆☆ 36
$55.99 ✓prime

Gerosse Fashion Shopping Tote Bag, PU Leather Shoulder Handbag Set with Coin Pouch
★★★★☆ 10
$25.99 - $33.99

Agote Women Fashion Shopping Shoulder Tote Bag Set
★★★★☆ 40
30 offers from $49.99

Tolera Women PU Shopping Tote Bag with Coin Pouch
★★★★☆ 8

CharlestonDe Lady Tote PU Leather Shoulder Bag Set
★★★☆☆ 6

Stylesty Designer Clutch Purses for Women, Pu Envelope Fashion Clutch Bag, Women Handbag
★★★★☆ 12
20 offers from $27.99



Top beauty & skincare subscribe with amazon monthly boxes   Discover now
Ad feedback

Back to top

**Get to Know Us**
Careers
About Amazon
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon    English    United States

Amazon Music
Stream millions of songs

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Amazon Business
Everything For Your Business

AmazonFresh
Groceries & More Right To Your Door

Amazon Global
Ship Orders Internationally

Home Services
Handpicked Pros Happiness Guarantee

Amazon Inspire
Digital Educational Resources

Amazon Rapids
Fun stories for kids on the go

Amazon Restaurants
Food delivery from local restaurants

Amazon Video Direct
Video Distribution Made Easy

Amazon Web Services
Scalable Cloud Computing Services

Audible
Download Audio Books

AudiobookStand
Discount Audiobooks on Disc

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

CreateSpace
Indie Print Publishing Made Easy

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Jungle.com
Shop Online in India

Kindle Direct Publishing
Indie Digital Publishing Made Easy

Prime Now
2-Hour Delivery on Everyday Items

Prime Photos
Unlimited Photo Storage Free With Prime

Shopbop
Designer Fashion Brands

TenMarks.com
Math Activities for Kids & Schools

Warehouse Deals
Open-Box Discounts

Whole Foods Market
America's Healthiest Grocery Store

Withoutabox
Submit to Film Festivals

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Souq.com
Shop Online in the Middle East

Subscribe with Amazon
Discover & try subscription services

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2018, Amazon.com, Inc. or its affiliates













## Review your order

**Shipping address** Change

███████████
███████████
MIAMI, FL 33144-6000
United States
Phone: ███████████

**Payment method** Change
VISA ending in ███

**Billing address** Change
███████████
███████████
███████████
United States

**Gift cards & promotional codes**

[Enter Code] [Apply]

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

Items:                            $55.40
Shipping & handling:              $4.49

Total before tax:                 $59.89
Estimated tax to be collected:*   $0.00

**Order total:**                  **$59.89**

How are shipping costs calculated?
Why didn't I qualify for free shipping?



Prime FREE Trial ███ **we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music, and more.**
 › **Sign up for a free trial**

**Estimated delivery: Feb. 9, 2018 - Feb. 28, 2018**

Stylesty High Grade Fashion Design Pu Shopping Shoulder Tote Bag Set Handbags with Coin Pouch (Medium, New black)
**$55.40**
Quantity: 1 Change
Sold by: qekgo13
🎁 Gift options not available.

**Choose a delivery option:**
◉ **Friday, Feb. 9 - Wednesday, Feb. 28**
  $4.49 - Standard Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Oklahoma, South Dakota and Vermont Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2017, Amazon.com, Inc.



✓ **Thank you, your order has been placed.**

An email confirmation has been sent to you.

**New!** Get shipment notifications on your mobile device with the free Amazon app.

**Order Number:**

- Stylesty High Grade Fashion De... will be shipped to ▾ by qekgo13.
  **Estimated delivery: Feb. 9, 2018 - Feb. 28, 2018**

Review or edit your order ▸

Want updates on this order?
Get Amazon Assistant. Learn More

Install now for Internet Explorer

By installing Amazon Assistant
you agree to the Conditions of Use.



Fir-Forest    Fir-forest bath brush

Bath brush 100% silicone
shower massage body ...
★★★½ 2
$9.99 ✓prime

Add to Cart

Ad feedback



Elongdi    Elongdi fidget spinner

Elongdi fidget spinner
hand spinner toy for sp...
★★★★½ 44
$7.99 ✓prime

Add to Cart

Ad feedback

Continue shopping

Your recently viewed items and featured recommendations

Inspired by your browsing history



Amazon E-Store

ST2

Amazon.com: Stylesty High Grade Fashion Shopping PU Tote Bag Set, Designer Shoulder Handbags top Handle Bag with Coi...    Page 1 of 4

Case 0:18-cv-61771-WPD    Document 4-6    Entered on FLSD Docket 08/01/2018    Page 137 of 183

NEW & INTERESTING FINDS ON AMAZON    EXPLORE

amazon
Try Prime

Clothing, Shoes & Jewelry ▾

New Year **New You**

Departments ▾   Your Amazon.com   Today's Deals   Gift Cards   Registry   Sell   Help   EN ▾   Hello, Sign in   Account & Lists ▾   Orders   Try Prime ▾   🛒 0 Cart

Amazon Fashion    WOMEN   MEN   GIRLS   BOYS   BABY   LUGGAGE   SALES & DEALS   YOUR FASHION & 💛 S    FREE RETURNS  Restrictions Apply

$10 & Under with FREE Shipping   Shop now ›

Clothing, Shoes & Jewelry › Women › Handbags & Wallets › Shoulder Bags



Roll over image to zoom in

Stylesty

Stylesty High Grade Fashion Shopping PU Tote Bag Set, Designer Shoulder Handbags top Handle Bag with Coin Pouch

★★★★☆ 21 customer reviews | 14 answered questions

Price: **$49.99 - $59.99**

**Size:**

Select ▾   Size Chart

**Color:** New Black

- Made of high-quality leather
- Size: Large:the top of bag:20.47 in; the bottom of bag: 14.96 in; with: 5.9 in; hight: 11.02 in; Medium: the top of the bag:18.9 in; the bottom of the bag: 13.0 in; with: 5.9 in; hight: 10.24 in
- Fashion design, reliable quality, easy to clean, should they become dirty, gently wipe with a damp cloth, or use a special detergent clear
- Advanced design team, as well as stylish design, creating a beautiful bag.Suitable for many occasions, party, banquet, shopping, etc., enough to meet your daily needs
- Usually ships within 7 to 15 days

Share 🔗  ✉ f 🐦 P

To buy, select **Size**

[ Add to Cart ]

[ Add to List ]

**Crush-worthy bags for the style obsessed, exclusive to Prime**


Glitter Crossbody Bag $68.97


Feather Crossbody Bag $78.97


Triple Zipper Crossbody Bag $79.00


Metallic Bag with Pom $68.97

## Sponsored products related to this item (What's this?)


Gerosse Fashion Shopping Tote Bag, PU Leather Shoulder Handbag Set with Coin Pouch ...
★★★★☆ 10
$27.99 ✓prime

Cherish Kiss 40cm Oversized Padlock Business Office Top Handle Handbags (40cm
★★★★☆ 18
$149.75 ✓prime

Ainifeel Women's Genuine Leather Top Handle Handbag Shopping Bag Tote Bag (Khaki)
★★★★☆ 101
$135.00 ✓prime

Ainifeel Women's Padlock Handbags with Silver Hardware (35cm, Taupe with pink lining)
★★★★☆ 365
$125.00 ✓prime

Ainifeel Women's Padlock Handbags with Golden Hardware (35cm, Grey)
★★★★☆ 522
$125.00 ✓prime

PIFUREN Designer Floral Handbags Flower Purse Top Handle Bags (6061s, Apricot Sunfl...
★★★★☆
$166.67 ✓prime

Felt Tote Bag Organizer (with Middle Compartments), Purse Insert, Cosmetic Makeup
$33.00

Ad feedback ☐

## Customers who bought this item also bought


Stylesty Designer Clutch Purses for Women, Pu Envelope Fashion Clutch Bag, Women Handbag
★★★★☆ 12
20 offers from $27.99


Aqote Women Fashion Shipping Shoulder Tote Bag Set
★★★★☆ 40
30 offers from $54.99


Tolera Women PU Shopping Tote Bag with Coin Pouch
★★★★☆ 8


Stylesty Genuine Leather Long Wallet for Women, Bifold Large Capacity Long Purse
★★★★★ 1
$30.99


Stylesty Genuine Leather Slim Credit Card Holder, Minimalist Front Pocket Wallet
★★★★★ 1
$15.99


Olyly Women Fashion tote bags, Shopping Shoulder bag, PU Leather Handbags with pouch 10 Color Christmas birthday gift

Amazon.com: Stylesty High Grade Fashion Shopping PU Tote Bag Set, Designer Shoulder Handbags top Handle Bag with Coi...    Page 2 of 4

Case 0:18-cv-61771-WPD    Document 4-6    Entered on FLSD Docket 08/01/2018    Page 138 of 183

## Have a question?

Find answers in product info, Q&As, reviews

🔍

---

## Product description

**Usually ships within 7 to 15 days**
**Specifications:**
Type of Bag:Tote Bag
Material:Leather
**Size:**
large:the top of the bag:20.47 in; the bottom of the bag: 14.96 in; with: 5.9 in; hight: 11.02 in
medium: the top of the bag:18.9 in; the bottom of the bag: 13.0 in; with: 5.9 in; hight: 10.24 in
coin pouch: 7.87*4.33 inch(L*H)
**Package Include:**
1 X tote bag
**Note:**
Little leather smell is normal.Open it and put it in a ventilated environment for few days,the smell will disappear.

**Shipping Information:** View shipping rates and policies
**ASIN:** B074MQHKGC
**Date first available at Amazon.com:** August 7, 2017
**Amazon Best Sellers Rank:** #55,274 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#229 in Clothing, Shoes & Jewelry > Women > Handbags & Wallets > Totes
#315 in Clothing, Shoes & Jewelry > Women > Handbags & Wallets > Shoulder Bags
#28390 in Clothing, Shoes & Jewelry > Women > Shops
**Average Customer Review:** ★★★★☆ ▾    21 customer reviews
If you are a seller for this product, would you like to suggest updates through seller support?

---

## Sponsored products related to this item    (What's this?)

      

| ElegantPark Maid of Honor Tote Bag Wedding Bridesmaid Gifts 100% Cotton | Dreubea Womens Handbag Tote Shoulder Purse Leather Crossbody Bag Army Green | Casual Signature Printing Leather Tote Shoulder Handbag Satchel Small Purse for Women | Lustear Canvas Tote bags Large Capacity Casual shoulder bag for Women (Dark Purple) | Callibag New Fashion Classy Chic Design Womens Tote Easy Basic Waterproof Shoulder ... | Lustear Tote Bags Shoulder Hand Bags Casual Stripes Large Capacity Canvas Bag for | Liberty Bags 8802 - Recycled Zipper Tote |
| ★★★★☆ 18 | ★★★☆☆ 10 | $24.95 ✓prime | $24.89 ✓prime | ★★★★☆ 92 | $22.89 ✓prime | ★★★★☆ 80 |
| $9.99 ✓prime | $23.99 ✓prime | | | $25.98 ✓prime | | $6.76 |

Ad feedback ▭

---

## Customer Questions & Answers

See questions and answers

---

## Customer reviews

★★★★☆ 21

4.1 out of 5 stars ▾

| 5 star | | 71% |
| 4 star | | 10% |
| 3 star | | 9% |
| 2 star | | 5% |
| 1 star | | 5% |

Share your thoughts with other customers

Write a customer review

See all 21 customer reviews ▸

### Top customer reviews

⬤ Littlepup

★★★★☆ **Dark blue medium size smaller than other colors**
December 1, 2017


SWEET SURPRISES
AMAZON BIRTHDAY GIFT CARDS
Shop now
Ad feedback ▭

### Most recent customer reviews

Roxy

Amazon.com: Stylesty High Grade Fashion Shopping PU Tote Bag Set, Designer Shoulder Handbags top Handle Bag with Coi...    Page 3 of 4

Case 0:18-cv-61771-WPD    Document 4-6    Entered on FLSD Docket 08/01/2018    Page 139 of 183

Size: Medium | Color: Dark Blue | Verified Purchase

Smaller than another color of the same bag I've ordered from the company, but still seems sturdy and looks good.

Comment | Was this review helpful to you? Yes No Report abuse

atef fayrouz

★★★★★ Five Stars
November 13, 2017
Size: Medium | Color: Black | Verified Purchase

Thanks

Comment | Was this review helpful to you? Yes No Report abuse

Lilo

★★★★★ Orange Goyard
September 16, 2017
Size: Medium | Color: Orange | Verified Purchase

Took a few weeks, but looks nice. Seller responded immediately to my email. I plan on getting another in a different color.

Comment | Was this review helpful to you? Yes No Report abuse

Kaitlin Foran

★★★★★ Great!
December 14, 2017
Size: Medium | Color: Black | Verified Purchase

Great bag! Could not be more pleased! Excellent quality and the medium is a great size to use as your everyday purse. I am considering buying another.

Comment | Was this review helpful to you? Yes No Report abuse

Amazon Customer

★★★★★ Five Stars
December 21, 2017
Size: Medium | Color: Dark Gray | Verified Purchase

Great customer service and beautiful product.

Comment | Was this review helpful to you? Yes No Report abuse

elyanora

★★★★★ Five Stars
October 19, 2017
Size: Large | Color: Dark Blue | Verified Purchase

looks pretty good for the price.

Comment | Was this review helpful to you? Yes No Report abuse

LAN

★★★★☆ Four Stars
December 17, 2017
Size: Medium | Color: Dark Gray | Verified Purchase

I like it

Comment | Was this review helpful to you? Yes No Report abuse

TXGal

★★★☆☆ Canvas chipping and poor color
September 8, 2017
Size: Medium | Color: Dark Gray | Verified Purchase

I had high hopes, based on the few reviews, but unfortunately, the tote doesn't work for me. The canvas coating has peeled in various places (not due to packaging, it was nicely shipped with minimal folds), had it been one layer, I could have lived with it, but it was all over both sides of the tote. Another issue was the color: the third color in the chevron pattern was so dark, it matched the base layer color, so it looks like the design is incomplete. Perhaps if I had ordered another color other than gray, it would have turned out better and I could have been okay with the peeling coating.

EDIT: I was in contact with the seller and their customer service is excellent. They were able to resolve my concerns quickly and I am very pleased with their service. I do want to emphasize that the tote is not bad, just not what I expected in terms of color. For the price, it is a great tote.

Comment | 6 people found this helpful. Was this review helpful to you? Yes No Report abuse

See all 21 reviews »

Write a customer review

---

★★★★★ THIS bag is very well made looks like the real thing I had another fake before this ...

THIS bag is very well made looks like the real thing I had another fake before this one the straps were too fat I on it but this one has thumb straps which make it look more... Read more ›
Published 6 days ago

giuseppa conigliaro

★★☆☆☆ Poor quality Matte color Returning it

Poor quality
Matte color
Returning it.
Published 1 month ago

Mary Lily Salerno

★★★☆☆ Three Stars

Good bag but not the same dimensions as real Goyard bag
Published 1 month ago

Le'Niya S.

★★★★★ Five Stars

So like the design, so fashionable, want to buy all the color.
Published 2 months ago

Kiara

★★★★★ Five Stars

Great large bag for travel and shopping. So close to the real dea.
Published 2 months ago

katie helms

★★★★★ Awesome bag. Actually exceeds my expectations

Awesome bag. Actually exceeds my expectations ,nice price and nice quality. I use it as my work ~~~~. Read more ›
Published 2 months ago

triesha

★★★★★ my friends all like it, they said i get a good aesthetic

my friends all like it,they said i get a good aesthetic ,so pretty bag!!
Published 2 months ago

Margaret Levine

★★☆☆☆ My sister bought a fake one like this in Viet Nam for $20

My sister bought a fake one like this in Viet Nam for $20. The quality was 7 times better. The colors are too bright, the material is not thick enough and is too flimsy, the... Read more ›
Published 2 months ago

Search customer reviews

[ ] Search

---

## Customers who viewed this item also viewed







## Review your order

ⓘ Important message
☐ Check this box to default to these delivery and payment options in the future.

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Shipping address** Change

[redacted]
[redacted]
MIAMI, FL 33179-3899
United States
Phone: [redacted]

**Payment method** Change
VISA ending in [redacted]

**Billing address** Change
Same as shipping address

**Gift cards & promotional codes**

Enter Code   Apply

**Order Summary**
Items:                              $49.99
Shipping & handling:                $9.99

Total before tax:                   $59.98
Estimated tax to be collected:*     $0.00

**Order total:                      $59.98**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

**Get a $40 Amazon.com Gift Card instantly**
upon approval for the Amazon.com Store Card. See details and restrictions.
Apply now

**Estimated delivery:  Feb. 7, 2018 - Mar. 1, 2018**

Stylesty High Grade Fashion
Design Pu Shopping Shoulder Tote
Bag Set Handbags with Coin Pouch
(Large, New black)
$49.99
Quantity: 1 Change
Sold by: ST2
🎁 Gift options not available.

**Choose a delivery option:**
● Wednesday, Feb. 7 - Thursday, Mar. 1
  $9.99 - Standard Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Oklahoma, South Dakota and Vermont Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2017, Amazon.com, Inc.



Amazon E-Store

Styy





## Customer Reviews



















SIGN IN   SHIPPING & PAYMENT   GIFT OPTIONS   PLACE ORDER

## Review your order



ⓘ **Important message**

☐ Check this box to default to these delivery and payment options in the future.

**Shipping address** Change

▓▓▓▓▓
▓▓▓▓▓▓▓
MIAMI, FL 33179-3899
United States
▓▓▓▓▓

**Payment method** Change

VISA ▓▓▓▓▓

**Billing address** Change
Same as shipping address

**Gift cards & promotional codes**

[ Enter Code ]  [ Apply ]

**Place your order**

By placing your order, you agree to Amazon's **privacy notice** and **conditions of use**.

**Order Summary**

| | |
|---|---|
| Items: | $45.99 |
| Shipping & handling: | $8.99 |
| Total before tax: | $54.98 |
| Estimated tax to be collected:* | $0.00 |

**Order total:** $54.98

How are shipping costs calculated?
Why didn't I qualify for free shipping?

Prime FREE Trial   ▓▓▓▓ , we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music, and more.

▶ Sign up for a free trial

**Estimated delivery:** June 28, 2018 - July 20, 2018

**Stylesty High Grade Fashion Design Pu Shopping Shoulder Tote Bag Set Handbags with Coin Pouch (Medium, New black)**
**$45.99**
**Quantity:** 1 Change
Sold by: Styy
🎁 Gift options not available.

**Choose a delivery option:**

◉ **Thursday, June 28 - Friday, July 20**
  $8.99 - Standard Shipping

*Why has sales tax been applied? **See tax and seller information**

Do you need help? Explore our **Help pages** or **contact us**

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Oklahoma, South Dakota and Vermont Purchasers: **Important information regarding sales tax you may owe in your State**

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's **Returns Policy**

Go to the **Amazon.com homepage** without completing your order.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc.



✓ **Thank you, your order has been placed.**

An email confirmation has been sent to you.

Order Number: ▮▮▮▮▮▮▮▮▮▮
- Stylesty High Grade Fashion De…  will be shipped to ▮▮▮▮▮ ▾ by Styy

**Estimated delivery:** June 28, 2018 - July 20, 2018

Review or edit your order ▸

Want updates on this order?
Get Amazon Assistant. Learn More

**Install now for Internet Explorer**

By installing Amazon Assistant
you agree to the Conditions of Use.

---

## Sponsored Products Related to Your Purchases  What's this? ▸

Page 1 of 2




H-Blanket wool Cashmere Knitted Throw Blanket for Couch/Chair/Love Seat/Car Camping…
★★★★ 12
$64.98 ✔prime

SPJ: Japanese Smartphone Game Neko Atsume Blanket Cute Kitty Cats Pattern Coral Fleece Warm Soft…
★★★★½ 15
$37.99 ✔prime

### Recommendations Based on Your Order





Stylesty Designer Clutch Purses for Women, Pu Envelope Fashion Clutch Bag, Women Handbag
★★★★½ 19
$39.99 ✔prime

Agote Women Fashion Shipping Shoulder Tote Bag Set
★★★★ 77
1 offer from $45.88

Stylesty Genuine Leather Long Wallet for Women, Bifold Large Capacity Long Purse
★★★★★ 13
$29.99 - $39.99





CharlestonDe Lady Tote PU Leather Shoulder Bag Set
★★★★½ 18
$40.99 - $56.99

Stylesty Genuine Leather Slim Credit Card Holder, Minimalist Front Pocket Wallet
★★★★★ 16
$19.99 - $29.99

LOYEOY Large Tote Purse Classic Travel & Shopping Top Handle Handbags Shoulder Bags…
★★★★ 28
$45.99 - $50.00



PROGRESSIVE
YOU COULD SAVE
$668
when you switch to Progressive

Get a Quote >

Ad feedback
Ad feedback

Amazon E-Store

SUperhallo me

Amazon.com: Buying Choices: Luxury Fashion Men Women Girl Genuine Leather Slim Credit Card Holder Minimalist Front Po...    Page 1 of 2

Case 0:18-cv-61771-WPD    Document 4-6    Entered on FLSD Docket 08/01/2018    Page 155 of 183

















SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order

**Shipping address** Change

███████████████
███████████████
PEMBROKE PINES, FL 33024-6609
United States
Phone: ████████

**Payment method** Change

VISA ending in ████

**Billing address** Change
Same as shipping address

**Gift cards & promotional codes**

Enter Code    Apply

| Place your order |
| --- |

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

**Order Summary**

| Items: | $18.99 |
| --- | --- |
| Shipping & handling: | $4.49 |
| Total before tax: | $23.48 |
| Estimated tax to be collected:* | $0.00 |
| **Order total:** | **$23.48** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

Prime FREE Trial . we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music, and more.
▸ Sign up for a free trial

**Estimated delivery: April 3, 2018 - April 24, 2018**



**Luxury Fashion Men Women Girl Genuine Leather Slim Credit Card Holder Minimalist Front Pocket Wallet Bag (Coffe)**
**$18.99**
**Quantity:** 1 Change
Sold by: SUperhallo me
🎁 Gift options not available.

**Choose a delivery option:**
◉ **Tuesday, April 3 - Tuesday, April 24**
$4.49 - Standard Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Oklahoma, South Dakota and Vermont Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc.



**Thank you, your order has been placed.**
An email confirmation has been sent to you.

Order Number: ▮▮▮▮▮▮▮
• Luxury Fashion Men Women Gir... will be shipped to ▮▮▮▮▮▮ * by SUperhallo
me.
Estimated delivery: **April 3, 2018 - April 24, 2018**
Review or edit your order ▸

Want updates on this order?
Get Amazon Assistant. Learn More

Install now for Internet Explorer

By installing Amazon Assistant
you agree to the Conditions of Use.

**Inspired by your shopping trends**                    Page 1 of 3





FREDD MARSHALL Men's
Skinny Slim Fit Ripped
Distressed Stretch Jeans
Pants
★★★★½ 38
$19.99 - $25.99

NITAGUT Men's Ripped
Slim Straight fit Biker
Jeans With Zipper Deco
★★★★☆ 246
$19.99 - $32.99




Learn how to get a
Samsung
Galaxy S8
for
FREE
Shop now

**Recommendations for you in Toys & Games**





Factory Entertainment The
Beatles Yellow Submarine:
Chief Blue Meanie
Collectible Plush
★★★★★ 30
$19.90

Hot Wheels - Yellow
Submarine - Limited
Edition Set of 6 Diecast
★★★★½ 72
$20.59



YOU COULD SAVE
$668
when you switch to Progressive

Get a Quote

PROGRESSIVE

Ad feedback

**More recommendations for you**







The Beatles Yellow
Submarine Vynil Car
Sticker Decal - Select Size
★★★★☆ 41
$2.43

THE BEATLES - Vinyl Decal
Sticker #A1375 | Vinyl
Color: White
★★★★½ 67
$2.97

The Beatles 1964
Collection Pencil Set
Galison
★★★★★ 37
Accessory

Amazon E-Store

xuweicheng



## Product description

**Package Dimensions:** 22.4 x 8.3 x 1.9 inches
**Shipping Weight:** 1.05 pounds (View shipping rates and policies)
**ASIN:** B074YJLSH3
**Item model number:** 10457633
**Date first available at Amazon.com:** January 13, 2018
**Amazon Best Sellers Rank:** #28,950 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
   #108 in Clothing, Shoes & Jewelry > Women > Handbags & Wallets > Totes
   #145 in Clothing, Shoes & Jewelry > Women > Handbags & Wallets > Shoulder Bags
   #14987 in Clothing, Shoes & Jewelry > Women > Shops
**Average Customer Review:** ★★★☆☆ ▾ 7 customer reviews
If you are a seller for this product, would you like to suggest updates through seller support?

## Related Video Shorts



How to Store Your Handbag — eHow — 2:13

How to Choose the Best Handbag for Your Ou... — Howcast — 1:29

## Sponsored products related to this item  (What's this?)

      

ECOSUSI Bucket Bag Women Top Handle Handbags Satchel Purse Tote Bag Shoulder Bag,
$39.99 ✓prime

S-ZONE Women's Genuine Leather Handbags Top-handle Medium Tote Satchel Hobo Bag Cro...
★★★★☆ 8
$59.99 ✓prime

ECOSUSI Women's Handbags PU Leather Tote Shoulder Bag with Key Chains, Coffee
★★★★☆ 4
$38.99 ✓prime

Kadell Women's Vintage Leather Handbags Tote Satchel Shoulder Bag Top Handle Purse ...
★★★★☆ 6
$54.99 ✓prime

JUMENG Fashion Waterproof Women Oil Wax Leather Tote Bag Retro Shoulder Zipper
★★★★☆ 17
$31.25 ✓prime

Angelkiss Women Top Handle Satchel Handbags Shoulder Bag Messenger Tote Washed Leat...
★★★★☆ 82
$33.80 ✓prime

BOYATU Women Leather Backpack Fashion Travel Bag Large Capacity Shoulder Bag (Blue-03)
★★★★☆ 13
$76.99 ✓prime

Ad feedback

Ad feedback

## Customer Questions & Answers

See questions and answers

## Customer Reviews

★★★☆☆ 7
3.2 out of 5 stars ▾

| | | |
| 5 star | | 57% |
| 4 star | | 0% |

Share your thoughts with other customers



| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 43% |

Write a customer review

See all 7 customer reviews »

**Top customer reviews**

FES
★★★★★ **Only your hairdresser will know for sure...**
October 24, 2017
Size: M Size   |   Color: Gray   |   Verified Purchase

Another excellently executed tribute. Great stitching, color and pattern make it look like the real deal.

Only close examination will reveal its origins.

Comment   |   2 people found this helpful. Was this review helpful to you?   Yes   No   Report abuse

M. Polizzie
★★★★★ **Stellar bag!**
February 7, 2018
Size: GM Size   |   Color: Blue   |   Verified Purchase

Great quality! This is just the pop of color my wardrobe needed! This blue is so vibrant! Yes there is a smell but it's not too bad. I presume it will go away with use and being out in the ambient air.

Comment   |   Was this review helpful to you?   Yes   No   Report abuse

Amazon Customer
★☆☆☆☆ **Smells Horrible**
December 26, 2017
Size: M Size   |   Color: Black   |   Verified Purchase

This bag smell awful. Almost worse than a dead fish. They say it is PU, but I don't think so. I have many PU handbags from Forever 21 and H and M and they have no smell at all. Some chemical is in this bag. DON'T BUY IT! I would give zero stars.

Comment   |   2 people found this helpful. Was this review helpful to you?   Yes   No   Report abuse

Milo
★☆☆☆☆ **One Star**
February 23, 2018
Size: GM Size   |   Color: Black   |   Verified Purchase

Its bad quality, the shape is so weird

Comment   |   Was this review helpful to you?   Yes   No   Report abuse

Linda L.
★☆☆☆☆ **Smells HORRIBLE**
December 24, 2017
Size: M Size   |   Color: Black   |   Verified Purchase

The bag was nothing like the photo and smelled like dead fish. It's already packed for return.

Comment   |   One person found this helpful. Was this review helpful to you?   Yes   No   Report abuse

suzanne wynne
★★★★★ **Five Stars**
December 13, 2017
Size: M Size   |   Color: Gray   |   Verified Purchase

Great size and color.

Comment   |   Was this review helpful to you?   Yes   No   Report abuse

Kathleen C. Morrow
★★★★★ **Goyard fan**
October 27, 2017
Size: GM Size   |   Color: Blackbrown   |   Verified Purchase

This bag looks very close to the real one. It was stiff and wrinkled after shipping. I hung it up and wore it and all the wrinkles were gone. With each wear it is getting less stiff. I ordered another one in a clutch version bc I like it so much.

Comment   |   7 people found this helpful. Was this review helpful to you?   Yes   No   Report abuse

See all 7 reviews »

Write a customer review

**Customers who viewed this item also viewed**



SIGN IN   SHIPPING & PAYMENT   GIFT OPTIONS   PLACE ORDER

## Review your order



**Shipping address** Change

▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
MIAMI, FL 33179-3899
United States
Phone: ▮▮▮▮▮▮

**Payment method** Change
VISA ending in ▮▮▮

**Billing address** Change
Same as shipping address

**Gift cards & promotional codes**

Enter Code    Apply

**Get a $50 Amazon.com Gift Card instantly**
upon approval for the Amazon Rewards Visa Card.   Apply now

**Estimated delivery:** Mar. 21, 2018 - April 6, 2018

CharlestonDe Lady Tote PU
Leather Shoulder Bag Set (GM Size,
Black)
**$50.00**
**Quantity:** 1 Change
Sold by: xuweicheng
🎁 Gift options not available.

**Choose a delivery option:**
◉ **Wednesday, Mar. 21 - Friday, April 6**
$5.49 - Standard Shipping

---

**Place your order**

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

**Order Summary**

| Items: | $50.00 |
| Shipping & handling: | $5.49 |
| Total before tax: | $55.49 |
| Estimated tax to be collected:* | $0.00 |
| **Order total:** | **$55.49** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

---

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Oklahoma, South Dakota and Vermont Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2018, Amazon, Inc.



**Thank you, your order has been placed.**

An email confirmation has been sent to you.

**New!** Get shipment notifications on your mobile device with the free Amazon app.

Order Number:

- CharlestonDe Lady Tote PU Lea... will be shipped to ▮ by xuweicheng.
  **Estimated delivery: Mar. 21, 2018 - April 6, 2018**

Review or edit your order »

Want updates on this order?
Get Amazon Assistant. Learn More

Already installed

By installing Amazon Assistant
you agree to the Conditions of Use.

**Recommendations Based on Your Order**                    Page 1 of 3



Agote Women Fashion Shipping Shoulder Tote Bag Set
★★★★☆ 44
1 offer from $54.38



Stylesty High Grade Fashion Shopping PU Tote Bag Set, Designer Shoulder Handbags top Handle Bag with Coin…
★★★★☆ 19



Ainifeel Women's Genu Leather Tote Bag Top Handle Handbags
★★★★☆ 113
$135.00 ✓prime

**Sponsored Products Related to Your Purchases** What's this?



H-Blanket wool Cashmere Knitted Throw Blanket for Couch/Chair/Love Seat/Car Camping…
★★★★☆ 7
$65.98 ✓prime

**75% OFF**



Fleece Throw Blanket 330 GSM Super Soft Warm Extra Silky Lightweight Bed Blanket, Couch…
★★★★☆ 7
$19.90 ✓prime

**Inspired by your shopping trends**







Gucci.Women's GG Marmont Medium Velvet



T··Mobile·

Save over $200 on iPhone X at T-Mobile

iPhone X

Buy it now

Ad feedback



PUR
Over 70 contaminants reduced from sink to drink

PUR PFM400H Chrome Horizontal Water…
★★★☆☆ 1,071
$24.99 ✓prime     Add to Cart

Ad feedback

Amazon E-Store

Y.T.X.S.















NEW & INTERESTING FINDS ON AMAZON    EXPLORE

amazon
Try Prime

All

Shower Mom with flowers

Departments    Browsing History

EN    Hello,
Account & Lists    Orders    Try Prime    Cart

✓ **Thank you, your order has been placed.**

An email confirmation has been sent to you.

Want updates on this order?
Get Amazon Assistant. Learn More

**New!** Get shipment notifications on your mobile device with the free Amazon app.

Install now for Internet Explorer

Order Number
- My.Monkey Women Handbag w... will be shipped to          by Y.T.X.S.
  Estimated delivery: May 30, 2018 - June 20, 2018

Review or edit your order »

By installing Amazon Assistant
you agree to the Conditions of Use.

## Recommendations Based on Your Order

Page 1 of 2



Stylesty Genuine Leather
Long Wallet for Women,
Bifold Large Capacity Long
Purse
★★★★½ 10
$29.99

Stylesty High Grade
Fashion Shopping PU Tote
Bag Set, Designer Shoulder
Handbags top…
★★★★½ 28
$45.99 - $49.99

Miuco Womens Bamboo
Handbag Handmade La
Tote Bag
★★★★★ 375
$39.99 - $43.99

## Sponsored Products Related to Your Purchases  What's this? ▾

Ainifeel Women's Genuine
Leather Tote Bag Top
Handle Handbags
★★★★½ 138
$135.00 ✓prime

Cherish Kiss 40cm
Oversized Padlock
Business Office Top
Handle Handbags
★★★★½ 40
$149.75 ✓prime

## Recommendations for you in Sports & Outdoors





2014 Outdoor Sports Pro
Team Men's Short Sleeve

WOLFBIKE Men Cycling
Jersey + Short Sportwear



**purple**

Our Science,
**Your Comfort**

The Purple Bed - Queen Size Mattress
★★★★☆ 804
$999.00 ✓prime    Shop now

Ad feedback ▢

TrackR.    The key to finding everything, even your keys.

**20% off coupon**
on TrackR pixel -
Bluetooth Tracking De…
Offer ends on or
before 5/15/18

Ad feedback ▢

**Item #:** 232229

**Date Received:** 5/15/2018

**Seller Platform:** Amazon

**Seller:** Y.T.X.S.

**Collected By:** K. Burns

**Shipped From:** KY, USA

**Tracking #:**

**Description:** Black Goyard Tote

















