# Composite Exhibit 2

ebay E-Store

77carats



Hi! Sign in or register | Daily Deals | Gift Cards | Help & Contact    List. Sell. Get Paid.    Sell | My eBay

 Shop by category | Search for anything | All Categories | Search | Advanced

< Back to home page | Listed in category: Clothing, Shoes & Accessories > Women's Bags & Handbags

---

### People who viewed this item also viewed


SPONSORED
Women Purse Handbag...
$40.51
Free shipping


2018 New Women Tote Large Shopper Bags Ca...
$27.99
+ $4.99


Designer luxury Women Tote Large Shopper Ba...
$33.99
+ $9.99


Designer luxury Women Tote Large Shopper Ba...
$33.99
+ $9.99

---



## Designer luxury Women Tote Large Shopper Bags Canvas/Leather Handbag Large Purse

🔥 41 viewed per day

| | | |
|---|---|---|
| Condition: | **New with tags** | |
| Size: | Large | |
| Color: | Black | |
| Quantity: | 1 | 3 available / 15 sold |

✉ f t 🅿 | Add to watch list

**Seller information**
77carats (2718 ⭐)
99.1% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

| Price: | US $35.99 | **Buy It Now** |
| | | **Add to cart** |
| | | 👁 Add to watch list |

**60-day returns** | 54 watchers | Longtime member





| Shipping: | $9.99 ePacket delivery from China | See details |
| | See details about international shipping here. | |
| | Item location: shanghai, China | |
| | Ships to: Worldwide  See exclusions | |
| Delivery: | ⚡ Estimated between **Sat. May. 26 and Sat. Jun. 16** | |
| | Please note the delivery estimate is **greater than 9 business days.** | |
| Payments: | PayPal VISA 💳 💳 💳 DISCOVER | |
| | Credit Cards processed by PayPal | |
| | **PayPal CREDIT** | |
| | Get more time to pay. Apply Now | See terms | |
| | See details | |
| Returns: | 60 day returns. Buyer pays for return shipping | See details | |
| Guarantee: | ebay MONEY BACK GUARANTEE | See details | |
| | Get the item you ordered or get your money back. Covers your purchase price and original shipping. | |

$ Have one to sell? Sell now

---

| **Description** | **Shipping and payments** |

Report item

Seller assumes all responsibility for this listing.

Last updated on May 13, 2018 13:03:11 PDT  View all revisions

eBay item number: 173286989053

### Item specifics

| Condition: | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original packaging (such as ... Read more | Brand: | Unbranded |

| UPC: | Does not apply | Material: | Leather |
|---|---|---|---|
| EAN: | Does not apply | Style: | Shoulder Bag |

**77carats**
77carats (2718 ⭐) 99.1%

📧 Sign up for newsletter

Items On Sale

Search within store...

Visit Store: 77carats

## Categories

New Arrivals >
Dresses >
Outwears >
Pants >
Shorts >
Skirts >
T-shirts >
Tops >
Sweater & Hoodies >
women bags >
Others >
High-end Fashions >
Fashion Jewelry; >
Fashion Jewelry & Watch >
Sunglasses >
Other >



**Designer luxury Women Tote Large Shopper Bags Canvas/Leather Handbag Large Purse**

We have our own factory, if you need wholesale, please message us.



**Item Details:**

**We have our own factory, if you need wholesale, please message us.**

**Size:** L40cm*W15cm*H30cm

**Material:** Leather/canvas

**Weight:** 0.8kg

**Color:** as picture



1. There will be 1-3 cm normal minor deviation owing to manual measurement.

2. It's also suitable for gifts to send friends, colleagues, wifes etc

3. Item color displayed in photos may be showing slightly different on your comput monitor since monitors are not calibrated same

**We have our own factory, if you need wholesale, please message us.**

| Shipping Policy | Delivery Time | Combined Shipping | Payment Method | Returns Policy | Contat us |
|---|---|---|---|---|---|

1. Item will be shipped within 1 business days after received a verified payment.

2. All items are shipped from China.

3. Shipped by economy shipping which normally takes 15-35 business days for arrival.

4. if you 'd like fast shipping, pls contact us, as Fedex, DHL, Ems etc.

5. Delivery Time upon purchase Locations

Home   Payment   Shopping   About Us   Contact Us
Copyright@2016 All rights reserved

Explore more options: Style

**Shoulder Bag**   More



New Womens Travel        2018 Women Fashion

**Satchel**   More



Luxury Leather Tote Bag        Genuine Leather Satchel

**Tote**   More



Auth GOYARD Saint        Auth GOYARD Saint











## Transaction details

May 15, 2018 at 10:14:33 AM MST  |  Transaction ID: ▆▆▆▆▆▆

**eBay payment sent** to 玲珠 沈                                          Gross amount
Payment Status: **Completed**                                    **–$45.98 USD**
Payment Type: Checkout

**Shipping address**

▆▆▆▆▆
▆▆▆▆▆▆▆
Miami, FL 33179
United States
Confirmed

| Order details | | Quantity | Price | Subtotal |
|---|---|---|---|---|
| Item # 173286989053 | Designer luxury Women Tote Large Shopper Bags Canvas/Leather Handbag Large Purse [Black,Large] | 1 | $35.99 USD | $35.99 USD |
| | | | Purchase Total | $35.99 USD |

**Your Payment**

| | |
|---|---|
| Purchase Total | –$35.99 USD |
| Sales Tax | $0.00 USD |
| Shipping Amount | –$9.99 USD |
| Handling Amount | $0.00 USD |
| Insurance Amount | $0.00 USD |
| Gross Amount | –$45.98 USD |
| PayPal Fee | $0.00 USD |
| Net Amount | –$45.98 USD |

| | |
|---|---|
| **Paid to** | 玲珠 沈 (77carats) |
| | The receiver of this payment is **Non-US – Verified** |
| | zhangyu1892@yahoo.com |
| **Payment Sent to** | zhangyu1892@yahoo.com |
| **Custom** | EBAY ▆▆▆▆▆▆ |
| **Funding details** | Funding Type: Credit Card |
| | Funding Source: –$45.98 USD – VISA ending in x-▆▆▆ |
| | This transaction will appear on your bill as PAYPAL *ZHANGYU1892 |

**Need help?**

We recommend that you contact the seller through eBay to try resolving the problem first. If you can't resolve it by working directly with the seller, go to the **eBay Resolution Center.** Your purchase may be eligible for eBay's buyer protection programme.

ebay E-Store

csc5886

Hi! Sign in or register | Daily Deals | Gift Cards | Help & Contact     List. Sell. Get Paid.     Sell | My eBay

 ebay    Shop by category ▾    Search for anything    [All Categories ▾]    Search    Advanced

‹ Back to home page | Listed in category:    Clothing, Shoes & Accessories  >  Women's Bags & Handbags

### People who viewed this item also viewed



SPONSORED
New Womens Travel B...
$39.02
$48.78
Free shipping



Designer luxury Women Tote Large Shopper Ba...
$35.99
+ $9.99



2018 New Women Tote Large Shopper Bags Ca...
$27.99
+ $4.99



2018 Women Fashion Tote Medium Shopper...
$19.99
+ $13.69



## Designer luxury Women Tote Large Shopper Bags Canvas/Leather Handbag Large Purse

|  |  |
|---|---|
| Condition: | New with tags |

✉ f 🐦 📌 | Add to watch list

| Color: | Black |
|---|---|
| Quantity: | 1    10 available |

| Price: | US $33.99 | **Buy It Now** |
|---|---|---|
|  |  | **Add to cart** |
|  |  | ◉ Add to watch list |

30-day returns | 100% positive feedback



**Seller information**
csc5886 (71 ⭐)
100% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

Shipping: **$9.99** Economy Shipping from outside US |
See details
See details about international shipping here. ⓘ
Item location: china, China
Ships to: Worldwide   See exclusions

Delivery: 📦 Estimated between **Mon. Jun. 4 and Mon. Jul. 9** ⓘ
Please note the delivery estimate is **greater than 12 business days.**

Payments: PayPal  VISA  💳  AMERICAN EXPRESS  DISCOVER
Credit Cards processed by PayPal

**PayPal CREDIT**
Get more time to pay. Apply Now | See terms
See details

Returns: 30 day returns. Buyer pays for return shipping |
See details

Guarantee:  MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

**Learn How To Earn $30 Back**
As a statement credit if you are approved for a new eBay Extras MasterCard®
Learn More →

‹ [thumbnails] ›

💲 Have one to sell? | Sell now

Report item

| Description | Shipping and payments |
|---|---|

Seller assumes all responsibility for this listing.    eBay item number: 173304622163
Last updated on May 09, 2018 00:44:48 PDT  View all revisions

### Item specifics

| Condition: | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original packaging (such as ... Read more | Brand: | Unbranded |
|---|---|---|---|
| Style: | Shoulder Bag | UPC:: | Does not apply |
| Material: | Leather | EAN:: | Does not apply |

**Designer luxury Women Tote Large Shopper Bags Canvas/Leather Handbag Large Purse**

**Item Details:**

**Size:  L40cm*W15cm*H30cm**
**Material: Leather/canvas**
**Color:  as picture**

1.There will be 1-3 cm normal minor deviation owing to manual measurement.

2.It's also suitable for gifts to send friends, colleagues, wifes etc

3.Item color displayed in photos may be showing slightly different on your computer monitor since monitors are not calibrated same























**ebay** Checkout

How do you like our checkout?
Tell us what you think

Pay with

To add more items, go to cart

⦿ ▬▬▬▬▬▬▬▬▬▬ ∨          Item (1)                    $33.99
Change          Shipping                  $9.99

○          Get more time to pay. Apply now. See terms          **Order total**          **$43.98**

○ ▬▬▬ Credit or debit card      DISCOVER          Confirm and pay

Ship to

See details

▬▬▬▬▬▬
Miami, FL 33179-3899
United States
▬▬▬▬▬
Change

Review item and shipping

Seller: csc5886                                              Message to seller

Designer luxury Women Tote Large Shopper          $33.99
Bags Canvas/Leather Handbag Large Purse
Color: Black

Quantity   [1 ⌄]

Delivery
Est. delivery: Jun 4 – Jul 9
Economy Shipping from outside US - $9.99

Gift cards, coupons, eBay Bucks

Enter code:  [                    ]   Apply

Donate to charity (optional)

The Humane Society of the United States          Select amount ⌄
Give $1 and help the Humane Society of the United States fight for all
animals.

Copyright © 1995-2018 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice          Norton SECURED



- Summary
- Activity
- Send & Request
- Wallet
- Shop

- Settings
- Help
- Log Out

## Transaction Details

**Express Checkout Payment Sent** (Unique Transaction ID █████████)

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| May 15, 2018 | Payment To 吴 昌平 | Completed | ... | -$43.98 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| May 15, 2018 | Charge From Credit Card | Completed | Details | $43.98 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Designer luxury Women Tote Large Shopper Bags Canvas/Leather Handbag Large Purse [Black]<br>Item # 173304622163 | | $33.99 USD |
| | | **Amount** | $33.99 USD |

| | |
|---|---|
| **Order Description:** | Shopping Cart |
| **Item Total:** | $33.99 USD |
| **Sales Tax:** | |
| **Shipping:** | $9.99 USD |
| **Seller discount or charges:** | $0.00 USD |

| | |
|---|---|
| **Total amount:** | -$43.98 USD |
| **Fee amount:** | $0.00 USD |
| **Net amount:** | -$43.98 USD |
| **Date:** | May 15, 2018 |
| **Time:** | 10:32:50 PDT |
| **Status:** | Completed |

| | |
|---|---|
| **Insurance:** | $0.00 USD |
| **Status:** | Completed |

| | |
|---|---|
| **Shipping Address:** | ████████<br>█████████<br>Miami, FL 33179-3899<br>United States<br>**Confirmed** ❓ |

| | |
|---|---|
| **Payment To:** | 吴 昌平   (The recipient of this payment is **Non-U.S. - Verified**) |
| **Seller's ID:** | csc5886 |
| **Seller's Email:** | m13133911696@163.com |

| | |
|---|---|
| **Funding Type:** | Credit Card |
| **Funding Source:** | $43.98 USD - Visa Credit Card XXXX-XXXX-XXXX-████ |

This credit card transaction will appear on your bill as "PAYPAL *M1313391169".

| | |
|---|---|
| **Description:** | Shopping Cart |

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues directly with the seller whenever possible.

[ Return to Log ]

- Help
- Contact
- Security
- Feedback 📷

© 1999-2018 PayPal. All rights reserved.

- Privacy
- Legal
- Policy updates

ebay E-Store

glchg97381



### 2018 Women Fashion Tote Large Shopper Bags Canvas/Leather Handbag Big Purse
### SIZE:45X14X20CM
### 1cm=0.3937in

Explore more options: Texture

| Leather | More |
| --- | --- |



Women's Fashion Tote Large
Shopper Bags Can-
$37.69
+ $9.99

2 pieces Women Ladies
Shoulder Bag Tote Satchel
$29.99
+ $5.99

| Canvas | More |
| --- | --- |



Women Tote Large Shopper
Bags Canvas/Leather Hand-
$27.99
+ $1.99

GOYARD Chevron St. Louis
PM Tote Bag Blue 213573
$370.00
+ Shipping          4 bids

| Polyurethane | More |
| --- | --- |



Women New PU Letter Chain
Bag Fashion Shoulder
$22.99
Free

New Fashion Women Hand-
bag Shoulder Bags Tote
$2.99
+ $1.99

Explore more options: Material

| Leather | More |
| --- | --- |



Women Shoulder Bag Lady
Handbag Tote Purse Leath-
$6.14
Free

2018 High Quality latest fash-
ion Embossed Leather Wom-
$47.00
Free

| Canvas | More |
| --- | --- |



Goyard St Louis PM Gray
Shopping Tote, Handbag
$299.00
+ Shipping

Authentic BURBERRY LON-
DON BLUE LABEL Canvas
$149.00
Free

| Polyurethane | More |
| --- | --- |

Women's Metallic Fanny
Pack Clutch Bag - Mossimo
$14.99
+ $5.99

Yogodlns 2018 hot new cut-
out women vintage bag post-
$25.00
Free

Similar sponsored items

Feedback on our suggestions









**ebay** Checkout

| Item (1) | $19.99 |
| --- | --- |
| Shipping | $13.69 |

**Order total** **$33.68**

**Confirm and pay**

See details

Pay with

☉ ✕ ▮ Change ⌄

○ Get more time to pay. Apply now. See terms

○ ▮ Credit or debit card ▮ DISCOVER

Ship to

▮▮▮
Miami, FL 33144-6000
United States
▮▮▮
Change

Review item and shipping

Seller: glchg97381    Message to seller

2018 Women Fashion Tote Large Shopper Bags    $19.99
Canvas/Leather Handbag Big Purse
Color: Black

Qty: 1 ⌄

Delivery
Est. delivery: Apr 9 – 25
Standard Shipping from China/Hong
Kong/Taiwan to worldwide - $13.69

Gift cards, coupons, eBay Bucks

Enter code: [                    ] Apply

Donate to charity (optional)

Homes For Our Troops, Inc.    Select amount ⌄
Help build & donate specially adapted custom homes for severely
injured post-9/11 Veterans

Ad

**free**shipping.com

Shopping? Save 10% on your purchases with
FreeShipping.com

Copyright © 1995-2018 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ▷

Norton SECURED



## Transaction details

March 26, 2018 at 1:07:15 PM MST  |  Transaction ID: ███████████

**eBay payment sent** to Xue Xianghua

Payment Status: **Completed**

Payment Type: Checkout

Gross amount

–$33.68 USD

**Shipping address**

███████████

███████████████████

Miami, FL 33144-6000

United States

Confirmed

| Order details | | Quantity | Price | Subtotal |
|---|---|---|---|---|
| Item # 332562875614 | 2018 Women Fashion Tote Large Shopper Bags Canvas/Leather Handbag Big Purse [Black] | 1 | $19.99 USD | $19.99 USD |
| | | | Purchase Total | $19.99 USD |

**Your Payment**

| | |
|---|---|
| Purchase Total | –$19.99 USD |
| Sales Tax | $0.00 USD |
| Shipping Amount | –$13.69 USD |
| Handling Amount | $0.00 USD |
| Insurance Amount | $0.00 USD |
| Gross Amount | –$33.68 USD |
| PayPal Fee | $0.00 USD |
| Net Amount | –$33.68 USD |

| Paid to | Xue Xianghua (glchg97381) |
|---|---|
| | The receiver of this payment is **Non-US – Verified** |
| | 2732144668@qq.com |
| Payment Sent to | 2732144668@qq.com |

| Custom | EBAY███████████████████ |
|---|---|

| Funding details | Funding Type: Credit Card |
|---|---|
| | Funding Source: –$33.68 USD – VISA ending in x-████ |
| | This transaction will appear on your bill as PAYPAL *2732144668 |

**Need help?**

We recommend that you contact the seller through eBay to try resolving the problem first. If you can't resolve it by working directly with the seller, go to the **eBay Resolution Centre**. Your purchase may be eligible for eBay's buyer protection programme.

ebay E-Store

gzzq91683



### Women Fashion Tote Large Shopper Bags Canvas/Leather Handbag Big Purse
### SIZE:45X14X20CM
### 1cm=0.3937in

-

Similar sponsored items

Feedback on our suggestions



Tote Handbag Canvas Shoulder
Bags Women Vintage Fashion

$32.67

$34.39

Free shipping



New Large Shoulder Shopping
Women Purse Shopper Tote

$29.50

$31.05

Free shipping



Fashion Women Handbag
Shoulder Bag Messenger Large

$34.38

Free shipping



Women Big Purse Newest Can-
vas Fashion Tote Solid Bags

$16.10

$16.95

Free shipping



New Fashion Women Handbag
Shoulder Bag Messenger

$17.58

$18.50

Free shipping



Women Commute Tote Shop-
per Shoulder Bag Genuine

$47.99

Free shipping

Last one

 Learn How To Earn $30 Back
As a statement credit if you are approved for a new eBay Extras MasterCard® account

Learn More →

Back to search results

Return to top

Related buying guides :   Top 6 Prada Bags,   Top 5 Vintage Versace Handbag Styles,   Top 5 Juicy Couture Bags,   Top 5 Styles of Lug Bags,   Top 5 Victoria's Secret Bags

More to explore :   Fossil Women's Leather Totes & Shoppers Handbags & Purses,   Women's Canvas Totes and Shoppers Bags,   Canvas Tote Extra Large Bags & Handbags for Women,
Canvas Tote Large Bags & Handbags for Women,   Brown Totes & Shoppers Leather Women's Handbags & Purses,   Canvas Tote Leather Handbags & Purses

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2018 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice

 Norton SECURED









**ebay** Checkout

How do you like our checkout?
Tell us what you think

Pay with

To add more items, go to cart

| Item (1) | GBP 20.99 |
| Shipping | GBP 4.99 |

Exchange rate: $1.00 = GBP 0.68
Change

Order total    **GBP 25.98**

Credit or debit card

Confirm and pay

See details

Ship to

Miami, FL 33144-6000
United States

Change

Review item and shipping

Seller: gzzq91683

Message to seller

Women Fashion Tote Large Shopper Bags
Canvas/Leather Handbag Big Purse

GBP 20.99

Main Colour: Black

Qty: 1

Delivery
Est. delivery: Apr 6 – 24
Standard Shipping from China/Hong
Kong/Taiwan to worldwide (7 to 19 business
days) - GBP 4.99

Gift cards, coupons, eBay Bucks

Enter code:     Apply

Copyright © 1995-2018 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice

eBay Marketplaces GmbH is an appointed representative of eBay International AG (both of Helvetiastraße 15-17, 3005 Bern,
Switzerland) and is authorised by the FCA to conduct credit broking for a restricted range of finance providers. We may receive
commission if your application for credit is successful.

Norton
SECURED



- Summary
- Activity
- Send & Request
- Wallet
- Shop

- Settings
- Help
- Log Out

## Transaction Details

**Express Checkout Payment Sent** (Unique Transaction ID █████████)

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Mar 26, 2018 | Payment To 孟 庆连 | Completed | ... | -£25.98 GBP |

### Related Transactions

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Mar 26, 2018 | Charge From Credit Card | Completed | Details | $38.15 USD |
| Mar 26, 2018 | Currency Conversion | Completed | Details | -$38.15 USD |
| Mar 26, 2018 | Currency Conversion | Completed | Details | £25.98 GBP |

### Shopping Cart Contents

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Women Fashion Tote Large Shopper Bags Canvas/Leather Handbag Big Purse [Black] Item # 172909704840 | | £20.99 GBP |
| | | **Amount** | £20.99 GBP |

**Order Description:** Shopping Cart
**Item Total:** £20.99 GBP
**Sales Tax:**
**Shipping:** £4.99 GBP
**Seller discount or charges:** £0.00 GBP

**Total amount:** -£25.98 GBP (equals -$38.15 USD)
**Fee amount:** £0.00 GBP

**Net amount:** -£25.98 GBP
**Date:** Mar 26, 2018
**Time:** 13:31:13 PDT
**Status:** Completed

**Conversion from:** -$38.15 USD
**Conversion to:** £25.98 GBP
**Exchange rate:** 1 U.S. Dollar = 0.6810 British Pounds

**Insurance:** £0.00 GBP
**Status:** Completed

**Shipping Address:** ████████████
Miami, FL 33144-6000
United States
**Confirmed** ⬚?

**Payment To:** 孟 庆连   (The recipient of this payment is **Non-U.S. - Verified**)
**Seller's ID:** gzzqj91683
**Seller's Email:** 1516837742@qq.com

**Funding Type:** Credit Card
**Funding Source:** $38.15 USD - Visa Credit Card XXXX-XXXX-XXXX-████

This credit card transaction will appear on your bill as "PAYPAL *1516837742".

**Description:** Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues directly with the seller whenever possible.

[ Return to Log ]

- Help
- Contact
- Security
- Feedback 🔲

© 1999-2018 PayPal. All rights reserved.
- Privacy
- Legal
- Policy updates

ebay E-Store

liying3692011

Hi! **Sign in** or **register** | Daily Deals | Gift Cards | Help & Contact  **List. Sell. Get Paid.**     Sell | My eBay

 | Shop by category ▾ | Search for anything | All Categories ▾ | **Search** | Advanced

‹ Back to home page | Listed in category: Clothing, Shoes & Accessories › Women's Bags & Handbags

---

### People who viewed this item also viewed

 SPONSORED
**Brand Luxury Women...**
$31.99
Free shipping

New Womens Travel Bags Fashion Shopping...
$39.02
Free shipping

New Womens Motorcycle Bag Leather Purses Bla...
$32.66
Free shipping

Women Shoulder Bag Lady Handbag Tote Pur...
$6.14
Free shipping

---

🅢 **SAVE UP TO 20%**  See all eligible items ▸





$ Have one to sell?  **Sell now**

## New Womens Travel Bags Fashion Shopping Hangbags Shoulder Bag Mulit Colors Hot

| | |
|---|---|
| Condition: | **New with tags** |
| Sale ends in: | 07d 16h 23m |
| Color: | Black |
| Size: | Large |
| Quantity: | 1    Last one / 14 sold |

Was: ~~US $48.78~~ ⓘ
You save: US $9.76 (20% off)
Price: **US $39.02**

[ **Buy It Now** ]

[ **Add to cart** ]

◻ Add to watch list

**30-day returns** | Longtime member | 42 watchers

✉ f ✈ 🅟  Add to watch list



**Seller information**
**liying3692011** (3333 ★)
100% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

EXTRAS ebay
1234 5678 9123 4567
LEE CARDHOLDER
**Learn How To Earn $30 Back**
As a statement credit if you are approved for a new eBay Extras MasterCard®
Learn More →

| | |
|---|---|
| Shipping: | **FREE** ePacket delivery from China | See details |
| | See details about international shipping here. ❓ |
| | Item location: 北京, China |
| | Ships to: Worldwide See exclusions |
| Delivery: | 📦 Estimated between **Wed. Jun. 6 and Tue. Jun. 26** ❓ |
| | This item has an extended handling time and a delivery estimate **greater than 16 business days**. |
| Payments: | PayPal VISA ● ● DISCOVER |
| | Credit Cards processed by PayPal |
| | **PayPal CREDIT** |
| | Get more time to pay. Apply Now | See terms |
| | See details |
| Returns: | 30 day returns. Buyer pays for return shipping | See details |
| Guarantee: | ebay MONEY BACK GUARANTEE | See details |
| | Get the item you ordered or get your money back. Covers your purchase price and original shipping. |

---

| **Description** | **Shipping and payments** | Report item |
|---|---|---|

Seller assumes all responsibility for this listing.

Last updated on  May 14, 2018 21:17:06 PDT View all revisions

eBay item number: 282936472566

### Item specifics

| Condition: | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original packaging (such as … Read more | Brand: | Unbranded |
| Material: | SYNTHETIC | Style: | Shoulder Bag |
| Pattern: | Solid | Country/Region of Manufacture: | China |



**liying3692011**                                                              Visit my eBay store

Sign up for newsletter    [Search Store]

women shoes | women clothing | men shoes | men clothing | women bags

Items On Sale

**Store Categories**

- Store home
- women shoes
- men shoes
- women bags
- Other

   

**71.06 USD**   **59.86 USD**



## Welcome to my shop

*Dear My Friend: Please Spend Some Time Feel Free To Look At The Other Items In My store:*
*I Believe You Will Fall In Love With It. Maybe You Will Find Something Else That Will Interest You.*

*Sincere Thanks For your Viewing And Wish You Good Luck!*



Large size: **40*55*15*30cm**
Medium size: **34*46*15*28cm**



1. We Accept PAYPAL Only.
2. Payment Must Be Made Within 7 Days Of Auction Closing (Unpaid Dispute Will Automatically Open When Item
Is not paid in 7 days).
3. PLEASE NOTE: SHIPPING&HANDING DOES NOT INCLUDE DUTIES, LOCATL TAXES OR ANY OTHER IMPORTATION FEES.
4. Please List Your Special Requests (Color, Packages, Value Of Declaration, Etc.) In The EBAY NOTES SECTION

When You Make Payment



1. We Ship To Worldwide
2. We Ship Your Orders Within 1-2 Business Days After The Payment Cleared.
3. Item Shipped From China Via China Post Airmail, Reach Most Of The Countries Within 2 To 4 Weeks.
4. Delivery Time Depends On Destination And Other Factors, It May Takes Up To 20 Days. If You Don't Receive
The Item After 25 Days,Please Contact Us, We'll Investigate And Solve The Delivery Problem.
5. Import Duties, Taxes, And Charges Are Not Included In the Item Price Or Shipping Cost. These Charges Are The Buyer's Responsibility. Please Check With Your Country's Customs Office To Determine What These Additional Costs Will be Prior To Bidding Or Buying.



1. Customer Satisfaction Is Our Top Goal. All Products Are Quality Checked. They Are New And In Good Condition When Shipped To Our Customers. If Product Is Defective Or Damage Upon Arrival, Or Wrong Product Shipped, Please Contact Us Immediately. Returns Accepted Within 14 Days Of Delivery Date And Atem Must Be In Original New Condition, Not Worn Or Altered In Any Way With Attached Tags & Wrap. Otherwise Deal Is Final. Return Shipping Must Be Paid By Buyer.
2. Please Contact Us First If You Have Anyproblems/Questions/Concerns. We Will Be Happy To Resolve Any Issues You May Have In A Cordial And Friendly Manner.
3. We Appreciate Your Positive Feedback, And Will Do The Same In Return. PLEASE DO NOT Leave Negative Feedback Without First Communication With us. Please Allow Max 24 HOURS For Us To Respond



We Maintain High Standards Of Excellence And Strive For 100% Customer Satisfaction! Feedback Is Very Important To Us. We Request That You Contact Us Immediately BEFORE You Give Us Neutral Or Negative Feedback, So That We Can Satisfactorily Address Your Concerns.It Is Impossible To Address Issues If We Do Not Know About Them!



We Care About Our Valued Customers, If You Have Any Questions, Please Feel Free To Contact Us In EBAY
MESSAGE, Our Customer Service Staffs Will Be Very Pleasure To Reply You In 24 Hours.

powered by
PushAuction









**ebay** Checkout

How do you like our checkout?
**Tell us what you think**

**Pay with**

◉ ▮▮▮▮▮▮▮▮ ⌄
Change

○ Get more time to pay. Apply now. See terms

○ ▮ Credit or debit card

| Item (1) | $39.02 |
|---|---|
| Shipping | Free |

**Order total** **$39.02**

**Confirm and pay**

**Ship to**

▮▮▮▮▮▮▮▮
Miami, FL 33179-3899
United States
Change ⌄

See details

**Review item and shipping**

Seller: liying3692011                    Message to seller

New Womens Travel Bags Fashion Shopping    $39.02
Hangbags Shoulder Bag Mulit Colors Hot     $48.78
Size: Large, Color: Black

Quantity  1

Delivery
Est. delivery: Jun 6 – 26
ePacket delivery from China - Free

Save up to 20%

**Gift cards, coupons, eBay Bucks**

Enter code: [_____]  Apply

**Donate to charity (optional)**

The Humane Society of the United States     Select amount ⌄
Give $1 and help the Humane Society of the United States fight for
all animals.

Copyright © 1995-2018 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice

✓ Norton
SECURED



- Summary
- Activity
- Send & Request
- Wallet
- Shop

- Settings
- Help
- Log Out

## Transaction Details

**Express Checkout Payment Sent** (Unique Transaction ID ████████████)

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| May 15, 2018 | Payment To 李 雪蓮 | Completed | ... | -$39.02 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| May 15, 2018 | Charge From Credit Card | Completed | Details | $39.02 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | New Womens Travel Bags Fashion Shopping Hangbags Shoulder Bag Mulit Colors Hot [Large,Black]<br>Item # 282936472566 | | $39.02 USD |
| | | **Amount** | $39.02 USD |

**Order Description:** Shopping Cart
**Item Total:** $39.02 USD
**Sales Tax:**
**Shipping:** $0.00 USD
**Seller discount or charges:** $0.00 USD

**Total amount:** -$39.02 USD
**Fee amount:** $0.00 USD

**Net amount:** -$39.02 USD
**Date:** May 15, 2018
**Time:** 10:23:27 PDT
**Status:** Completed

**Insurance:** $0.00 USD
**Status:** Completed

**Shipping Address:** ███████
Miami, FL 33179-3899
United States
Confirmed 👍

**Payment To:** 李 雪蓮   (The recipient of this payment is **Non-U.S. - Verified**)
**Seller's ID:** liying3692011
**Seller's Email:** xuelian578@sina.com

**Funding Type:** Credit Card
**Funding Source:** $39.02 USD - Visa Credit Card XXXX-XXXX-XXXX-████

This credit card transaction will appear on your bill as "PAYPAL *XUELIAN578".

**Description:** Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues directly with the seller whenever possible.

[ Return to Log ]

- Help
- Contact
- Security
- Feedback 👍

© 1999-2018 PayPal. All rights reserved.
- Privacy
- Legal
- Policy updates

ebay E-Store

shaoxiumeish

Case 0:18-cv-61771-WPD   Document 4-7   Entered on FLSD Docket 08/01/2018   Page 47 of 66









**ebay** Checkout

How do you like our checkout?
Tell us what you think

Pay with

⦿ ▮▮▮▮▮▮ x ⌄
Change

○ Get more time to pay. Apply now. See terms

○ ▮ Credit or debit card     ⚑    DISCOVER

| Item (1) | $39.50 |
| Shipping | Free |

Order total      **$39.50**

[ Confirm and pay ]

Ship to

See details

▮▮▮▮▮▮
Miami, FL 33144-6000
United States          ⌄
▮▮▮▮
Change

Review item and shipping

Seller: shaoxiumeish                         Message to seller

New Womens Travel Bags Fashion Shopping       $39.50
Hangbags Shoulder Bag Mulit Colors Hot        $42.47
Size: Large, Color: Black
Qty: 1
Delivery
Est. delivery: Apr 6 – 26
ePacket delivery from China - Free

Save up to 7%

Gift cards, coupons, eBay Bucks

Enter code: [                    ]  [ Apply ]

Donate to charity (optional)

Homes For Our Troops, Inc.                    Select amount ⌄
Help build & donate specially adapted custom homes for severely
injured post-9/11 Veterans

Copyright © 1995-2018 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

✓ Norton
SECURED



- Summary
- Activity
- Send & Request
- Wallet
- Shop

- Settings
- Help
- Log Out

## Transaction Details

**Express Checkout Payment Sent** (Unique Transaction ID █████████████)

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Mar 26, 2018 | Payment To 杨 宗统 | Completed | ... | -$39.50 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Mar 26, 2018 | Charge From Credit Card | Completed | Details | $39.50 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | New Womens Travel Bags Fashion Shopping Hangbags Shoulder Bag Mulit Colors Hot [Large,Black] Item # 222781678601 | | $39.50 USD |
| | | Amount | $39.50 USD |

**Order Description:** Shopping Cart
**Item Total:** $39.50 USD
**Sales Tax:**
**Shipping:** $0.00 USD
**Seller discount or charges:** $0.00 USD

**Total amount:** -$39.50 USD
**Fee amount:** $0.00 USD
**Net amount:** -$39.50 USD
**Date:** Mar 26, 2018
**Time:** 13:26:28 PDT
**Status:** Completed

**Insurance:** $0.00 USD
**Status:** Completed

**Shipping Address:** ████████
███████ Miami, FL 33144-6000
United States
**Confirmed** 🔒

**Payment To:** 杨 宗统    (The recipient of this payment is **Non-U.S. - Verified**)
**Seller's ID:** shaoxiumeish
**Seller's Email:** tongkuai369@126.com

**Funding Type:** Credit Card
**Funding Source:** $39.50 USD - Visa Credit Card XXXX-XXXX-XXXX-████
This credit card transaction will appear on your bill as "PAYPAL *TONGKUAI369*".

**Description:** Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues directly with the seller whenever possible.

[ Return to Log ]

- Help
- Contact
- Security
- Feedback

© 1999-2018 PayPal. All rights reserved.

- Privacy
- Legal
- Policy updates

ebay E-Store

yema38h-4













**ebay** Checkout

How do you like our checkout?
Tell us what you think

**Pay with**

Change

Get more time to pay. Apply now. See terms

Credit or debit card    DISCOVER

| Item (1) | $27.99 |
| Shipping | $1.99 |

Order total    **$29.98**

Confirm and pay

**Ship to**    See details

Pembroke Pnes, FL 33024-6609
United States

Change

**Review item and shipping**

Seller: yema38h-4    Message to seller

Women Tote Large Shopper Bags
Canvas/Leather Handbag Large Purse    $27.99
Color: Black

Qty: 1

Delivery
Est. delivery: Apr 13 – May 1
Standard Shipping from China/Hong
Kong/Taiwan to worldwide - $1.99

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)**

Homes For Our Troops, Inc.    Select amount
Help build & donate specially adapted custom homes for severely
injured post-9/11 Veterans

Copyright © 1995-2018 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice

Norton
SECURED



- Summary
- Activity
- Send & Request
- Wallet
- Shop

- Settings
- Help
- Log Out

## Transaction Details

 Confirm receipt: Within the expected arrival date, please confirm if you have received the purchased merchandise. We are here to help if you have any problems with your purchase.

**Express Checkout Payment Sent** (Unique Transaction ID #▇▇▇▇▇▇▇▇)

Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Mar 26, 2018 | Payment To pei chao guo | Completed | ... | -$29.98 USD |

Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Mar 26, 2018 | Charge From Credit Card | Completed | Details | $29.98 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Women Tote Large Shopper Bags Canvas/Leather Handbag Large Purse [Black] Item # 253480828795 | | $27.99 USD |
| | | Amount | $27.99 USD |

**Business Contact Information**

**Customer Service Email:** yema38h@163.com

**Order Description:** Shopping Cart
**Item Total:** $27.99 USD
**Sales Tax:**
**Shipping:** $1.99 USD
**Seller discount or charges:** $0.00 USD

**Total amount:** -$29.98 USD
**Fee amount:** $0.00 USD

**Net amount:** -$29.98 USD
**Date:** Mar 26, 2018
**Time:** 13:16:16 PDT
**Status:** Completed

**Insurance:** $0.00 USD
**Status:** Completed

**Shipping Address:** ▇▇▇▇▇▇▇▇
Pembroke Pines, FL 33024-6609
United States
Confirmed ⃞

**Payment To:** pei chao guo   (The recipient of this payment is **Non-U.S. - Verified**)
**Seller's ID:** yema38h-4
**Seller's Email:** yema38h@163.com

**Funding Type:** Credit Card
**Funding Source:** $29.98 USD - Visa Credit Card XXXX-XXXX-XXXX▇▇▇

This credit card transaction will appear on your bill as "PAYPAL *PEICHAOGUO".

**Description:** Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues directly with the seller whenever possible.

[ Return to Log ]

- Help
- Contact
- Security
- Feedback [H]

- © 1999-2018 PayPal. All rights reserved.
- Privacy
- Legal
- Policy updates

ebay E-Store

zhangxuelong321













## Transaction details

March 26, 2018 at 1:36:37 PM MST   |   Transaction ID: ███████

**eBay payment sent** to Guo JianGuo

Payment Status: **Completed**

Payment Type: Checkout

Gross amount

−$47.68 USD

**Shipping address**

███████

███████

Miami, FL 33179

United States

Confirmed

| Order details | | Quantity | Price | Subtotal |
|---|---|---|---|---|
| Item # 183107152159 | Women's Fashion Tote Large Shopper Bags Canvas/Leather Handbag Big Purse New [Black/Yellow] | 1 | $37.69 USD | $37.69 USD |
| | | | Purchase Total | $37.69 USD |

| Your Payment | |
|---|---|
| Purchase Total | −$37.69 USD |
| Sales Tax | $0.00 USD |
| Shipping Amount | −$9.99 USD |
| Handling Amount | $0.00 USD |
| Insurance Amount | $0.00 USD |
| Gross Amount | −$47.68 USD |
| PayPal Fee | $0.00 USD |
| Net Amount | −$47.68 USD |

| | |
|---|---|
| **Paid to** | Guo JianGuo (zhangxuelong321) |
| | The receiver of this payment is **Non-US – Verified** |
| | fasx6yg54@hotmail.com |
| **Payment Sent to** | fasx6yg54@hotmail.com |
| **Custom** | EBAY ███████ |
| **Funding details** | Funding Type: Credit Card |
| | Funding Source: −$47.68 USD – VISA ending in x-██ |
| | This transaction will appear on your bill as PAYPAL *GUO JIANGUO |

**Need help?**

We recommend that you contact the seller through eBay to try resolving the problem first. If you can't resolve it by working directly with the seller, go to the **eBay Resolution Centre**. Your purchase may be eligible for eBay's buyer protection programme.