UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

GOYARD ST-HONORE, Plaintiff,

v.                                                                CASE NO. 18-61771-CIV
                                                                  (DIMITROULEAS/SNOW)

ABRAHAM BEN et al.,
                    Defendants.

**NOTICE OF APPEARANCE BY DEFENDANTS NO. 27, 28, 31, 36, 42, 43, 46, 49, and 52**

DEFENDANTS, No. 27 (11Sugar&Spice); No. 28 (amazing-women); No. 31 (Better Bay); No. 36 (fly and wing); No. 42 (Igiftbox); No. 43 (Joyful Fish); No. 46 (Life spring); No. 49 (My Everything); and No. 52 (Pink_Sakura), by and through the undersigned appear and request that copies of all pleadings, notices, motions, orders, correspondence, discovery, and other papers filed in this cause exclusive of original service be served upon Law Offices of Bradford A. Patrick PA, 4610 North Central Avenue, Heights Exchange Building No. 2, Tampa, Florida, 33603, or if via electronic filing (CM/ECF), to bap@baplegal.com.

Dated this 18th day of October, 2018.

/s/Bradford A. Patrick
Bradford A. Patrick, Esq.
Florida Bar No. 0529850
Counsel for Defendants
4610 North Central Avenue
Heights Exchange Building No. 2
Tampa, FL 33603
Ph (813) 384-8548
bap@baplegal.com

**CERTIFICATE OF SERVICE**

I certify that the foregoing was served upon the following service list via ECF this 18th day of October, 2017.

                                                                */s/Bradford A. Patrick*
                                                                Bradford A. Patrick

For Plaintiff:

STEPHEN M. GAFFIGAN PA
Stephen M. Gaffigan (Fla. Bar No. 025844)
Virgilio Gigante (Fla. Bar No. 082635)
T. Raquel Wiborg-Rodriguez (Fla. Bar. No. 103372)
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
E-mail: Stephen@smgpa.net
E-mail: Leo@smgpa.net
E-mail: Raquel@smgpa.net